# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Canon Inc., a Japanese corporation <br><br> *Plaintiff(s)* <br> v. <br> Ninestar Technology Company, Ltd., a New Jersey corporation; Ninestar Corporation, a Chinese corporation; and Ninestar Image Tech Limited, a Hong Kong corporation <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:20-cv-8498 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ninestar Technology Company, Ltd.
17950 East Ajax Circle
City of Industry, California 91748

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: VENABLE LLP
Sarah S. Brooks (SBN 266292)
2049 Century Park East, Suite 2300
Los Angeles, California 90067-3125
Tel: (310) 229-9900; Fax: (310) 229-9901
ssbrooks@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Name and address:
Venable LLP
Sarah S. Brooks (SBN 266292); ssbrooks@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900; Facsimile: (310) 229-9901
Attorney for Plaintiff Canon Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Canon Inc.<br><br>Plaintiff(s)<br>v.<br>Ninestar Technology Company, Ltd., et al.<br><br>Defendant(s). | CASE NUMBER<br>2:20-cv-8498-JAK-JEM<br><br>ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE* [19] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Haughey, Edmund J.     of     Venable LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     600 Massachusetts Ave., NW
(202) 721-5489     (202) 344-8300     Washington DC, 20001
*Telephone Number*     *Fax Number*
EHaughey@Venable.com
*E-Mail Address*     *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Canon Inc.

*Name(s) of Party(ies) Represented*     ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Brooks, Sarah S.     of     Venable LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     2049 Century Park East, Suite 2300
266292     (310) 229-9900     (310) 229-9901     Los Angeles, CA 90067
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*
ssbrooks@venable.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid, ☐ be refunded ☐ not be refunded.

Dated    October 22, 2020

*John A. Kronstadt, U.S. District Judge*

G-64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1