IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>CANON, INC.,<br><br>Defendant. | § § § § § § § § § § § § § § § § § | Case No. 6:20-cv-00980-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE ON DEFENDANT

Before the Court is Plaintiff's Motion for Leave to Effect Alternative Service on Defendant Canon, Inc. After considering Plaintiff's Motion and supporting evidence, the Court finds that Plaintiff's Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff may serve Defendant via email upon its recent U.S. counsel Ms. Sarah S. Brooks, ssbrooks@venable.com, and Mr. Edmund J. Haughey, ehaughey@venable.com, and via registered mail carrier with return receipt upon Defendant's U.S. subsidiary U.S. subsidiary Canon U.S.A., Inc. located at One Canon Park, Melville, New York, 11747..

2

SIGNED this _____ day of _____, 2020.

                                                    HON. ALAN D ALBRIGHT  
                                                    UNITED STATES DISTRICT JUDGE