UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU Investments, LLC d/b/a Brazos Licensin

vs.                                             Case No.:  6:20-cv-00980-ADA

Canon Inc.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Joseph A. Calvaruso**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent **Canon Inc.** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **Orrick Herrington & Sutcliffe LLP** with offices at:

    Mailing address: 51 West 52nd Street

    City, State, Zip Code: New York, NY 10019-6142

    Telephone: (212) 506-5000      Facsimile: (212) 506-5151

2. Since **1975**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **New York**. Applicant's bar license number is **1405356**.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | See attachment | |
    | | |
    | | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: John M. Jackson

Mailing address: Jackson Walker 2323 Ross Ave., Ste 600

City, State, Zip Code: Dallas, Texas 75201

Telephone: 214-953-6109

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Joseph A. Calvaruso to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Joseph A. Calvaruso
[printed name of Applicant]

*Joseph A Calvaruso*
[signature of Applicant]

# CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 15 day of March, 2021.

Joseph A. Calvaruso
[printed name of Applicant]

*Joseph A Calvaruso*
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

WSOU Investments, LLC d/b/a Brazos Licensin

vs.

Case No.: 6:20-cv-00980-ADA

Canon Inc.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by  Joseph A. Calvaruso , counsel for  Canon Inc. , and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Joseph A. Calvaruso may appear on behalf of Canon Inc. in the above case.

IT IS FURTHER ORDERED that  Joseph A. Calvaruso , if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of  March _____, 20_____.

Please Choose Judge

Exhibit A

# Calvaruso, Joseph

| COURT ADMISSIONS | Date of Admission |
|---|---|
| Southern District of New York | April 29, 1975 |
| USCA 2nd Circuit | May 15, 1997 |
| USCA 3rd Circuit | April 8, 1981 |
| USCA Fed. Circuit | October 1, 1982 |
| Eastern District of New York | April 29, 1975 |
| United States Supreme Court | May 3, 1999 |
| United States Patent and Trademark Office | November 19, 1976 |
| District of Colorado | February 14, 2011 |