# EXHIBIT 1

**DEVELOP WITH BLUETOOTH**

# Member Directory

Home / Develop with Bluetooth / Join the SIG / Member Directory

**Search:** alcatel

| Company Name | Member Level |
|---|---|
| Alcatel | Adopter |
| Alcatel | Adopter |
| Alcatel-Lucent | Adopter |
| TCL&Alcatel Mobile Phones | Adopter |

⊘ Get Help

**DEVELOP WITH BLUETOOTH**

# Member Directory

Home / Develop with Bluetooth / Join the SIG / Member Directory

**Search:** lucent

| Company Name | Member Level |
|---|---|
| Alcatel-Lucent | Adopter |
| Lucent Technologies | Adopter |
| Lucent Trans Electronics Co., Ltd. | Adopter |
| LucentWear LLC | Adopter |
| translucent technologies | Adopter |

⊘ Get Help

| Company Name ▲ | Member Level |
|---|---|
| CANON CHEMICALS INC. | Adopter |
| Canon Electronic Business Machines (H.K.) Co., Ltd. | Adopter |
| Canon Imaging Systems Inc. | Adopter |
| Canon Inc. | Associate |
| CANON KOREA BUSINESS SOLUTIONS INC. | Adopter |
| Canon Marketing Japan Inc. | Adopter |
| Canon USA | Adopter |
| Canonical Group Limited | Adopter |