# EXHIBIT 2

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT4610125

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

## CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| ALCATEL LUCENT | 07/22/2017 |

## RECEIVING PARTY DATA

| Name: | WSOU INVESTMENTS, LLC |
|---|---|
| Street Address: | 11150 SANTA MONICA BLVD. |
| Internal Address: | SUITE 1400 |
| City: | LOS ANGELES |
| State/Country: | CALIFORNIA |
| Postal Code: | 90025 |

## PROPERTY NUMBERS Total: 2979

| Property Type | Number |
|---|---|
| Application Number: | 08901774 |
| Application Number: | 08901775 |
| Application Number: | 08902686 |
| Application Number: | 08940221 |
| Application Number: | 08925509 |
| Application Number: | 09050153 |
| Application Number: | 08900994 |
| Application Number: | 08926841 |
| Application Number: | 08938402 |
| Application Number: | 08998249 |
| Application Number: | 08890898 |
| Application Number: | 08906366 |
| Application Number: | 08942992 |
| Application Number: | 08962181 |
| Application Number: | 08969663 |
| Application Number: | 08960689 |
| Application Number: | 08888227 |
| Application Number: | 08969068 |
| Application Number: | 08972547 |

| Property Type | Number |
|---|---|
| Application Number: | 09985243 |
| Application Number: | 09910811 |
| Application Number: | 10320247 |
| Application Number: | 10448824 |
| Application Number: | 09925738 |
| Application Number: | 10152645 |
| Application Number: | 09170835 |
| Application Number: | 09668243 |
| Application Number: | 09990366 |
| Application Number: | 09736158 |
| Application Number: | 10607968 |
| Application Number: | 10954033 |
| Application Number: | 09353460 |
| Application Number: | 09449649 |
| Application Number: | 09667709 |
| Application Number: | 09781851 |
| Application Number: | 09808934 |
| Application Number: | 10671482 |
| Application Number: | 09934851 |
| Application Number: | 09862140 |
| Application Number: | 09783842 |
| Application Number: | 10003883 |
| Application Number: | 09921109 |
| Application Number: | 10910027 |
| Application Number: | 11217625 |
| Application Number: | 10827274 |
| Application Number: | 09328607 |
| Application Number: | 10443058 |
| Application Number: | 10121654 |
| Application Number: | 09782359 |
| Application Number: | 09758958 |
| Application Number: | 09810251 |
| Application Number: | 09393949 |
| Application Number: | 09737370 |
| Application Number: | 09734057 |
| Application Number: | 09850124 |
| Application Number: | 10659757 |
| Application Number: | 10153824 |

## ASSIGNEE RECORDATION COVER SHEET

The following four documents attached hereto present evidence of legal transfer of title to the patent properties listed in "Exhibit A of Amended Schedule B1" from

**Alcatel Lucent**

("Assignor")

to

**WSOU Investments, LLC**

("Assignee"):

1. "PATENT ASSIGNMENT" as set forth in "AMENDED SCHEDULE B1: ASSIGNMENT OF PATENT RIGHTS BY ALCATEL LUCENT" (3 pp) of that certain "Patent Purchase Agreement" effective July 22, 2017 between (a) Alcatel Lucent, (b) Nokia Solutions and Networks BV, and (c) Nokia Technologies Oy ("SELLERS"), and (d) Wade and Company ("PURCHASER"), as amended by "Amendment to Patent Purchase Agreement" between SELLERS and PURCHASER effective August 2, 2017.

2. "ASSIGNMENT OF PATENT PURCHASE AGREEMENT" between (d) Wade and Company ("ASSIGNEE") and WSOU Investments, LLC ("ASSIGNOR") effective August 21, 2017 (1 page).

3. "RELEASE AND RELINQUISHMENT OF INTEREST IN WSOU INVESTMENTS, LLC" by WCFT Cayman, Ltd. effective August 21, 2017 (1 page).

4. "Exhibit A of AMENDED SCHEDULE B1 – Assigned Patents (ALU Only Assets) of PPA" (149 pp).

## AMENDED SCHEDULE B1: ASSIGNMENT OF PATENT RIGHTS

## BY ALCATEL LUCENT

### PATENT ASSIGNMENT

This **PATENT ASSIGNMENT**, including without limitation Exhibit A of Amended Schedule B1 hereto, ("**Assignment**") is made by:

(1) **Alcatel Lucent**, a company validly organized and existing under the laws of France and having its principal address at 148/152 Route de la Reine, 92100 Boulogne-Billancourt, France, ("**Assignor**"); to

(2) **Wade and Company**, a company validly organized and existing under the laws of Ontario, Canada, having its principal address at 17 Prince Arthur, Toronto, ON M5R 1G4 CANADA, (the "**Assignee**").

