IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU Investments, LLC d/b/a Brazos Licensing and Development,<br><br>   Plaintiff,<br><br> v.<br><br>Canon Inc.,<br><br>   Defendant. | Case No. 6:20-cv-00980-ADA<br><br>**JURY TRIAL DEMANDED** |

### **DEFENDANT CANON INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Canon Inc., through its undersigned counsel, hereby states as follows:

Canon Inc. is a publicly-traded corporation organized and existing under the laws of Japan. It has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: March 15, 2021                                   Respectfully Submitted,

                                                        */s/ John M. Jackson*
                                                        John M. Jackson (Texas Bar No. 24002340)
                                                        jjackson@jw.com
                                                        **JACKSON WALKER, LLP**
                                                        2323 Ross Avenue, Suite 600
                                                        Dallas, TX 75201
                                                        Tel: (214) 953-6000
                                                        Fax: (214) 953-5822

                                                        Richard F. Martinelli (*pro hac vice pending*)
                                                        rmartinelli@orrick.com
                                                        Joseph A. Calvaruso (*pro hac vice pending*)
                                                        jcalvaruso@orrick.com
                                                        **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                                                        51 West 52nd Street
                                                        New York, NY 10019-6142
                                                        Tel: (212) 506-5000
                                                        Fax: (212) 506-5151

                                                        *Attorneys for Defendant*
                                                        *Canon Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on the 15th day of March, 2021 in compliance with Rule CV-5 and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

                                                        */s/ John M. Jackson*
                                                        John M. Jackson