IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, *Plaintiff*, <br><br> v. <br><br> CANON INC., *Defendant.* | § § § § § § § § § § | CIVIL ACTION 6:20-cv-00980-ADA <br> CIVIL ACTION 6:20-cv-00981-ADA <br> CIVIL ACTION 6:20-cv-00982-ADA <br> CIVIL ACTION 6:20-cv-00984-ADA <br> CIVIL ACTION 6:20-cv-00985-ADA |

## ORDER

This Court, after considering Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's and Defendant Canon Inc.'s Joint Motion for Extension of Upcoming Deadlines, is of the opinion that the Motion should be granted.

It is therefore **ORDERED** that Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendant Canon Inc.'s Joint Motion is **GRANTED.** WSOU shall have up to and including Monday, April 12, 2021 to file an amended pleading. Canon shall have up to and including Monday, April 12, 2021 to file a third-party Complaint.

SIGNED this 29th day of March, 2021.

ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE