IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>   Plaintiff,<br><br> v.<br><br>CANON INC.,<br><br>   Defendant. | CASE NO. 6:20-cv-00980-ADA |
| CANON INC.,<br><br>   Third-Party Plaintiff,<br><br> v.<br><br>NXP USA, INC.,<br><br>   Third-Party Defendant. | |

**THIRD-PARTY DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD-PARTY PLAINTIFF'S COMPLAINT**

 Third-Party Defendant NXP USA, Inc. ("NXP") hereby moves for an extension of time to file an answer or otherwise respond to the Third-Party Plaintiff's Complaint.

 NXP requests a 30 day extension of its deadline to respond to the Third-Party Plaintiff's Complaint from April 23, 2021, to May 23, 2021.  The parties conferred, and the Third-Party Plaintiff does not oppose the extension.  The extension will serve the interest of justice by providing NXP time to investigate and respond to the Third-Party Plaintiff's Complaint.

For these reasons, the Third-Party Defendant respectfully requests that the Court grant this motion and extend to May 23, 2021 the deadline to answer or otherwise respond to the Third-Party Plaintiff's Complaint.  A proposed order is attached.

April 20, 2021

Respectfully submitted,

By:   /s/ *Richard S. Zembek*

Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel:   (713) 651-5151
Fax:   (713) 651-5246

Adam Schramek (SBN 24033045)
adam.schramek@nortonrosefulbright.com
Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel:   (512) 474-5201
Fax:   (512) 536-4598

**COUNSEL FOR THIRD-PARTY DEFENDANT NXP USA, INC.**

**CERTIFICATE OF CONFERENCE**

I certify that counsel for NXP conferred with counsel for the Third-Party Plaintiff, and counsel for the Third-Party Plaintiff agreed to the extension for the Third-Party Defendant to answer or otherwise respond to the Third-Party Plaintiff's Complaint.

/s/ *Richard S. Zembek*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 20, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Richard S. Zembek*