IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CANON INC.,<br><br>　　　　Defendant. | CASE NO. 6:20-cv-00980-ADA |
| CANON INC.,<br><br>　　　　Third-Party Plaintiff,<br><br>　v.<br><br>NXP USA, INC.,<br><br>　　　　Third-Party Defendant. | |

## ORDER

Before this Court is Third-Party Defendant NXP USA, Inc.'s ("NXP") Unopposed Motion For Extension of Time to Respond to Third-Party Plaintiff's Complaint.

After considering the motion, the motion is GRANTED. NXP will have until May 23, 2021 to answer or otherwise respond to Plaintiff's Complaint.