# EXHIBIT 1

DEVELOP WITH BLUETOOTH

# Member Directory

Home | Develop with Bluetooth | Join the SIG | Member Directory

**Search:** alcatel

| Company Name | Member Level |
|---|---|
| Alcatel | Adopter |
| Alcatel | Adopter |
| Alcatel-Lucent | Adopter |
| TCL&Alcatel Mobile Phones | Adopter |

? Get Help

DEVELOP WITH BLUETOOTH

# Member Directory

Get Help

| Home | Develop with Bluetooth | Join the SIG | Member Directory |

**Search:** lucent

| Company Name | Member Level |
|---|---|
| Alcatel-Lucent | Adopter |
| Lucent Technologies | Adopter |
| Lucent Trans Electronics Co., Ltd. | Adopter |
| LucentWear LLC | Adopter |
| translucent technologies | Adopter |

| Company Name | Member Level |
|---|---|
| CANON CHEMICALS INC. | Adopter |
| Canon Electronic Business Machines (H.K.) Co., Ltd. | Adopter |
| Canon Imaging Systems Inc. | Adopter |
| Canon Inc. | Associate |
| CANON KOREA BUSINESS SOLUTIONS INC. | Adopter |
| Canon Marketing Japan Inc. | Adopter |
| Canon USA | Adopter |
| Canonical Group Limited | Adopter |