**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-cv-00980-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-cv-00981-ADA** |
| *Plaintiff,* | § | **CIVIL ACTION 6:20-cv-00982-ADA** |
| | § | |
| **v.** | § | |
| | § | |
| **CANON, INC.,** | § | |
| *Defendant.* | § | |
| | § | |

**PLAINTIFF WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND
DEVELOPMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSES TO DEFENDANT CANON, INC.'S MOTIONS TO DISMISS AND
MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU")

files this Unopposed Motion for Extension of Time to File Responses to Defendant Canon, Inc.'s

("Canon") Motions to Dismiss and Motion for Judgment on the Pleadings and shows:

On April 26, 2021, Canon filed Motions to Dismiss under Federal Rule of Civil

Procedure 12(b)(6) and a Motion for Judgment on the Pleadings under Federal Rule of Procedure

12(c) ("Motions"). *See* Case No. 6:20-cv-00980, Dkt. 32; Case No. 6:20-cv-00981, Dkt. 23;

Case No. 6:20-cv-00982, Dkt. 23. Under W.D. Tex. Local Rule CV-7(e)(2), the deadline for

WSOU to file its responses to Canon's Motions is May 10, 2021. WSOU requests that the Court

grant a 14-day extension of the current deadline, up to and including May 24, 2021, for filing

responses to Canon's Motions. Canon does not oppose this extension.

1

Based on the foregoing, WSOU respectfully requests that the Court extend the deadline

for filing responses to Canon's Motions by an additional 14 days, up to and including May 24,

2021.


Dated:  May 5, 2021                                  RESPECTFULLY SUBMITTED,

                                                    By:  */s/ Jonathan K. Waldrop*
                                                         Jonathan K. Waldrop (CA Bar No. 297903)
                                                         (Admitted in this District)
                                                         jwaldrop@kasowitz.com
                                                         Darcy L. Jones (CA Bar No. 309474)
                                                         (Admitted in this District)
                                                         djones@kasowitz.com
                                                         Marcus A. Barber (CA Bar No. 307361)
                                                         (Admitted in this District)
                                                         mbarber@kasowitz.com
                                                         John W. Downing (CA Bar No. 252850)
                                                         (Admitted in this District)
                                                         jdowning@kasowitz.com
                                                         Heather S. Kim (CA Bar No. 277686)
                                                         (Admitted in this District)
                                                         hkim@kasowitz.com
                                                         Jack Shaw (CA Bar No. 309382)
                                                         (Admitted in this District)
                                                         jshaw@kasowitz.com
                                                         **KASOWITZ BENSON TORRES LLP**
                                                         333 Twin Dolphin Drive, Suite 200
                                                         Redwood Shores, California 94065
                                                         Telephone: (650) 453-5170
                                                         Facsimile: (650) 453-5096

                                                         Mark D. Siegmund (TX Bar No. 24117055)
                                                         mark@waltfairpllc.com
                                                         **LAW FIRM OF WALT FAIR, PLLC**
                                                         1508 N. Valley Mills Drive
                                                         Waco, TX 76710
                                                         Telephone:  (254) 772-6400
                                                         Facsimile:   (254) 772-6432

                                                         **Attorneys for Plaintiff**
                                                         **WSOU INVESTMENTS, LLC d/b/a**
                                                         **BRAZOS LICENSING AND**
                                                         **DEVELOPMENT**

2

## CERTIFICATE OF CONFERENCE

On May 5, 2021, counsel for WSOU communicated with Richard F. Martinelli, counsel for Canon, concerning the foregoing motion and Mr. Martinelli advised that Canon was not opposed to the grant of a 14-day extension of time for WSOU to file responses to Canon's Motions.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2021, the foregoing document was filed electronically with the Clerk of the Court via the Court's CM/ECF system which will send notification of such filing and constitute service upon all counsel of record who have registered as Filing Users.  Any other known counsel of record will be served with a copy of the foregoing document via email.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop