EXHIBIT
6

# THE AMERICAN HERITAGE® COLLEGE DICTIONARY

CANON_980_00003971

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2000, 1997, 1993 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

*Library of Congress Cataloging-in-Publication Data*

The American heritage college dictionary. —3rd ed.
    p.   cm.
    ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-67161-2 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
    1. English language—Dictionaries.  2. Americanisms.
PE1628.A6227  1993
423—dc20                                   92-42124
                                                CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

**pru·den·tial** (proo-dĕn′shəl) *adj.* **1.** Arising from or characterized by prudence. **2.** Exercising prudence, good judgment, or common sense. — **pru·den′tial·ly** *adv.*
**prud·er·y** (proo′də-rē) *n., pl.* **-ies. 1.** The state or quality of being prudish. **2.** An instance of prudish behavior or talk. [Fr. *pruderie* < *prude*, prude. See PRUDE.]
**Prud·hoe Bay** (prood′hō, prŭd′-). An inlet of the Arctic Ocean on the N coast of AK E of the Colville R. delta.
**prud·ish** (proo′dĭsh) *adj.* Marked by or exhibiting the characteristics of a prude; priggish. — **prud′ish·ly** *adv.* — **prud′ish·ness** *n.*
**pru·i·nose** (proo′ə-nōs′) *adj. Bot.* Having a white powdery covering or bloom. [Lat. *pruinōsus*, frosty < *pruīna*, hoarfrost. See preus-*.]
**prune**[1] (proon) *n.* **1.a.** The partially dried fruit of any of several varieties of the common plum, *Prunus domestica.* **b.** Any kind of plum that can be dried without spoiling. **2.** *Slang.* An ill-tempered, stupid, or incompetent person. — *intr.v.* **pruned, prun·ing, prunes.** *Slang.* To make a facial expression exhibiting ill temper or disgust. [ME < OFr. < VLat. *prūna < Lat. *prūnum*, plum.]
**prune**[2] (proon) *v.* **pruned, prun·ing, prunes.** — *tr.* **1.** To cut off or remove dead or living parts or branches of (a plant, for example) to improve shape or growth. **2.** To remove or cut out as superfluous. **3.** To reduce: *prune a budget.* — *intr.* To remove what is superfluous or undesirable. [ME *prouinen* < OFr. *proignier*, perh. < VLat. *prōrotundiāre* : Lat. *prō-*, in front; see PRO-[1] + Lat. *rotundus*, round (< *rota*, wheel; see ret-*).] — **prun′er** *n.*
**pru·nel·la** (proo-nĕl′ə) also **pru·nel·lo** (-nĕl′ō) *n., pl.* **-las** also **-los.** A heavy fabric of worsted twill, used chiefly for shoe uppers, clerical robes, and academic gowns. [Alteration of Fr. *prunelle*, sloe < OFr., dim. of *prune*, prune. See PRUNE[1].]
**prun·ing hook** (proo′nĭng) *n.* A long pole with a curved saw blade and usu. a clipping mechanism on one end, used esp. for pruning small trees.
**pru·ri·ent** (proor′ē-ənt) *adj.* **1.** Inordinately interested in matters of sex; lascivious. **2.a.** Characterized by an inordinate interest in sex: *prurient thoughts.* **b.** Arousing or appealing to an inordinate interest in sex. [Lat. *prūriēns, prūrient-*, pr.part. of *prūrīre*, to yearn for, itch. See preus-*.] — **pru′ri·ence, pru′ri·en·cy** *n.* — **pru′ri·ent·ly** *adv.*
**pru·ri·go** (proo-rī′gō) *n.* A chronic skin disease having various causes, marked by the eruption of pale papules that itch severely. [Lat. *prūrīgō*, an itching < *prūrīre*, to itch. See preus-*.] — **pru·rig′i·nous** (-rĭj′ə-nəs) *adj.*
**pru·ri·tus** (proo-rī′təs) *n.* Severe itching, often of undamaged skin. [Lat. *prūrītus* < p.part. of *prūrīre*, to itch. See preus-*.] — **pru·rit′ic** (-rĭt′ĭk) *adj.*
**Prus·sia** (prŭsh′ə). A historical region and former kingdom of N-central Europe including present-day N Germany and Poland. The kingdom of Prussia was proclaimed in 1701. It became a republic in 1918 and was formally abolished after World War II.
