EXHIBIT
7

Case 6:20-cv-00980-ADA   Document 52-10   Filed 08/23/21   Page 2 of 8

# Webster's II

## *New College Dictionary*



Houghton Mifflin Company
*Boston • New York*

CANON_980_00003974

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 2001, 1999, 1995 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Illustrations **azimuthal equidistant projection** and **sinusoidal projection** © 1986 by The American Congress on Surveying and Mapping.

ISBN 0-395-96214-5
ISBN 0-618-16903-2 (paper-over-boards binding)

*Library of Congress Cataloging-in-Publication Data*

Webster's II new college dictionary.
     p.     cm.
  ISBN 0-395-70869-9 (alk. paper)
  1. English language – Dictionaries.   I. Webster's II new Riverside
  University dictionary
  PE1628.W55164           1995
  423-dc20                                            95-5833
                                                        CIP

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit the Houghton Mifflin website on the World Wide Web at http://www.houghtonmifflinbooks.com.

Printed in the United States

CANON_980_00003975

Case 6:20-cv-00980-ADA Document 52-10 Filed 08/23/21 Page 4 of 8
Case 6:20-cv-00980-ADA   Document 52-10   Filed 08/23/21   Page 4 of 8

**pseu·do·coe·lo·mate** (soō′dō-sē′lə-māt′) *adj.* Having a pseudocoel. — *n.* A body cavity not formed by gastrulation and lacking a mesodermal lining.

**pseu·do·cy·e·sis** (soō′dō-sī-ē′sĭs) *n.* A psychosomatic condition in which physical symptoms of pregnancy, as weight gain and amenorrhea, are manifested without conception.

**pseu·do·e·vent** (soō′dō-ĭ-vĕnt′) *n. Informal.* An event staged to attract attention <the *pseudo-events* of a political campaign>

**pseu·do·mo·nad** (soō′də-mō′năd′) *n.* [NLat. *Pseudomonas, Pseudomonad-,* genus name : PSEUDO- + Gk. *monas,* unit < *monos,* one.] Any of the Gram-negative, rod-shaped bacteria of the genus *Pseudomonas,* including some plant and animal pathogens.

**pseu·do·morph** (soō′də-môrf′) *n.* **1.** A false, deceptive, or irregular form. **2.** *Mineral.* A mineral with the crystalline form of another mineral rather than that usually typical of its composition. — **pseu′·do·mor′phic, pseu′do·mor′phous** *adj.* — **pseu′do·mor′phism** *n.*

**pseu·do·nym** (soōd′n-ĭm′) *n.* [Fr. *pseudonyme* < Gk. *pseudonumon : pseudēs,* false + *onoma,* name.] A fictitious name taken on by an author : PEN NAME. — **pseu·don′y·mous** (soō-dŏn′ə-məs) *adj.* — **pseu·don′y·mous·ly** *adv.* — **pseu·don′y·mous·ness** *n.*

**pseu·do·po·di·um** (soō′də-pō′dē-əm) *also* **pseu·do·pod** (soō′də-pŏd′) *n., pl.* **-po·di·a** (-pō′dē-ə) *also* **-pods.** [NLat. PSEUDO- + Gk. *podion,* dim. of *pous,* foot.] A temporary protrusion of the cytoplasm of a cell, used as a means of locomotion and of surrounding and ingesting food in organisms such as the amoeba.

**pseu·do·preg·nan·cy** (soō′dō-prĕg′nən-sē) *n.* **1.** A condition resembling pregnancy that occurs in some mammals after infertile copulation. **2.** Pseudocyesis.

**pseu·do·ran·dom** (soō′dō-răn′dəm) *adj.* Of, pertaining to, or being random numbers generated by a definite, nonrandom computational process.

**pseu·do·sci·ence** (soō′dō-sī′əns) *n.* A theory, methodology, or activity that appears to be or is advanced as scientific. — **pseu′do·sci′en·tif′ic** (-ən-tĭf′ĭk) *adj.* — **pseu′do·sci′en·tist** *n.*

**pshaw** (shô) *interj.* — Used to indicate impatience, irritation, disapproval, or disbelief.

**psi** (sī, psī) *n.* [LGk. < Gk. *psei.*] The 23rd letter of the Greek alphabet. — See table at ALPHABET.

**psil·o·cy·bin** (sĭl′ə-sī′bĭn, sī′lə-) *n.* [NLat. *Psilocybe,* genus name + -IN.] A compound, $C_{12}H_{17}N_2O_4P$, derived from the mushroom *Psilocybe mexicana,* that is a strong hallucinogen.

**psi·lom·e·lane** (sī-lŏm′ə-lān′) *n.* [Gk. *psilos,* bare + Gk. *melas, melan-,* black.] A hard black hydrated oxide ore of manganese.

**psit·ta·cine** (sĭt′ə-sīn′) *adj.* [Lat. *psittacinus* < *psittacus,* parrot < Gk. *psittakos.*] Of, relating to, or typical of parrots.