All references to the plural herein also mean the singular, and vice versa, unless the context otherwise requires.

**WHEREAS**, Assignor is the owner of certain patents and patent applications, as specified in Exhibit A hereto.

### DEFINITIONS

"**Assigned Patents**" means (a) patent applications listed in **Exhibit A** of Amended Schedule B1 hereto; (b) all reissues, reexaminations, continuations, continuations-in-part, divisionals, renewals and extensions of such patents and patent applications (whether pending, issued, abandoned or filed prior to, on or after the Effective Date); (c) all patents and patent applications (i) to which any or all of the foregoing directly or indirectly claims priority to, or the benefit of, the filing date, or (ii) for which any or all of the foregoing directly or indirectly forms a basis for priority or otherwise provides the benefit of an earlier filing date; and (d) all foreign counterparts to any or all of the foregoing, and all utility models, certificates of invention, patent registrations and equivalent rights worldwide.

"**Assignment Date**" means August 2, 2017.

### PATENT ASSIGNMENT

Assignor hereby assigns, transfers, and conveys unto Assignee, all of Assignor's right, title, and interest in and to each of the Assigned Patents.

The assignment, transfer, and conveyance to Assignee set forth above will become effective on the Assignment Date and is made subject to certain encumbrances and retained rights for the Assigned Patents in favor of Assignor and/or its assignees and licensees.

PATENT
REEL: 044000 FRAME: 0137

IN WITNESS WHEREOF, the Assignor has caused this Assignment to be signed by its duly authorized officers.

ASSIGNOR:

ALCATEL LUCENT

By: _[signature]_
Name: Bernard Zucker
Title: General Counsel, Bell Labs + Special Projects
Date: 2 August 2017

ASSIGNOR:

ALCATEL LUCENT

By: _[signature]_
Name: Elaine Deep
Title: Authorized Signatory
Date: 2 Aug 2017

ACKNOWLEDGED BY ASSIGNEE

ASSIGNEE:

WADE AND COMPANY

By: Steppy Shares
Name: _[signature]_
Title: Manag Dinh
Date: Aug 2, 2017

PATENT
REEL: 044000 FRAME: 0138

## EXHIBIT A of AMENDED SCHEDULE B1 – ASSIGNED PATENTS

**Embedded Electronic File (149 Pages):**

Exhibit A of AMENDED SCHEDULE

"Exhibit A of AMENDED SCHEDULE B1 – Assigned Patents (ALU Only Assets) of PPA"

PATENT
REEL: 044000 FRAME: 0139

## ASSIGNMENT OF PATENT PURCHASE AGREEMENT

WHEREAS, Wade and Company, on the one hand, and Alcatel Lucent, Nokia Solutions and Networks BV and Nokia Technologies Oy ("Nokia Parties"), on the other hand, entered into a Patent Purchase Agreement with an effective date as of July 22, 2017 ("Patent Purchase Agreement");

WHEREAS, Wade and Company and the Nokia Parties entered into an Amendment to the Patent Purchase Agreement with an effective date as of August 21, 2017 ("Amendment to Patent Purchase Agreement");

WHEREAS, the Amendment to the Patent Purchase Agreement permits Wade and Company to assign the whole of its interest in the Patent Purchase Agreement to WSOU Investments LLC, a company organized under the laws of Delaware;

NOW, THEREFORE, Wade and Company wishes to assign the whole of its interest in the Patent Purchase Agreement to WSOU Investments LLC

> Wade and Company hereby assigns to WSOU Investments LLC and WSOU Investments LLC hereby accepts the whole of the interest of Wade and Company in the Patent Purchase Agreement.

IN WITNESS WHEREOF, Wade and Company and WSOU Investments LLC, on behalf of themselves and their Affiliates, have caused this Agreement to be executed by their duly authorized representatives to become effective as of August 21, 2017.