**Prus·sian** (prŭsh′ən) *adj.* **1.** Of or relating to Prussia or its Baltic or German inhabitants. **2.** Suggestive of or resembling the Junkers and the military class of Prussia. — *n.* **1.** Any of the western Balts inhabiting the region between the Vistula and Neman rivers in ancient times. **2.** A Baltic inhabitant of Prussia. **3.** A German inhabitant of Prussia.
**Prussian blue** *n.* **1.** An insoluble dark blue pigment and dye, ferric ferrocyanide or one of its modifications. **2.** See **iron blue. 3.** *Color.* A moderate to strong blue or deep greenish blue.
**prus·si·ate** (prŭs′ē-āt′) *n.* **1.** A ferrocyanide or ferricyanide. **2.** A salt of hydrocyanic acid; cyanide. [PRUSSI(C ACID) + -ATE[2].]
**prus·sic acid** (prŭs′ĭk) *n.* See **hydrocyanic acid.** [So called because it was first obtained from Prussian blue.]
**Prut** (proot). A river rising in SW Ukraine and flowing c. 885 km (550 mi) to the Danube R.
**pru·tah** (proo-tä′) *n., pl.* **-toth** or **-tot** (-tōt′). A coin formerly used in Israel, equal to one thousandth of a pound. [Mod. Heb. *perūtā*.]
**pry**[1] (prī) *intr.v.* **pried** (prīd), **pry·ing, pries** (prīz). To look or inquire closely, curiously, or inquisitively, often in a furtive manner; snoop: *always prying into the affairs of others.* — *n., pl.* **pries** (prīz). **1.** The act of prying. **2.** An excessively inquisitive person; a snoop. [ME *prien.*] — **pry′ing·ly** *adv.*
**pry**[2] (prī) *tr.v.* **pried** (prīd), **pry·ing, pries** (prīz). **1.** To raise, move, or force open with a lever. **2.** To obtain with effort or difficulty. — *n., pl.* **pries** (prīz). Something, such as a crowbar, that is used to apply leverage. [Alteration of PRIZE[3].]
**pry·er** (prī′ər) *n.* Var. of **prier.**
**Prynne** (prĭn), **William.** 1600–69. English politician and pamphleteer whose attack on the theater, *Histrio-Mastix* (1633), resulted in his imprisonment and the amputation of his ears.
**Ps** or **Ps.** *abbr. Bible.* **1.** Psalm. **2.** Psalms.
**p.s.** *abbr.* Passenger steamer.
**P.S.** *abbr.* **1.** Permanent secretary. **2.** Police Sergeant. **3.** Also **PS** or **p.s.** Postscript. **4.** Public school.
**psalm** (säm) *n.* **1.** A sacred song; a hymn. **2. Psalms.** (used with *a sing. v.*) See table at **Bible.** — *tr.v.* **psalmed, psalm·ing, psalms.** To sing of or celebrate in psalms. [ME < OE < Lat. *psalmus* < Gk. *psalmos* < *psallein*, to play the harp. See pōl-*.]
**psalm·ist** (sä′mĭst) *n.* A writer or composer of psalms.
**psalm·o·dy** (sä′mə-dē, säl′mə-) *n., pl.* **-dies. 1.** The act or practice of singing psalms in divine worship. **2.** The composition or arranging of psalms for singing. **3.** A collection of psalms. [ME *psalmodie* < LLat. *psalmōdia* < Gk., singing to the harp : *psalmos*, psalm; see PSALM + *ōidē, aoidē*, song; see ODE.] — **psalm′o·dist** *n.*
**Psal·ter** also **psal·ter** (sôl′tər) *n.* A book containing the Book of Psalms or a particular version of, musical setting for, or selection from it. [ME < OE *psaltere* and OFr. *psaultier*, both < LLat. *psaltērium* < Lat., psaltery < Gk. *psaltērion.* See PSALTERY.]
**psal·te·ri·um** (sôl-tîr′ē-əm) *n., pl.* **-te·ri·a** (-tîr′ē-ə). The omasum. [LLat. *psaltērium*, psalter (so called because when slit open its folds fall apart like the leaves of a book). See PSALTER.] — **psal·te′ri·al** *adj.*
**psal·ter·y** (sôl′tə-rē) also **psal·try** (sôl′trē) *n., pl.* **-ter·ies** also **-tries.** *Mus.* An ancient stringed instrument played by plucking the strings with the fingers or a plectrum. [ME *psalterie* < OFr. < Lat. *psaltērium* < Gk. *psaltērion* < *psallein*, to play the harp. See pōl-*.]