**psit·ta·co·sis** (sĭt′ə-kō′sĭs) *n.* [Lat. *psittacus,* parrot (< Gk. *psittakos*) + -OSIS.] A virus disease of parrots and related birds communicable to human beings, in whom it produces high fever and pneumonialike complications. — **psit′ta·cot′ic** (-kŏt′ĭk, -kō′tĭk) *adj.*

**pso·ri·a·sis** (sə-rī′ə-sĭs) *n.* [Gk. *psōriasis* < *psōrian,* to have the itch < *psōra,* itch.] A chronic noncontagious skin disease characterized by inflammation and white scaly patches. — **pso·ri·at′ic** (sôr′ē-ăt′ĭk, sōr′-) *adj.*

**psych** (sīk) *Informal.* — *n.* Psychology. — *vt.* **psyched, psych·ing, psychs. 1.** To put into the correct psychological frame of mind <The coach *psyched* the players up before the tournament.> **2.** To weaken the confidence of by psychological methods <They *psyched* out all their opponents.>

**psych-** *pref.* var. of PSYCHO-.

**psy·che** (sī′kē) *n.* [Lat. < Gk. *psukhē,* soul.] **1. Psyche.** *Gk. Myth.* A maiden loved by Eros and who later became the personification of the soul. **2.** The soul or spirit. **3.** *Psychiat.* The mind functioning as the center of thought, feeling, and behavior and consciously or unconsciously adjusting and relating the body to its social and physical environment.

**psy·che·de·li·a** (sī′kĭ-dē′lē-ə, -dĕl′yə) *n.* The subculture of people associated with psychedelic drugs.

**psy·che·del·ic** (sī′kĭ-dĕl′ĭk) *adj.* [PSYCHE + Gk. *dēlos,* visible.] Of, relating to, or producing hallucinations, distorted perceptions, and, occas, states similar to psychosis. — **psy′che·del′i·cal·ly** *adv.*

**psychiatric hospital** *n.* A public or private hospital for the diagnosis, care, and treatment of people affected with mental and emotional disorders.

**psy·chi·a·try** (sī-kī′ə-trē, sĭ-) *n.* The branch of medicine concerned with the study, diagnosis, treatment, and prevention of mental illness. — **psy′chi·at′ric** (sī′kē-ăt′rĭk), **psy′chi·at′ri·cal** *adj.* — **psy′chi·at′ri·cal·ly** *adv.* — **psy·chi′a·trist** *n.*

**psy·chic** (sī′kĭk) *also* **psy·chi·cal** (-kĭ-kəl) *adj.* [Gk. *psukhikos* < *psukhē,* soul.] **1.** Of or relating to the human psyche. **2. a.** Of or relating to extraordinary, esp. extrasensory and nonphysical, mental processes, as extrasensory perception and mental telepathy. **b.** Originating in, brought on by, or reacting to such processes. — *n.* **psychic. 1.** An individual apparently responding to psychic forces. **2.** MEDIUM 5. — **psy′chi·cal·ly** *adv.*

**psy·cho** (sī′kō) *Slang.* — *n., pl.* **-chos.** A psychopath. — *adj.* Insane.

**psycho–** *or* **psych–** *pref.* [< Gk. *psukhē,* spirit, life.] **1. a.** Mind : mental <*psychogenic*> **b.** Mental activities or processes <*psychomotor*> **2.** Psychology : psychological <*psychohistory*>

**psy·cho·ac·tive** (sī′kō-ăk′tĭv) *adj.* Influencing the mind or mental processes <*psychoactive* drugs>

**psy·cho·a·nal·y·sis** (sī′kō-ə-năl′ĭ-sĭs) *n.* **1.** The technique of psychiatric therapy originated by Sigmund Freud that uses free association, dream interpretation, and analysis of resistance and transference to explore mental processes. **2.** The theory of human psychology developed by Freud that focuses on unconscious forces and repression, and includes the concept of the division of the psyche into the id, ego, and superego. **3.** A psychiatric therapy incorporating this technique and theory. — **psy′cho·an′a·lyst** (-ăn′ə-lĭst) *n.* — **psy′cho·an′a·lyt′ic** (-ăn′ə-lĭt′ĭk), **psy′cho·an′a·lyt′i·cal** *adj.* — **psy′cho·an′a·lyt′i·cal·ly** *adv.*

**psy·cho·an·a·lyze** (sī′kō-ăn′ə-līz′) *vt.* **-lyzed, -lyz·ing, -lyz·es.** To analyze and treat by psychoanalysis.

**psy·cho·bab·ble** (sī′kō-băb′əl) *n.* Psychological jargon, esp. that of psychotherapy. — **psy′cho·bab′bler** *n.*

**psy·cho·bi·og·ra·phy** (sī′kō-bī-ŏg′rə-fē, -bē-) *n.* A biography that analyzes the psychological character of its subject. — **psy′cho·bi·og′ra·pher** *n.* — **psy′cho·bi′o·graph′i·cal** (-bī′ə-grăf′ĭ-kəl) *adj.*

**psy·cho·bi·ol·o·gy** (sī′kō-bī-ŏl′ə-jē) *n.* **1.** Study of the biological bases of the mind, emotions, and mental processes. **2.** The school of psychiatry that views an individual as an integrated unit whose personality, behavior, and mental illness can be interpreted in terms of adaptive responses to biological, sociological, and environmental factors. — **psy′cho·bi′o·log′i·cal** (-bī′ə-lŏj′ĭ-kəl) *adj.* — **psy′cho·bi·ol′o·gist** *n.*