WADE AND COMPANY

Name: Stuart A. Shanus

Signature: _____

Title: General Counsel, Managing Partner

Date: August 21, 2017

WSOU INVESTMENTS LLC

Name: Craig Etchegoyen

Signature: _____

Title: Member

Date: August 21, 2017

## RELEASE AND RELINQUISHMENT OF INTEREST IN WSOU INVESTMENTS, LLC

WHEREAS, WCFT Cayman, a Cayman Islands company ("WCFT Cayman"), on the one hand and Orange Holdings, a Nevada corporation, on the other hand, had preliminary discussions concerning forming and operating WSOU Investments, LLC, a to be formed Delaware limited liability company;

WHEREAS, WSOU Investments, LLC was subsequently formed to purchase intellectual property from Alcatel Lucent, Nokia Solutions and Networks BV, Nokia Technologies Oy; and

WHEREAS, WCFT Cayman and Orange Holding never agreed to form WSOU Investments, LLC;

NOW, THEREFORE, to avoid any controversy or dispute concerning the fact that WCFT Cayman does not own and has never owned an interest in WSOU Investments, LLC:

> WCFT Cayman hereby unequivocally avers that it owns no interest in WSOU Investments, LLC and to the extent it ever had any ownership stake, it hereby releases, relinquishes and disavows any ownership interest in WSOU Investments LLC it may have had.

IN WITNESS WHEREOF, WCFT Cayman itself and its Affiliates have caused this Release and Relinquishment of Interest to be executed by its duly authorized representative made effective as of August 21, 2017.

WCFT Cayman Ltd.