**p's and q's** (pēz′ ən kyooz′) *pl.n.* **1.** Socially correct behavior; manners. **2.** The way one acts; conduct.
**PSAT** *abbr.* Preliminary Scholastic Aptitude Test.
**psec.** *abbr.* Picosecond.
**pse·phol·o·gy** (sē-fŏl′ə-jē) *n.* The study of political elections. [Gk. *psēphos*, pebble, ballot + -LOGY.] — **pse′pho·log′i·cal** (sē′fə-lŏj′ĭ-kəl) *adj.* — **pse·phol′o·gist** *n.*
**pseud.** *abbr.* Pseudonym.
**pseud·e·pig·ra·pha** (soo′dĭ-pĭg′rə-fə) *pl.n.* **1.** Spurious writings, esp. writings falsely attributed to biblical characters or times. **2.** A body of texts written between 200 B.C. and A.D. 200 and spuriously ascribed to various prophets and kings of Hebrew Scriptures. [Gk. < neut. pl. of *pseudepigraphos*, falsely ascribed : *pseudēs*, false; see PSEUDO- + *epigraphein*, to inscribe (*epi-*, epi- + *graphein*, to write; see gerbh-*).] — **pseud′e·pig′ra·phal** (-rə-fəl), **pseud′ep·i·graph′ic** (soo′dĕp-ĭ-grăf′ĭk), **pseud′ep·i·graph′i·cal** (-ĭ-kəl), **pseud′e·pig′ra·phous** (-rə-fəs) *adj.*
**pseudo-** or **pseud-** *pref.* **1.** False; deceptive; sham: *pseudoscience.* **2.** Apparently similar: *pseudocoel.* [Gk. < *pseudēs*, false < *pseudein*, to lie.]
**pseu·do·carp** (soo′də-kärp′) *n.* See **accessory fruit.** — **pseu′do·car′pous** *adj.*
**pseu·do·coel** (soo′də-sēl′) also **pseu·do·coe·lom** (soo′də-sē′ləm) *n.* An internal body cavity of some primitive invertebrates, similar to a coelom but lacking a mesodermal lining.
**pseu·do·coe·lo·mate** (soo′dō-sē′lə-māt′) *adj.* Having a pseudocoel. — *n.* An animal having a pseudocoel.
**pseu·do·cy·e·sis** (soo′dō-sī-ē′sĭs) *n.* A usu. psychosomatic condition in which physical symptoms of pregnancy are manifested without conception. [PSEUDO- + NLat. *cyēsis*, pregnancy (< Gk. *kuēsis* < *kuein*, to swell; see keuə-*).]
**pseu·do·mo·nad** (soo′də-mō′năd′) *n.* Any of various gram-negative rod-shaped bacteria of the genus *Pseudomonas.* [< NLat. *Pseudomonas*, genus name : PSEUDO- + Lat. *monas, monad-*, unit (< Gk. < *monos*, single; see men-[4]*).]
**pseu·do·morph** (soo′də-môrf′) *n.* **1.** A false, deceptive, or irregular form. **2.** *Mineral.* A mineral that has the crystalline form of another mineral rather than the form normally characteristic of its own composition. — **pseu′do·mor′phic, pseu′do·mor′phous** *adj.* — **pseu′do·mor′phism** *n.*
**pseu·do·nym** (sood′n-ĭm′) *n.* A fictitious name assumed by an author; a pen name. [Fr. *pseudonyme* < Gk. *pseudōnumon*, neut. of *pseudōnumos*, falsely named : *pseudēs*, false; see PSEUDO- + *onuma*, name; see nō-men-*.] — **pseu·don′y·mous** (soo-dŏn′ə-məs) *adj.* — **pseu·don′y·mous·ly** *adv.*
**pseu·do·pod** (soo′də-pŏd′) *n.* A temporary projection of the cytoplasm of a cell, esp. an amoeba, that serves in locomotion and phagocytosis. — **pseu·dop′o·dal** (-dŏp′ə-dl), **pseu·do·po′di·al** (-pō′dē-əl) *adj.*
**pseu·do·po·di·um** (soo′də-pō′dē-əm) *n., pl.* **-po·di·a** (-pō′dē-ə). A pseudopod.
**pseu·do·preg·nan·cy** (soo′dō-prĕg′nən-sē) *n., pl.* **-cies. 1.** See **pseudocyesis. 2.** A condition resembling pregnancy that occurs in some mammals, usu. following infertile copulation. — **pseu′do·preg′nant** *adj.*
**pseu·do·ran·dom** (soo′dō-răn′dəm) *adj. Math.* Of, relating to, or being random numbers generated by a definite nonrandom computational process.
**pseu·do·sci·ence** (soo′dō-sī′əns) *n.* A theory, methodology, or practice purported to be scientific. — **pseu′do·sci′en·tif′ic** (-ən-tĭf′ĭk) *adj.* — **pseu′do·sci′en·tist** *n.*
**psf.** or **p.s.f.** *abbr.* Pounds per square foot.
**pshaw** (shô) *interj.* Used to indicate impatience, irritation, disapproval, or disbelief.
**psi**[1] (sī, psī) *n.* The 23rd letter of the Greek alphabet. [ME < LGk. < Gk. *psei.*]