**psy·cho·chem·i·cal** (sī′kō-kĕm′ĭ-kəl) *n.* A psychoactive substance.

**psy·cho·dra·ma** (sī′kə-drä′mə, -drăm′ə) *n.* **1.** A psychotherapeutic and analytic technique in which individuals are given roles to be extemporaneously played within a dramatic context set up by a therapist. **2.** A dramatization that uses psychodrama. — **psy′cho·dra·mat′ic** (-drə-măt′ĭk) *adj.*

**psy·cho·dy·nam·ics** (sī′kō-dī-năm′ĭks, -dĭ-) *n.* (*sing. in number*). **1.** Interaction of various conscious or unconscious processes, esp. as they influence personality and behavior. **2.** The study of personality and behavior in terms of such processes. — **psy′cho·dy·nam′ic** *adj.* — **psy′cho·dy·nam′i·cal·ly** *adv.*

**psy·cho·gen·e·sis** (sī′kə-jĕn′ĭ-sĭs) *n.* **1.** Origin and development of psychological processes, personality, or behavior. **2.** The development of a physical disorder or illness as a result of mental, not physiologic, factors. — **psy′cho·ge·net′ic** (-jə-nĕt′ĭk) *adj.* — **psy′cho·ge·net′i·cal·ly** *adv.*

**psy·cho·gen·ic** (sī′kə-jĕn′ĭk) *adj.* Originating in the mind or from mental or emotional processes. — **psy′cho·gen′i·cal·ly** *adv.*

**psy·chog·no·sis** (sī′kŏg-nō′sĭs, -kəg-) *n.* *Psychiat.* Diagnosis of psychic disorders. — **psy′chog·nos′tic** (-nŏs′tĭk) *adj.*

**psy·cho·graph** (sī′kə-grăf′) *n.* A graphic representation or chart of personality traits. — **psy′cho·graph′ic** *adj.*

**psy·cho·his·to·ry** (sī′kō-hĭs′tə-rē) *n., pl.* **-ries.** A psychoanalytic interpretation of a historical person or event <The book *A Prince of Our Disorder* is a *psychohistory* of T.E. Lawrence.> — **psy′cho·his·tor′i·an** (-hĭ-stôr′ē-ən, -stŏr′-) *n.* — **psy′cho·his·tor′i·cal** (-stôr′ĭ-kəl, -stŏr′-) *adj.*

**psy·cho·ki·ne·sis** (sī′kō-kĭ-nē′sĭs, -kī-) *n.* Production or control of motion, esp. in inanimate objects, purportedly by means of psychic powers. — **psy′cho·ki·net′ic** (-kĭ-nĕt′ĭk, -kī-) *adj.* — **psy′cho·ki·net′i·cal·ly** *adv.*

**psy·cho·lin·guis·tics** (sī′kō-lĭng-gwĭs′tĭks) *n.* (*sing. in number*). The study of linguistic behavior as influenced by psychological factors. — **psy′cho·lin′guist** *n.* — **psy′cho·lin·guis′tic** *adj.*

**psy·cho·log·i·cal** (sī′kə-lŏj′ĭ-kəl) *adj.* **1.** Of or relating to psychology. **2.** Of, relating to, or derived from the mind or emotions. **3.** Able to influence the mind or emotions. — **psy′cho·log′i·cal·ly** *adv.*

**psychological moment** *n.* The time at which the mental state of a person is most apt to produce a desired response.

**psy·chol·o·gist** (sī-kŏl′ə-jĭst) *n.* A person trained and educated to perform psychological research, testing, and therapy.

**psy·chol·o·gize** (sī-kŏl′ə-jīz′) *v.* **-gized, -giz·ing, -giz·es.** — *vt.* To explain (behavior) psychologically. — *vi.* **1.** To investigate psychologically. **2.** To reason or speculate psychologically.

**psy·chol·o·gy** (sī-kŏl′ə-jē) *n., pl.* **-gies. 1.** The science of mental processes and behavior. **2.** Emotional and behavioral characteristics of an individual, group, or activity <the *psychology* of war> **3.** Subtle tactical action or argument <used good *psychology* in getting the child to obey>

**psy·cho·met·rics** (sī′kə-mĕt′rĭks) *n.* (*sing. in number*). **1.** The branch of psychology dealing with the measurement of psychological

---

ō̄ boot   ou out   th thin   th this   ŭ cut   ûr urge   y young
yoo abuse   zh vision   ə about, item, edible, gallop, circus



CANON_980_00003976

# Webster's II
## *New College Dictionary*



Houghton Mifflin Company
*Boston • New York*

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 2001, 1999, 1995 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Illustrations **azimuthal equidistant projection** and **sinusoidal projection** © 1986 by The American Congress on Surveying and Mapping.