Name: Marc Wade

Signature: _____

Title: Director

Date: August 21, 2017

| FAMILY | CASE REFERENCE | GRANT NUMBER | APPLICATION NUMBER | PUBLICATION NUMBER | COUNTRY | ISSUE DATE | EXPIRATION DATE | APPLICATION DATE | TITLE |
|---|---|---|---|---|---|---|---|---|---|
| 809616 | 809616-US-NP | US8792941 | 13/613159 | 20140073335 | US | 29-Jul-14 | 26-Sep-32 | 13-Sep-12 | Method And Apparatus Of Virtualized Resource Sharing In Cellular Networks |
| 019224 | 019224-US-CIP | US6148423 | 08/483886 | | US | 14-Nov-00 | 14-Nov-17 | 7-Jun-95 | SIGNAL TRANSMISSION PERFORMANCE OPTIMIZATION DEVICE IN A SYSTEM FOR TRANSMITTING DIGITAL DATA, ESPECIALLY ON AN OPTICAL LINK |
| 100001 | 100001-DE-EPA | EP0817397 | 97401515.8 | EP0817397 | DE | 31-Dec-08 | 30-Jun-17 | 30-Jun-97 | HANDOVER |
| 100001 | 100001-GB-EPA | EP0817397 | 97401515.8 | EP0817397 | GB | 31-Dec-08 | 30-Jun-17 | 30-Jun-97 | HANDOVER |
| 100001 | 100001-US-NP | US5995807 | 08/887287 | | US | 30-Nov-99 | 2-Jul-17 | 2-Jul-97 | HANDOVER |
| 100082 | 100082-US-NP | US6522896 | 09/102002 | 20020022502 | US | 18-Feb-03 | 22-Jun-18 | 22-Jun-98 | ANTENNA DIVERSITY BASE STATION FOR TRANSMISSION OF UNIDIRECTIONAL CHANNELS AND CORRESPONDING METHOD OF TRANSMISSION OF A UNIDIRECTIONAL CHANNEL BY A BASE STATION |
| 100295 | 100295-US-PCT | US6173093 | 09/051816 | | US | 9-Jan-01 | 18-Aug-17 | 18-Aug-97 | OPTICAL ADD/DROP WAVELENGTH DIVISION MULTIPLEX SYSTEMS |
| 100408 | 100408-US-NP | US6038045 | 08/956445 | | US | 14-Mar-00 | 23-Oct-17 | 23-Oct-97 | APPARATUS FOR ADDING AND DROPPING WAVELENGTH MULTIPLEX CHANNELS |
| 100430 | 100430-US-NP | US6026204 | 08/960201 | | US | 15-Feb-00 | 29-Oct-17 | 29-Oct-97 | SPECTRAL PRECOMPensation |
| 100589 | 100589-US-NP | US5994795 | 09/062554 | | US | 30-Nov-99 | 20-Apr-18 | 20-Apr-98 | POWER DISTRIBUTION |
| 100639 | 100639-US-NP | US6052527 | 09/021420 | | US | 18-Apr-00 | 10-Feb-18 | 10-Feb-98 | METHODE POUR GERER LA CONCURRENCE DANS DES OBJETS |
| 100643 | 100643-US-NP | US6266406 | 09/057802 | | US | 24-Jul-01 | 9-Apr-18 | 9-Apr-98 | IMPLEMENTATION OF A TCAP INTERFACE |
| 100645 | 100645-US-NP | US6317428 | 09/059837 | | US | 13-Nov-01 | 14-Apr-18 | 14-Apr-98 | DESIGN AND IMPLEMENTATION OF IN SERVICE |
| 100683 | 100683-US-PCT | US6339489 | 09/125316 | | US | 15-Jan-02 | 30-Dec-17 | 30-Dec-97 | DEVICE FOR COMPENSATING THE DISPERSION OF POLARIZATION IN AN OPTICAL TRANSMISSION SYSTEM |
| 100716 | 100716-US-NP | US6034645 | 09/028811 | | US | 7-Mar-00 | 24-Feb-18 | 24-Feb-98 | MINIATURE ANNULAR MICROSTRIP RESONANT ANTENNA |
| 100784 | 100784-US-PCT | US6373608 | 09/155901 | | US | 16-Apr-02 | 10-Feb-18 | 10-Feb-98 | METHOD AND DEVICE FOR ON-LINE REGENERATION OF A SIGNAL TRANSMITTED BY WAVELENGTH DIVISION MULTIPLEXED SOLITONS AND OPTICAL TELECOMMUNICATION SYSTEM COMPRISING SUCH A REGENERATING DEVICE |
| 100792 | 100792-US-NP | US6172562 | 09/225508 | | US | 9-Jan-01 | 6-Jan-19 | 6-Jan-99 | DEVICE FOR CONTROLLING THE AMPLITUDE AND THE PHASE OF A RADIO FREQUENCY SIGNAL |
| 100849 | 100849-US-NP | US6061027 | 09/143657 | | US | 9-May-00 | 31-Aug-18 | 31-Aug-98 | RADIATING STRUCTURE |
| 100902 | 100902-US-PCT | US6526064 | 09/180774 | | US | 25-Feb-03 | 27-Mar-18 | 27-Mar-98 | METHOD FOR TRANSMITTING ON A PLURALITY OF TRANSMISSION MEDIA, WITH DYNAMIC DATA DISPATCHING, AND CORRESPONDING TRANSMITTER AND TERMINAL |
| 100946 | 100946-CN-NP | ZL98126980.X | 98126980.X | 1230037A | CN | 26-May-04 | 11-Dec-18 | 11-Dec-98 | MULTIFREQUENCY PATCH ANTENNA |
| 100946 | 100946-DE-EPA | EP0924797 | 98403063.5 | EP0924797 | DE | 25-Feb-04 | 7-Dec-18 | 7-Dec-98 | MULTIFREQUENCY PATCH ANTENNA |
| 100946 | 100946-FR-EPA | EP0924797 | 98403063.5 | EP0924797 | FR | 25-Feb-04 | 7-Dec-18 | 7-Dec-98 | MULTIFREQUENCY PATCH ANTENNA |