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw | item |

Stress marks:
′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)

CANON_980_00003973

# THE
# AMERICAN
# HERITAGE®
# COLLEGE
# DICTIONARY

CANON_980_00003977

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2000, 1997, 1993 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

*Library of Congress Cataloging-in-Publication Data*

The American heritage college dictionary. —3rd ed.
    p.   cm.
  ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-67161-2 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
  1. English language—Dictionaries.  2. Americanisms.
PE1628.A6227  1993
423—dc20                                                92-42124
                                                          CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

CANON_980_00003978

group of huts for housing ranch workers. **2.** A ranch. [Am. Sp., small ranch. See RANCH.]
**Ran·cho Cor·do·va** (răn′chō kôr-dō′və, kôr′də-). A community of N-central CA E of Sacramento. Pop. 48,731.
**Rancho Cu·ca·mon·ga** (ko͞o′kə-mŭng′gə, -mŏng′-). A community of SW CA W of San Bernadino. Pop. 101,409.
**Rancho Pal·os Ver·des** (păl′ōs vûr′dēz, păl′əs). A city of S CA on a channel W of Long Beach. Pop. 41,659.
**ran·cid** (răn′sĭd) *adj.* **1.** Having the disagreeable odor or taste of decomposing oils or fats; rank. **2.** Repugnant; nasty: *rancid remarks.* [Lat. *rancidus*, p.part. of *rancēre*, to stink, be rotten.] —**ran·cid′i·ty, ran′cid·ness** *n.*
**ran·cor** (răng′kər) *n.* Bitter long-lasting resentment; deep-seated ill will. [ME < OFr. < LLat., rancid smell < Lat. *rancēre*, to stink, be rotten.] —**ran′cor·ous** *adj.* —**ran′cor·ous·ly** *adv.* —**ran′cor·ous·ness** *n.*
**ran·cour** (răng′kər) *n. Chiefly British.* Var. of **rancor**.
**rand** (rănd, ränd) *n.* See table at **currency**. [Afr., after (WITWA-TERS)RAND.]
**Rand** (rănd). See **Witwatersrand**.
**Rand, Ayn.** 1905–82. Russian-born Amer. writer whose novels include *The Fountainhead* (1943).
**Ran·dalls·town** (răn′dlz-toun′). A community of N-central MD, a suburb of Baltimore. Pop. 26,277.
**r & b** or **R & B** *abbr. Mus.* Rhythm and blues.
**R & D** *abbr.* Research and development.
**Rand·ers** (rä′nərs). A city of N Denmark in the E Jutland Peninsula NNW of Århus. Pop. 61,410.
**Ran·dolph** (răn′dŏlf′). A town of E MA SSW of Quincy. Pop. 30,093.
**Randolph, Edmund Jennings.** 1753–1813. Amer. Revolutionary leader who was a member of the Constitutional Convention (1787) and served as U.S. secretary of state (1794-95).
**Randolph, John.** "Randolph of Roanoke." 1773–1833. Amer. politician who served as a U.S. representative (12 terms between 1799 and 1829) and senator (1825–27) from VA.
**ran·dom** (răn′dəm) *adj.* **1.** Having no specific pattern, purpose, or objective: *random movements.* See Syns at **chance**. **2.** *Statistics.* Of or relating to equal chances or probability of occurrence for each member of a group. —*idiom.* **at random.** Without a governing design, method, or purpose; unsystematically. [< *at random*, by chance, at great speed < ME *randon*, speed, violence < OFr. < *randir*, to run, of Gmc. orig.] —**ran′dom·ly** *adv.* —**ran′dom·ness** *n.*
**ran·dom-ac·cess memory** (răn′dəm-ăk′sĕs) *n. Comp. Sci.* A memory device in which information can be accessed in any order.
**ran·dom·ize** (răn′də-mīz′) *tr.v.* -ized, -iz·ing, -iz·es. To make random in arrangement, esp. in order to control the variables in an experiment. —**ran′dom·i·za′tion** (-də-mĭ-zā′shən) *n.* —**ran′dom·iz′er** *n.*
**random variable** *n. Statistics.* A variable whose values are distributed according to a probability distribution.
**random walk** *n. Statistics.* A series of sequential movements in which the direction and size of each move is randomly determined.
**R and R** *abbr.* Rest and recreation.
**ran·dy** (răn′dē) *adj.* -di·er, -di·est. **1.a.** Lascivious; lecherous. **b.