ISBN 0-395-96214-5
ISBN 0-618-16903-2 (paper-over-boards binding)

*Library of Congress Cataloging-in-Publication Data*

Webster's II new college dictionary.
    p.    cm.
  ISBN 0-395-70869-9 (alk. paper)
  1. English language – Dictionaries.  I. Webster's II new Riverside University dictionary
PE1628.W55164    1995
423–dc20                              95-5833
                                            CIP

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit the Houghton Mifflin website on the World Wide Web at http://www.houghtonmifflinbooks.com.

Printed in the United States

CANON_980_00003981

**ming, rams. 1.** To drive or strike against with a heavy impact : BUTT. **2.** To force or knock into place. **3.** To stuff : cram. **4.** To force passage or acceptance of <*rammed* the budget through committee> —**ram′-mer** *n.*

**Ra·ma** (rä′mə) *n.* [Skt. *Ramaḥ* < *rāma-*, dark, beautiful.] A deified hero worshiped as an incarnation of Vishnu in Hinduism.

**Ram·a·dan** (răm′ə-dän′) *n.* [Ar. *Ramaḍān* < *ramad*, dryness.] **1.** The ninth month of the year in the Muslim calendar. —See table at CALENDAR. **2.** The fast from sunrise to sunset that is observed during Ramadan.

**Ra·man effect** (rä′mən) *n.* [After Sir Chandrasekhara Venkata *Raman* (1888–1970), its discoverer.] *Physics.* Alteration in frequency and random alteration in phase of light scattered in a material medium.

**ra·mate** (rä′māt′) *adj.* [< Lat. *ramus*, branch.] Having branches : BRANCHED.

**ram·ble** (răm′bəl) *vi.* **-bled, -bling, -bles.** [Prob. < ME *romblen* < *romen*, to roam.] **1.** To walk or wander aimlessly. **2.** To follow an irregularly winding course of motion or growth. **3.** To speak or write at length and with many digressions. —**ram′ble** *n.*

**ram·bler** (răm′blər) *n.* **1.** One that rambles. **2.** A climbing rose bearing numerous red, pink, or white flowers.

**ram·bling** (răm′blĭng) *adj.* **1.** Wandering : roaming. **2.** Large and irregular in shape or extent : SPRAWLING <an old *rambling* farmhouse> **3.** Lengthy and drawn out <a *rambling* story> —**ram′bling·ly** *adv.*

**Ram·bouil·let** (răm′bōō-lā, räm′bōō-yā′) *n.* [After *Rambouillet*, town in northern France.] A merino sheep orig. bred in France, raised for wool and meat.


**Rambouillet**
*3 feet high at shoulder*

**ram·bunc·tious** (răm-bŭngk′shəs) *adj.* [Prob. alteration of E. *rumbustious*, alteration of *robustious* < Lat. *robustus*, strong < *robur*, oak, strength.] Boisterous : unruly.

**ram·bu·tan** (răm-bōōt′n) *n.* [Malay < *rambut*, hair.] **1.** A tree, *Nephelium lappaceum* of southeastern Asia, bearing edible fruit. **2.** The oval, red, soft-spined fruit of the rambutan.

**ram·e·kin** *also* **ram·e·quin** (răm′ĭ-kĭn) *n.* [Fr. *ramequin* < LG *ramken*, dim. of *ram*, cream < MLG *rōme*.] **1.** A cheese preparation made with eggs and bread crumbs or unsweetened puff pastry, baked and served in individual dishes. **2.** A small individual dish used for both baking and serving.

**ra·mi** (rā′mī′) *n. pl. of* RAMUS.

**ram·ie** (răm′ē) *n.* [Malay *rami*.] **1.** A nettlelike Asian plant, *Boehmeria nivea*, having fibrous stem. **2.** The flaxlike fiber or bast of the ramie, used in making fabrics and cordage.

**ram·i·fi·ca·tion** (răm′ə-fĭ-kā′shən) *n.* **1.** The act or process of branching out or dividing into branches. **2.** A branch or other subordinate part extending from a main body. **3.** An arrangement of branches or branching parts. **4.** A consequence or development stemming from and often complicating something, as a plan or action <the *ramifications* of a change in policy>

**ram·i·form** (răm′ə-fôrm′) *adj.* [Lat. *ramus*, branch + -FORM.] Branchlike or branching.

**ram·i·fy** (răm′ə-fī′) *v.* **-fied, -fy·ing, -fies.** [OFr. *ramifier* : Lat. *ramus*, branch + Lat. *facere*, to make.] —*vt.* To divide or form into branches or branchlike extensions. —*vi.* To branch out.

**ram·jet** (răm′jĕt′) *n.* A jet engine that propels aircraft by igniting fuel with air taken and compressed by the engine in a fashion that produces greater exhaust than intake velocity.

**ra·mose** (rā′mōs′, rə-mōs′) *adj.* [Lat. *ramosus* < *ramus*, branch.] Having many branches.

**ra·mous** (rā′məs) *adj.* [Lat. *ramosus*, ramose.] **1.** Of or resembling branches. **2.** Branching : ramose.

**ramp¹** (rămp) *n.* [Fr. *rampe* < *ramper*, to slope < OFr., to ramp.] **1.** An inclined passage or roadway connecting different levels, as of a building or road. **2.** A concave bend of a handrail where a sharp change in level or direction occurs, as at a stair landing. **3.** A mobile staircase for boarding and leaving an aircraft.