| 100946 | 100946-GB-EPA | EP0924797 | 98403063.5 | EP0924797 | GB | 25-Feb-04 | 7-Dec-18 | 7-Dec-98 | MULTIFREQUENCY PATCH ANTENNA |
| 100946 | 100946-US-NP | US6133879 | 09/209447 | | US | 17-Oct-00 | 11-Dec-18 | 11-Dec-98 | MULTIFREQUENCY MICROSTRIP ANTENNA AND A DEVICE INCLUDING SAID ANTENNA |
| 100949 | 100949-CN-NP | ZL98117083.8 | 98117083.8 | 1226093A | CN | 5-Nov-03 | 11-Dec-18 | 11-Dec-98 | Shorted microstrip antenna and apparatus using the same |
| 100949 | 100949-DE-EPA | EP0923156 | 98402988.4 | EP0923156 | DE | 28-Jan-04 | 30-Nov-18 | 30-Nov-98 | Shorted microstrip antenna and apparatus using the same |
| 100949 | 100949-FR-EPA | EP0923156 | 98402988.4 | EP0923156 | FR | 28-Jan-04 | 30-Nov-18 | 30-Nov-98 | Shorted microstrip antenna and apparatus using the same |
| 100949 | 100949-GB-EPA | EP0923156 | 98402988.4 | EP0923156 | GB | 28-Jan-04 | 30-Nov-18 | 30-Nov-98 | Shorted microstrip antenna and apparatus using the same |
| 100949 | 100949-US-NP | US6133880 | 09/209449 | | US | 17-Oct-00 | 11-Dec-18 | 11-Dec-98 | Shorted microstrip antenna and apparatus using the same |
| 100957 | 100957-US-NP | US6166699 | 09/081515 | | US | 26-Dec-00 | 20-May-18 | 20-May-98 | ANTENNA SOURCE FOR TRANSMITTING AND RECEIVING MICROWAVES |
| 101107 | 101107-FR-NP | FR2766318 | 9709068 | 2766318 | FR | 30-Nov-01 | 17-Jul-17 | 17-Jul-97 | SYSTEME DE RADIOTELECOMMUNICATIONS AVEC UN TERMINAL MOBILE FONCTIONNANT EN MODE CELLULAIRE ET EN MODE SANS FIL |
| 101107 | 101107-US-NP | US6141547 | 09/114499 | | US | 31-Oct-00 | 13-Jul-18 | 13-Jul-98 | RADIOTELECOMMUNICATIONS SYSTEM HAVING A MOBILE TERMINAL THAT OPERATES BOTH IN CELLULAR MODE AND IN CORDLESS MODE |
| 101120 | 101120-US-NP | US6424350 | 09/273557 | | US | 23-Jul-02 | 22-Mar-19 | 22-Mar-99 | METHOD OF CONTROLLING A LIQUID CRYSTAL DISPLAY |
| 101221 | 101221-DE-EPA | EP0929119 | 99400002.4 | EP0929119 | DE | 13-Dec-06 | 4-Jan-19 | 4-Jan-99 | ISOTROPIC BCCH BROADCAST BY BEAMFORMING BTS |
| 101221 | 101221-FR-NP | FR2773661 | 9800191 | 2773661 | FR | 25-Feb-00 | 12-Jan-18 | 12-Jan-98 | ISOTROPIC BCCH BROADCAST BY BEAMFORMING BTS |
| 101221 | 101221-GB-EPA | EP0929119 | 99400002.4 | EP0929119 | GB | 13-Dec-06 | 4-Jan-19 | 4-Jan-99 | ISOTROPIC BCCH BROADCAST BY BEAMFORMING BTS |
| 101221 | 101221-US-NP | US6181955 | 09/227884 | | US | 30-Jan-01 | 11-Jan-19 | 11-Jan-99 | METHOD OF TRANSMITTING A CONTROL SIGNAL BY A BASE STATION OF A DIGITAL CELLULAR MOBILE RADIO SYSTEM AND A CORRESPONDING BASE STATION |
| 101242 | 101242-US-NP | US6366072 | 09/244827 | 20020007262 | US | 2-Apr-02 | 4-Feb-19 | 4-Feb-99 | OPTIMIZED POWER SUPPLY SYSTEM FOR AN ELCTRONIC CIRCUIT |
| 101279 | 101279-CN-NP | ZL98117088.9 | 98117088.9 | 1224254A | CN | 6-Aug-03 | 11-Dec-18 | 11-Dec-98 | Antenna realised according to microstrip technique and device incorporating this antenna |
| 101279 | 101279-DE-EPA | EP0923157 | 98403061.9 | EP0923157 | DE | 15-Sep-04 | 7-Dec-18 | 7-Dec-98 | Antenna realised according to microstrip technique and device incorporating this antenna |
| 101279 | 101279-FR-EPA | EP0923157 | 98403061.9 | EP0923157 | FR | 15-Sep-04 | 7-Dec-18 | 7-Dec-98 | Antenna realised according to microstrip technique and device incorporating this antenna |
| 101279 | 101279-GB-EPA | EP0923157 | 98403061.9 | EP0923157 | GB | 15-Sep-04 | 7-Dec-18 | 7-Dec-98 | Antenna realised according to microstrip technique and device incorporating this antenna |
| 101279 | 101279-US-NP | US6121930 | 09/209470 | | US | 19-Sep-00 | 11-Dec-18 | 11-Dec-98 | Antenna realised according to microstrip technique and device incorporating this antenna |
| 101297 | 101297-US-NP | US7024619 | 09/373240 | | US | 4-Apr-06 | 12-Aug-19 | 12-Aug-99 | EVENT CONDITION ACTION… |