** Of or characterized by frank uninhibited sexuality. **2.** *Scots.* Ill-mannered. [Poss. < obsolete *rand*, to rant < obsolete Du. *randen*, *ranten*.]
**ra·nee** (rä′nē) *n.* Var. of **rani**.
**rang** (răng) *v.* P.t. of **ring²**.
**range** (rānj) *n.* **1.a.** Extent of perception, knowledge, experience, or ability. **b.** The area or sphere in which an activity takes place. **c.** The full extent covered: *the range of possibilities.* **2.a.** An amount or extent of variation. **b.** *Mus.* The gamut of tones that a voice or an instrument is capable of producing. **3.a.** The maximum extent or distance limiting operation, action, or effectiveness, as of an aircraft or a sound. **b.** The maximum distance that can be covered by a vehicle with a specified payload before its fuel supply is exhausted. **c.** The distance between a projectile weapon and its target. **4.** A place equipped for practice in shooting at targets. **5.** *Aerospace.* A testing area for rockets and missiles. **6.** An extensive area of open land for livestock. **7.** The geographic region in which a plant or an animal normally lives or grows. **8.** The act of wandering or roaming over a large area. **9.** *Math.* The set of all values a given function may take on. **10.** *Statistics.* The difference or interval between the smallest and largest values in a frequency distribution. **11.** A class, a rank, or an order. **12.** An extended group or series, esp. a row or chain of mountains. **13.** One of a series of double-faced bookcases in a library stack room. **14.** A north-south strip of townships, each six miles square, numbered east and west from a specified meridian in a U.S. public land survey. **15.** A stove with spaces for cooking a number of things at the same time. —*v.* **ranged, rang·ing, rang·es.** —*tr.* **1.** To arrange or dispose in a particular order, esp. in rows or lines. **2.** To assign to a particular category; classify. **3.** To align (a gun, for example) with a target. **4.a.** To determine the distance of (a target). **b.** To be capable of reaching (a maximum distance). **5.** To pass over or through (an area or a region). **6.** To turn (livestock) onto an extensive area of open land for grazing. **7.** *Naut.* To uncoil (a line or rode) along the deck so that it will pay out smoothly. —*intr.* **1.** To vary within specified limits. **2.** To extend in a particular direction. **3.** To extend or lie in the same direction. **4.** To pass over or through an area or a region in or as if in exploration. See Syns at **wander**. **5.** To wander freely; roam. **6.** To live or grow within a particular region. [ME, row, rank < OFr. < *rangier*, to put in a row < *rang*, *reng*, line < of Gmc. orig. See **sker-²\***.]
**range finder** also **range·find·er** (rānj′fīn′dər) *n.* Any of various optical, electronic, or acoustical instruments used to determine the distance of an object. —**range′find′er** *adj.*
**range·land** (rānj′lănd′, -lənd) *n.* An expanse of land suitable for livestock to wander and graze on.
**Range·ley Lake** (rānj′lē). A lake of W-central ME near the NH border.
**rang·er** (rān′jər) *n.* **1.** A wanderer; a rover. **2.** A member of an armed troop that patrols a given region. **3.** **Ranger.** A member of a group of U.S. soldiers trained to make raids. **4.a.** A warden who maintains and protects a forest or other usu. natural area. **b.** *Chiefly British.* The keeper of a royal forest or park.
**Ran·goon** (răn-go͞on′, răng-). Officially (since 1989) **Yan·gon** (yän′gôn′). The cap. of Burma, in the S part on the **Rangoon River** near the Irrawaddy R. delta. Pop. 2,458,712.
**rang·y** (rān′jē) *adj.* -i·er, -i·est. **1.** Having long slender limbs. **2.** Inclined to rove. **3.** Providing ample range; roomy.
**ra·ni** also **ra·nee** (rä′nē) *n., pl.* -**nis** also -**nees. 1.** The wife of a rajah. **2.** A reigning Hindu princess or queen. [Hindi *rānī* < Skt. *rājñī*, fem. of *rājā*, rajah. See RAJAH.]