**ramp²** (rămp) *vi.* **ramped, ramp·ing, ramps.** [ME *rampen* < OFr. *ramper*, to rear up, of Germanic orig.] **1.** To stand menacingly with the arms or forelegs raised. **2.** To act or move furiously or violently. —*n.* The act of ramping.

**ram·page** (răm′pāj′) *n.* [Sc., poss. < RAMP².] A course of violent, frenzied action or behavior. —*vi.* (răm-pāj′). **-paged, -pag·ing,**

**-pag·es.** To move about wildly or violently. —**ram·pa′geous** (-pā′jəs) *adj.* —**ram·pa′geous·ly** *adv.* —**ram·pa′geous·ness** *n.* —**ram·pag′er** *n.*

**ram·pant** (răm′pənt) *adj.* [ME *rampaunt* < OFr. *rampant*, pr.part. of *ramper*, to ramp.] **1.** Growing or extending unchecked : PROFUSE. **2.** Marked by uncontrolled violence, extravagance, or lack of restraint <*rampant* crime> **3. a.** Rearing or ramping on the hind legs. **b.** *Heraldry.* Rearing on the left hind leg with the forelegs elevated, the right above the left, and usu. with the head in profile. **4.** Springing from a structural support or abutment higher at one side than at the other <a *rampant* arch> —**ram′pan·cy** *n.* —**ram′pant·ly** *adv.*

**ram·part** (răm′pärt′, -pərt) *n.* [OFr. < *ramparer*, to fortify : *re-* (intensive < Lat.) + *emparer*, to take possession of < OProv. *amparar* (Lat. *ante-*, before + Lat. *parare*, to prepare).] **1.** A fortification composed of an elevation or embankment, often provided with a parapet. **2.** A protection or defense. —*vt.* **-part·ed, -part·ing, -parts.** To defend with a rampart.

**ram·pike** (răm′pīk′) *n.* [Orig. unknown.] A standing dead tree or tree stump, esp. one killed byfire.

**ram·pi·on** (răm′pē-ən) *n.* [Prob. < OFr. *raiponce* < OItal. *raponzo*, prob. < *rapa*, turnip < Lat. *rapum*.] **1.** A Eurasian plant, *Campanula rapunculus*, with bluish flower clusters and an edible root used in salads. **2.** A plant of the genus *Phyteuma*, similar to the rampion.

**ram·rod** (răm′rŏd′) *n.* **1.** A metal rod for plunging the charge into a muzzle-loading firearm. **2.** A rod for cleaning the barrel of a firearm. —*adj.* Characterized by rigidity, stiffness, or severity. —*vt.* **-rod·ded, -rod·ding, -rods.** *Informal.* To force through to completion.

**ram·shack·le** (răm′shăk′əl) *adj.* [Back-formation < E. *ramshackled*, ramshackle < *ransackled*, p.part. of obs. *ransackle*, to ransack, freq. of ME *ransaken*, to ransack. —see RANSACK.] Apt to fall apart due to shoddy construction or upkeep : RICKETY.

**ram's horn** *n.* A shofar.

**ram·son** (răm′zən, -sən) *n.* [ME *ramsyn* < OE *hramsan*, ramsons, pl. of *hramsa*.] *often* **ramsons.** A broad-leaved Eurasian garlic, *Allium ursinum*, with a bulbous root used in relishes and salads.

**ram·til** (răm′tĭl) *n.* [Hindi *rāmtil* : Skt. *rāma-*, dark + Skt. *tilaḥ*, sesame.] An African plant, *Guizotia abyssinica*, with oil-rich seeds.

**ram·u·lose** (răm′yə-lōs′) *adj.* [Lat. *ramulosus* < *ramulus*, dim. of *ramus*, branch.] Having numerous small branches.

**ra·mus** (rā′məs) *n., pl.* **-mi** (-mī′) [NLat. < Lat., ramus.] *Biol.* A branchlike part of a structure.

**ran** (răn) *v. p.t. of* RUN.

**Ran** (răn) *n.* [ON *Rān*.] *Norse Myth.* The goddess of the sea.

**ranch** (rănch) *n.* [Mex. Sp. *rancho*, small ranch < Sp., hut < OSp. *rancher*, to be billeted < OFr. *ranger*, to put in place < *renc*, place, line.] **1.** An extensive farm, esp. in the American West, devoted to raising livestock, as beef cattle, sheep, or horses. **2.** A large farm on which a crop or a kind of animal is raised <a mink *ranch*> —*vi.* **ranched, ranch·ing, ranch·es.** To manage or work on a ranch.

**ranch·er** (răn′chər) *n.* **1.** An owner or manager of a ranch. **2.** RANCH HOUSE 2.

**†ran·che·ri·a** (răn′chə-rē′ə) *n.* [Mex. Sp. < *ranchero*, ranchero.] *Southwestern U.S.* **1. a.** A Mexican herdsman's hut. **b.** A village of rancherias. **2.** An Indian village.