| FAMILY | CASE REFERENCE | GRANT NUMBER | APPLICATION NUMBER | PUBLICATION NUMBER | COUNTRY | ISSUE DATE | EXPIRATION DATE | APPLICATION DATE | TITLE |
|---|---|---|---|---|---|---|---|---|---|
| Aydin 1-1-1-1-1-1-41 (O) | Aydin 1-1-1-1-1-1-41 (O)-KR-PCT | KR101462064 | 20107003269 | | KR | 10-Nov-14 | 21-Jul-28 | 21-Jul-08 | Method And Apparatus For Radio Link Failure Recovery In A Wireless Communications Network |
| Aydin 1-1-1-1-1-1-41 (O) | Aydin 1-1-1-1-1-1-41 (O)-US-NP | US8054806 | 12/221904 | 20090046578 | US | 8-Nov-11 | 20-Aug-28 | 7-Aug-08 | Method And Apparatus For Radio Link Failure Recovery In A Wireless Communications Network |
| Aykin 1 (T) | Aykin 1 (T)-US-NP | US6516301 | 09/304294 | | US | 4-Feb-03 | 3-May-19 | 3-May-99 | Order-Based Material Management System |
| Aytur 2-8 (TS) | Aytur 2-8 (TS)-US-NP | US7095994 | 10/305584 | | US | 22-Aug-06 | 20-Feb-24 | 27-Nov-02 | Method And Apparatus For Dynamic Biasing Of Baseband Circuitry In A Communication System Receiver |
| Aytur 3-9 (TS) | Aytur 3-9 (TS)-US-NP | US7206557 | 10/338198 | 20040132424 | US | 17-Apr-07 | 16-May-24 | 8-Jan-03 | Method And Apparatus For Suppressing Local Oscillator Leakage In A Wireless Transmitter |
| Azadet 10-2 (K) | Azadet 10-2 (K)-US-NP | US6999521 | 09/471920 | | US | 14-Feb-06 | 23-Dec-19 | 23-Dec-99 | Method And Apparatus For Shortening The Critical Path Of Reduced Complexity Sequence Estimation Techniques |
| Azar 24 (K) | Azar 24 (K)-US-NP | US6538885 | 09/662995 | | US | 25-Mar-03 | 15-Sep-20 | 15-Sep-00 | Electronic Circuit Cooling With Impingement Plate |
| Azar 27 (K) | Azar 27 (K)-US-NP | US6452799 | 09/662423 | | US | 17-Sep-02 | 15-Sep-20 | 15-Sep-00 | Integrated Circuit Cooling System |
| Baals 12-14 (KA) | Baals 12-14 (KA)-US-NP | US6813347 | 09/828985 | 20020146107 | US | 2-Nov-04 | 10-Apr-21 | 10-Apr-01 | Selective Call Waiting |
| Bachl 2-6-2 (R) | Bachl 2-6-2 (R)-KR-NP | KR501617 | 20020029503 | | KR | 6-Jul-05 | 28-May-22 | 28-May-02 | A method For Improving Receivers For The 3GPP Standard By Employing Coded Control-Symbols As Additional Pilot Symbols |
| Bachl 2-6-2 (R) | Bachl 2-6-2 (R)-JP-NP | JP4017917 | 2002147977 | | JP | 28-Sep-07 | 22-May-22 | 22-May-02 | A method For Improving Receivers For The 3GPP Standard By Employing Coded Control-Symbols As Additional Pilot Symbols |
| Bachl 8-28-24-12 (RW) | Bachl 8-28-24-12 (RW)-CN-PCT | ZL200680030327.7 | 200680030327.7 | CN101278587A | CN | 24-Sep-14 | 16-Aug-26 | 16-Aug-06 | Method For Reducing Discarded Slots And Frames In A Wireless Communications System |
| Bachl 8-28-24-12 (RW) | Bachl 8-28-24-12 (RW)-EP-EPT | | 06789770.2 | EP1917826 | EP | | 16-Aug-26 | 16-Aug-06 | Method For Reducing Discarded Slots And Frames In A Wireless Communications System |
| Bachl 8-28-24-12 (RW) | Bachl 8-28-24-12 (RW)-JP-PCT | JP4847529 | 2008527979 | 2009506637 | JP | 21-Oct-11 | 16-Aug-26 | 16-Aug-06 | Method For Reducing Discarded Slots And Frames In A Wireless Communications System |