**rank¹** (răngk) *n.* **1.a.** A relative position in a society. **b.** An official position or grade. **c.** A relative position or degree of value in a graded group. **d.** High or eminent station or position. **2.** A row, line, series, or range. **3.a.** A line, as of soldiers, standing side by side in close order. **b.** **ranks.** The armed forces. **c. ranks.** Personnel, esp. enlisted military personnel. **4. ranks.** A body of people classed together; numbers. **5.** *Games.* Any of the horizontal lines of squares on a chessboard. —*v.* **ranked, rank·ing, ranks.** —*tr.* **1.** To place in a row or rows. **2.** To give a particular order or position to; classify. **3.** To outrank or take precedence over. —*intr.* **1.** To hold a particular rank. **2.** To form or stand in a row or rows. **3.** *Slang.* **a.** To complain. **b.** To engage in carping criticism. Often used with *on.* —*idiom.* **pull rank.** To use one's superior rank to gain an advantage. [ME, line, row < OFr. *ranc*, *renc*, of Gmc. orig. See **sker-²\***.]
**rank²** (răngk) *adj.* **rank·er, rank·est. 1.** Growing profusely or with excessive vigor. **2.** Yielding a profuse, often excessive crop; highly fertile. **3.** Strong and offensive in odor or flavor. **4.** Conspicuously offensive. **5.** Absolute; complete: *a rank amateur.* [ME *ranc* < OE, strong, overbearing. See **reg-\***.] —**rank′ly** *adv.* —**rank′ness** *n.*
**rank and file** *n.* **1.** The enlisted troops, excluding noncommissioned officers, in an army. **2.** The ordinary members of a group or an organization, excluding the leaders and officers.
**rank-and-file** (răngk′ən-fīl′) *adj.* **1.** Made up of or coming from the rank and file of a group. **2.** Made up of or coming from the common people.
**Ran·ke** (räng′kə), **Leopold von.** 1795–1886. German historian who pioneered the analysis of firsthand documentation in works such as *The History of the Popes* (1834–36).
**rank·er** (răng′kər) *n. Chiefly British.* **1.** An enlisted soldier. **2.** A commissioned officer who has been promoted from enlisted status.
**Ran·kin** (răng′kĭn), **Jeannette.** 1880–1973. Amer. politician who served as the first woman U.S. representative (1917–19 and 1941–43).
**Ran·kine scale** (răng′kĭn) *n.* A scale of absolute temperature using Fahrenheit degrees, in which the freezing point of water is 491.69° and the boiling point of water is 671.69°. [After W.J.M. *Rankine* (1820–72), Scottish physicist.]
**rank·ing** (răng′kĭng) *adj.* Of the highest rank; preeminent.
**ran·kle** (răng′kəl) *v.* -kled, -kling, -kles. —*intr.* **1.** To cause persistent irritation or resentment. **2.** To become sore or inflamed; fester. —*tr.* To embitter; irritate. [ME *ranclen* < OFr. *rancler*, alteration of *draoncler* < *draoncle*, festering sore < Lat. *dracunculus*, dim. of *dracō*, *dracōn-*, serpent. See DRAGON.]
**Word History:** "A little snake" is the sense of the Latin word *dracunculus* to which *rankle* can be traced, *dracunculus* being a diminutive of *dracō*, "snake." The Latin word passed into Old French, as *draoncle*, having probably already developed the sense "festering sore," because some of these sores resembled little snakes in their shape or bite. The verb *draoncler*, "to fester," was then formed in Old French. The noun and verb developed alternate forms without the *d—* that were borrowed into Middle English. Both words had literal senses having to do with festering sores. The noun is not recorded after the 16th century, but the verb went on to develop the figurative senses having to do with resentment and bitterness.
**Rann of Kutch** (rŭn; kŭch). A salt marsh of W India and SE

Jeannette Rankin

ă pat    oi boy
ā pay    ou out
âr care    o͝o took
ä father    o͞o boot
ĕ pet    ŭ cut
ē be    ûr urge
ĭ pit    th thin
ī pie    *th* this
îr pier    hw which
ŏ pot    zh vision
ō toe    ə about,
ô paw    item

Stress marks:
′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)