**†ran·che·ro** (răn-châr′ō) *n., pl.* **-ros.** [Mex. Sp. < *rancho*, small ranch. —see RANCH.] *Southwestern U.S.* A rancher.

**ranch house** *n.* **1.** A dwelling on a ranch. **2.** A rectangular one-story house with a low-pitched roof.

**ranch·man** (rănch′mən) *n.* RANCHER 1.

**ranch mink** *n.* A mink bred in captivity from Alaskan and Labrador strains for special pelt colors and qualities.

**†ran·cho** (răn′chō) *n., pl.* **-chos.** [Mex. Sp., small ranch. —see RANCH.] *Southwestern U.S.* **1.** A hut or group of huts for housing ranch workers. **2.** A ranch.

**ran·cid** (răn′sĭd) *adj.* [Lat. *rancidus* < *rancēre*, to stink.] **1.** Having the rank odor or taste of spoiled fats or oils : PUTRID. **2.** Offensive : foul <*rancid* humor> —**ran·cid′i·ty, ran′cid·ness** *n.*

**ran·cor** (răng′kər) *n.* [ME *rancour* < OFr. < Lat. *rancor*, rancid smell < *rancēre*, to stink.] Bitter, long-lasting resentment : ILL WILL. —**ran′cor·ous** *adj.* —**ran′cor·ous·ly** *adv.* —**ran′cor·ous·ness** *n.*

**ran·cour** (răng′kər) *n. Chiefly Brit. var. of* RANCOR.

**rand** (rănd, ränd) *n.* [Afr. < Du., edge.] —See table at CURRENCY.

**ran·dan** (răn′dăn′) *n.* [Orig. unknown.] **1.** A boat rowed by three persons. **2.** The method of rowing a randan, in which the persons fore and aft use one oar each and the person amidships uses two.

**ran·dom** (răn′dəm) *adj.* [ME *randoun* < OFr. *randon* < *randir*, to run, of Germanic orig.] **1.** Having no specific pattern, purpose, organization, or structure : HAPHAZARD. **2.** *Statistics.* **a.** Of or designating a phenomenon that does not yield the same results every time it occurs under identical circumstances. **b.** Of or designating an event having a relative frequency of occurrence that approaches a stable limit as the number of observations of the event increases to infinity. **c.** Of or designating a sample drawn from a population so that each member of

ă pat    ā pay    âr care    ä father    ĕ pet    ē be    hw which    ĭ pit
ī tie    îr pier    ŏ pot    ō toe    ô paw, for    oi noise    ŏŏ took

Case 6:20-cv-00980-ADA   Document 52-10   Filed 08/23/21   Page 7 of 8

CANON_980_00003982

population has an equal chance to be drawn. **d.** Of or relating to a member of such a sample <a *random* number> **—at random.** Without a definite system or plan. **—ran'dom·ly** *adv.*

★ **syns:** RANDOM, HAPHAZARD, INDISCRIMINATE, PURPOSELESS *adj. core meaning* : having no particular pattern, purpose, organization, or structure <shocked at the *random* violence>

**ran·dom-ac·cess** (răn'dəm-ăk'sĕs') *adj. Computer Sci.* Allowing access to stored data without regard to data sequence.

**random-access memory** *n. Computer Sci.* A memory device in which data can be accessed in any order.

**ran·dom·ize** (răn'də-mīz') *vt.* **-ized, -iz·ing, -iz·es.** To make random, as for scientific experimentation. **—ran'dom·i·za'tion** *n.*

**random variable** *n. Statistics.* A variable whose numerical values are determined by the results of a chance experiment.

**random walk** *n. Math.* A series of sequential movements in which the direction and size of each move is randomly determined.

**ran·dy** (răn'dē) *adj.* **-di·er, -di·est.** [Poss. < obs. *rand*, alteration of RANT.] **1.** Lecherous : lascivious. **2.** *Chiefly Scot.* Ill-mannered.

**ra·nee** (rä'nē) *n. var. of* RANI.

**rang** (răng) *v. p.t. of* RING².

**range** (rānj) *n.* [ME, series < OFr. *renge* < *rengier*, to put in a row < *renc*, line, of Germanic orig.] **1. a.** Extent of experience, knowledge, perception, or ability. **b.** The area or sphere in which an activity takes place. **c.** The full extent covered <within the *range* of probability> **2. a.** An extent or amount of variation <a seasonal *range* of temperatures> **b.** *Mus.* The gamut of tones within the capacity of a voice or instrument. **3. a.** The maximum or effective distance that can be traversed, as by bullets, sound, or a radio signal. **b.** The distance to a target. **4.** The maximum distance that a vehicle, as a ship or aircraft, can travel before exhausting its fuel supply. **5.** A place for shooting at targets. **6.** *Aerospace.* An area for testing rockets and missiles. **7.** An extensive tract of open land on which livestock wander and graze. **8.** The geographic region in which a given plant or animal normally lives or grows. **9.** An act of roaming or wandering over a large area. **10.** *Math.* The totality of points in a set established by a mapping. **11.** *Statistics.* A measure of dispersion equal to the difference or interval between the smallest and largest of a set of quantities. **12.** A rank, class, or order. **13.** A chain or extended series, esp. one of mountains. **14.** One of a series of double-faced bookcases in a library stack room. **15.** A single series or row of townships, each six miles square, extending parallel to and numbered east and west from a survey base meridian line. **16.** A cooking stove with an oven and a number of separate burners or heating units. **—v. ranged, rang·ing, rang·es.** **—vt. 1.** To arrange or dispose in a particular order, esp. in lines or rows. **2.** To assign to a particular category : CLASSIFY. **3.** To align (e.g., a gun) with a target. **4. a.** To determine the distance of (a target). **b.** To be capable of reaching (a maximum distance). **5.** To roam or travel over or through (a region), as in exploration. **6.** To turn (livestock) on a range to graze. **7.** *Naut.* To uncoil (an anchor cable) on deck so the anchor may descend easily. **—vi. 1.** To vary within specified limits <prices *ranging* from 20 to 30 dollars> **2.** To extend in a particular direction <a trail *ranging* westward> **3.** To extend in the same direction. **4.** To travel over or through a given area, as in exploration. **5.** To wander or roam. **6.** To live or grow within a particular region <a species that *ranges* throughout the northwest>