| Bachl 8-28-24-12 (RW) | Bachl 8-28-24-12 (RW)-US-NP | US7558229 | 11/212131 | 20070076644 | US | 7-Jul-09 | 25-Aug-25 | 25-Aug-05 | Method For Reducing Discarded Slots And Frames In A Wireless Communications System |
| Baeyens 4-65-10 (YL) | Baeyens 4-65-10 (YL)-US-NP | US8081050 | 12/392924 | 20100214040 | US | 20-Dec-11 | 29-Dec-29 | 25-Feb-09 | Multilayer Planar Tunable Filter |
| Bagga 1-1-1-1-1-1-3-1 (YS) | Bagga 1-1-1-1-1-1-3-1 (YS)-US-NP | US7197546 | 09/520133 | | US | 27-Mar-07 | 7-Mar-20 | 7-Mar-00 | Inter-Domain Network Management System For Multi-Layer Networks |
| Bailey 1-4-1-5-11-1-2-1 (L) | Bailey 1-4-1-5-11-1-2-1 (L)-US-NP | US7936675 | 11/565772 | 20080130501 | US | 3-May-11 | 13-Mar-28 | 1-Dec-06 | Bandwidth Packing Rate Controller For Optimizing Resource Utilization |
| Bair 5-10-18 (HE) | Bair 5-10-18 (HE)-US-NP | US6016696 | 09/162486 | | US | 25-Jan-00 | 25-Sep-18 | 25-Sep-98 | Method For Determining Volume Changes In Viscous Liquids |
| Baker 23-2 (AD) | Baker 23-2 (AD)-US-NP | US7099333 | 09/800684 | 20020172220 | US | 29-Aug-06 | 5-Aug-23 | 7-Mar-01 | Automatic Protocol Version Detection And Call Processing Reconfiguration In A Communication System |
| Baker 26 (AD) | Baker 26 (AD)-US-NP | US7269177 | 10/298704 | 20040095946 | US | 11-Sep-07 | 4-Oct-25 | 18-Nov-02 | Logical Star Topologies For Non-Star Networks |
| Baker 4-2-5 (TW) | Baker 4-2-5 (TW)-US-NP | US6163563 | 08/997715 | | US | 19-Dec-00 | 23-Dec-17 | 23-Dec-97 | Digital Communication System for High-Speed Complex Correlation |
| Baker 5-3-2 (TW) | Baker 5-3-2 (TW)-US-NP | US6266331 | 09/108429 | | US | 24-Jul-01 | 1-Jul-18 | 1-Jul-98 | A Device For Generating Multiple Spreading Sequences In Reverse High Speed Data Channels |
| Baker 8-1 (BS) | Baker 8-1 (BS)-US-NP | US6282698 | 09/205813 | | US | 28-Aug-01 | 4-Dec-18 | 4-Dec-98 | Method For Detecting Similarities In Java Sources From Bytecodes |
| Balachandran 15-43 (K) | Balachandran 15-43 (K)-US-NP | US7020185 | 09/724231 | | US | 28-Mar-06 | 5-Jun-22 | 28-Nov-00 | Method And Apparatus For Determining Channel Conditions In A Communication System |
| Balachandran 21-1-3-12 (K) | Balachandran 21-1-3-12 (K)-US-NP | US7054346 | 09/850124 | 20020164990 | US | 30-May-06 | 27-Aug-23 | 7-May-01 | Enhanced Frequency Hopping In A Wireless System |
| Balachandran 22-2-1-2 (K) | Balachandran 22-2-1-2 (K)-US-NP | US7082153 | 10/251954 | 20040057501 | US | 25-Jul-06 | 29-Sep-24 | 23-Sep-02 | Variable Spacing Pulse Position Modulation For Ultra-Wideband Communication Links |
| Balachandran 26-24-25-13 (K) | Balachandran 26-24-25-13 (K)-US-NP | US7304971 | 10/285413 | 20040085934 | US | 4-Dec-07 | 23-Aug-25 | 1-Nov-02 | Flexible Transmission Method For Wireless Communications |
| Balachandran 3-10-2-25 (K) | Balachandran 3-10-2-25 (K)-IN-NP | | 241/MAS/99 | | IN | | 25-Feb-19 | 25-Feb-99 | System And Method For Measuring Channel Quality Information In A Communication System |
| Balachandran 3-10-2-25 (K) | Balachandran 3-10-2-25 (K)-US-NP | US6215827 | 09/044636 | | US | 10-Apr-01 | 19-Mar-18 | 19-Mar-98 | System And Method For Measuring Channel Quality Information In A Communication System |