★ **syns:** RANGE, EXTENT, ORBIT, REACH, REALM, SCOPE, SPHERE, SWEEP *n. core meaning* : an area within which something or someone exists, acts, or has influence or power <the *range* of a missile> <the *range* of human intellect>

**range finder** *n.* An optical, acoustical, or electronic instrument used to ascertain the distance of an object or target.

**range·land** (rānj'lănd', -lənd) *n.* A tract of land suitable for range.

**rang·er** (rān'jər) *n.* **1.** A rover : wanderer. **2.** An armed, usu. mounted law officer patrolling a specific region. **3. Ranger.** One of a unit of U.S. soldiers trained esp. for making raids. **4. a.** A forest ranger. **b.** *Chiefly Brit.* The keeper of a royal forest or park. **5.** One of a cattle herd that grazes on a range.

**rang·y** (rān'jē) *adj.* **-i·er, -i·est. 1.** Inclined to roam. **2.** Long and lean in physique. **3.** Offering ample range : ROOMY.

**ra·ni** *also* **ra·nee** (rä'nē) *n., pl.* **-nis.** [Hindi *rānī* < Skt. *rājñī*, fem. of *rājan*, rajah. —see RAJAH.] **1.** The wife of a rajah. **2.** A reigning Hindu queen or princess.

**rank¹** (răngk) *n.* [OFr. *renc*, of Germanic orig.] **1. a.** A relative position in society. **b.** An official grade or position <the *rank* of colonel> **c.** A relative position or degree of value in a hierarchy. **d.** High or eminent status or position <persons of *rank*> **2.** A row, line, range, or series. **3. a.** A line of soldiers or military vehicles standing side by side in close order. **b. ranks.** Enlisted armed forces <a career in the *ranks*> **c. ranks.** Enlisted military personnel. **4. ranks.** A body of people classed together : NUMBERS <joined the *ranks* of the unemployed> **5.** Any of the horizontal lines of squares on a chessboard. **—v. ranked, rank·ing, ranks.** **—vt. 1.** To place in a row or rows. **2.** To give a particular order or position to : CLASSIFY. **3.** To take precedence over : OUTRANK. **—vi. 1.** To hold a given position or rank.<*rank* second in popularity> **2.** To form or stand in ranks. **—pull rank.** *Slang.* To use one's superior rank to gain an advantage.

**rank²** (răngk) *adj.* **-er, -est.** [ME < OE *ranc*, strong, full-grown.] **1.** Growing profusely or unmanageably <*rank* weeds> **2.** Yielding an abundant, often excessive crop <*rank* soil> **3.** Strong and offensive in odor or taste. **4.** Disgusting : indecent. **5.** Absolute : utter <a *rank* amateur> **—rank'ly** *adv.* **—rank'ness** *n.*

**rank and file** *n.* **1.** The troops of an army. **2.** The ordinary members of a group or organization, excluding the leaders and officers.

**rank-and-file** (răngk'ən-fīl') *adj.* **1.** Made up of or coming from the rank and file of a group. **2.** Made up of or coming from the common people.

**rank·er** (răng'kər) *n. Chiefly Brit.* **1.** An enlisted soldier. **2.** A commissioned officer who has been promoted from enlisted status.

**Ran·kine scale** (răng'kĭn) *n.* [After William J. M. Rankine (1820–1872).] The scale of absolute temperature using Fahrenheit degrees, in which the freezing point of water is 491.69° and the boiling point, 671.69°.

**rank·ing** (răng'kĭng) *adj.* Of the highest rank : PRE-EMINENT.

**ran·kle** (răng'kəl) *v.* **-kled, -kling, -kles.** [ME *ranclen* < OFr. *rancler*, alteration of *draoncler* < *draoncle*, festering sore < LLat. *dracunculus*, small serpent, dim. of Lat. *draco*, serpent.] **—vi. 1.** To be a source of persistent irritation or resentment. **2.** To become sore or inflamed : FESTER. **—vt.** To irritate : embitter.