| Balachandran 32-17-29-5-2 (K) | Balachandran 32-17-29-5-2 (K)-US-NP | US7734805 | 10/413401 | 20040210619 | US | 8-Jun-10 | 24-Aug-26 | 15-Apr-03 | Method For Scheduling Transmission In Communication Systems |
| Balachandran 33-6-13 (K) | Balachandran 33-6-13 (K)-US-NP | US7356561 | 10/426691 | 20040230638 | US | 8-Apr-08 | 19-Jun-25 | 1-May-03 | Adaptive Sleeping And Awakening Protocol For An Energy-Efficient ADHOC Network |
| Balachandran 38-22-35-12 (K) | Balachandran 38-22-35-12 (K)-US-NP | US7372823 | 10/805701 | 20050207365 | US | 13-May-08 | 9-Dec-25 | 22-Mar-04 | Method Of Transmitting Broadcast-Multicast Services Parameters Messages In A Wireless Communications System |
| Balachandran 57-19-4-59 (K) | Balachandran 57-19-4-59 (K)-CN-PCT | ZL2009801366205 | 200980136620.5 | 102160446 | CN | 23-Sep-15 | 3-Sep-29 | 3-Sep-09 | An Architecture To Support Network-Wide Multiple-In-Multiple-Out Wireless Communication Over An Uplink |
| Balachandran 57-19-4-59 (K) | Balachandran 57-19-4-59 (K)-EP-EPT | | 09789257.4 | EP2335445 | EP | | 3-Sep-29 | 3-Sep-09 | An Architecture To Support Network-Wide Multiple-In-Multiple-Out Wireless Communication Over An Uplink |
| Balachandran 57-19-4-59 (K) | Balachandran 57-19-4-59 (K)-KR-PCT | KR101176377 | 20117006102 | | KR | 17-Aug-12 | 3-Sep-29 | 3-Sep-09 | An Architecture To Support Network-Wide Multiple-In-Multiple-Out Wireless Communication Over An Uplink |
| Balachandran 6-1-2-2-11-1 (K) | Balachandran 6-1-2-2-11-1 (K)-US-NP | US6532222 | 09/186765 | | US | 11-Mar-03 | 5-Nov-18 | 5-Nov-98 | Apparatus And Methods For Improving The Assignment Of Parallel DemodulatorsTo Multipaths Of Wireless Signals |
| Baldwin 4-17-2-27 (KW) | Baldwin 4-17-2-27 (KW)-US-NP | US7439096 | 09/789397 | 20020155729 | US | 21-Oct-08 | 20-Jun-22 | 21-Feb-01 | Semiconductor Device Encapsulation |
| Baldwin 4-2-53-5 (MS) | Baldwin 4-2-53-5 (MS)-US-NP | US7103635 | 09/770135 | 20020004820 | US | 5-Sep-06 | 4-Mar-23 | 26-Jan-01 | Really Simple Mail Transport Protocol |
| Balents 1-2-1-1-1 (L) | Balents 1-2-1-1-1 (L)-US-NP | US6501963 | 09/378362 | | US | 31-Dec-02 | 20-Aug-19 | 20-Aug-99 | Design, Fabrication And Operation Of Antennas For Diffusive Environments |
| Ball 4-1 (TJ) | Ball 4-1 (TJ)-US-NP | US6222847 | 08/999708 | | US | 24-Apr-01 | 8-Oct-17 | 8-Oct-97 | Apparatus And Method For Retrieving Data From A Network Site |
| Ball 8-7-7-2-5-4 (TJ) | Ball 8-7-7-2-5-4 (TJ)-US-NP | US6393107 | 09/318140 | | US | 21-May-02 | 25-May-19 | 25-May-99 | Method And Apparatus For Creating And Sending Structured Voicemail Messages |
| Balogh 1-1-11-8-2 (DA) | Balogh 1-1-11-8-2 (DA)-US-NP | US6535736 | 09/210019 | | US | 18-Mar-03 | 11-Dec-18 | 11-Dec-98 | Channel Access Control In Wireless Communications System |
| Bao 5-2 (Z) | Bao 19-28 (Z)-US-DIV | US6372532 | 09/754959 | | US | 16-Apr-02 | 10-Jun-18 | 5-Jan-01 | Patterned Light Emitting Diode Devices |

PATENT
REEL: 044000 FRAME: 0218