**ran·sack** (răn'săk') *vt.* **-sacked, -sack·ing, -sacks.** [ME *ransaken* < ON *rannsaka* : *rann*, house + *-saka*, to search.] **1.** To search or rummage thoroughly. **2.** To search or scour for plunder : PILLAGE. **—ran'sack·er** *n.*

**ran·som** (răn'səm) *n.* [ME *ransoun* < OFr. *rançon* < Lat. *redemptio*, a buying back < *redimere*, to redeem. —see REDEEM.] **1. a.** Release of a person or property in return for payment of a demanded price. **b.** The price demanded or the payment made. **2.** Redemption from sin and its consequences. **—vt.** **-somed, -som·ing, -soms. 1. a.** To obtain the release of by paying a certain price. **b.** To release after receiving such a payment. **2.** To deliver from sin and its consequences. **—ran'som·er** *n.*

**rant** (rănt) *v.* **rant·ed, rant·ing, rants.** [Prob. < Du. *ranten*.] **—vi.** To speak or declaim violently or vehemently : RAVE. **—vt.** To exclaim with vehemence or extravagance. **—n. 1.** Violent, loud, or raving speech. **2.** *Chiefly Brit. Regional.* Wild, uproarious merriment. **—rant'er** *n.*

★ **syns:** RANT, HARANGUE, MOUTH, RAVE *v. core meaning* : to speak in a loud, violent, or vehement manner <*ranted* on and on about high taxes>

**ran·u·la** (răn'yə-lə) *n.* [NLat. < Lat., swelling on the tongue, dim. of *rana*, frog.] A cyst on the underside of tongue caused by obstruction of a salivary gland duct.

**ra·nun·cu·lus** (rə-nŭng'kyə-ləs) *n., pl.* **-lus·es** *or* **-li** (-lī') [NLat., *Ranunculus*, genus name < Lat., a kind of medicinal plant, dim. of *rana*, frog.] A plant of the genus *Ranunculus*, which includes the buttercups.

**rap¹** (răp) *v.* **rapped, rap·ping, raps.** [ME *rappen*.] **—vt. 1.** To hit sharply and swiftly : STRIKE <*rapped* the floor with a cane> **2.** To utter sharply <*rap* out an angry reply> **3.** To blame or criticize. **—vi.** To strike a quick light blow <*rapped* on the glass> **—n. 1.** A quick light knock or blow. **2.** A knocking or tapping sound. **3.** *Slang.* **a.** Reprimand or censure. **b.** A prison sentence. **4.** *Slang.* A negative quality or characteristic associated with a person or object. **—beat the rap.** *Slang.* To escape punishment or be acquitted of a charge. **—take the rap.** *Slang.* To accept punishment for a crime, esp. in order to protect another.

**rap²** (răp) *vt.* **rapt** *or* **rapped, rap·ping, raps.** [Back-formation < RAPT.] **1.** *p.p.* **rapt.** To overcome with rapture. **2.** To snatch.

**rap³** (răp) *n.* [< obs. *rap*, 18th-cent. Irish counterfeit halfpenny.] *Informal.* The least bit <I don't care a *rap*.>

**rap⁴** (răp) [Poss. < RAP¹.] **1.** *Slang.* A talk or discussion. **2.** *Mus.* A form of popular music characterized by spoken or chanted rhyming lyrics with a syncopated, repetitive rhythmic accompaniment. **—vi.** **rapped, rap·ping, raps. 1.** *Slang.* To discuss freely and at length. **2.** *Mus.* To perform rap.

**ra·pa·cious** (rə-pā'shəs) *adj.* [< Lat. *rapax, rapac-* < *rapere*, to seize.] **1.** Taking by force : PLUNDERING. **2.** Ravenous : greedy. **3.** RAPTORIAL 1. **—ra·pa'cious·ly** *adv.* **—ra·pa'cious·ness, ra·pac'i·ty** (rə-păs'ĭ-tē) *n.*

**rape¹** (răp) *n.* [ME < *rapen*, to rape < OFr. *raper* < Lat. *rapere*, to seize.] **1.** The crime of forcing another person to submit to sexual intercourse. **2.** The act of seizing and carrying off by force : ABDUCTION. **3.** Abusive or improper treatment : VIOLATION <a *rape* of justice> **—vt.** **raped, rap·ing, rapes. 1.** To force (another person) to submit to sexual intercourse. **2.** To seize and carry off by force. **3.** To pillage or plunder. **—rap'er** *n.*

**rape²** (răp) *n.* [ME < Lat. *rapa*, turnip.] A Eurasian plant, *Brassica napus*, cultivated as fodder and for its oil-rich seeds.

**rape³** (răp) *n.* [Fr. *râpe*, grape stalk < OFr. < *rasper*, to scrape, of Germanic orig.] The pulpy refuse remaining after pressing the juice from grapes in wine-making.

**rape oil** *n.* The edible oil extracted from rapeseed, also used as a lubricant and in the manufacture of various products.

---

oo b**oo**t   ou **out**   th **th**in   th **th**is   ŭ c**u**t   ûr **ur**ge   y **y**oung
yōō ab**u**se   zh vi**si**on   ə **a**bout, it**e**m, edibl**e**, gall**o**p, circ**u**s

