IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00980-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00981-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00982-ADA |
| | § | |
| v. | § | |
| | § | |
| CANON, INC., | § | |
| *Defendant.* | § | |
| | § | |

## NOTICE REGARDING AMENDMENTS TO SCHEDULING ORDER

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC ("WSOU") and Defendant Canon, Inc. ("Canon") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Notice Regarding Amendments to the Scheduling Order. Specifically, the Parties have agreed to alter the date Plaintiff must file its responsive claim construction brief, the date Defendant must file its reply claim construction brief, the date Plaintiff must file its sur-reply claim construction brief, and the date the Parties file their Joint Claim Construction Statement. The Parties have jointly agreed to the following dates:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiff's responsive claim construction brief | September 13 | September 15 |
| Defendant's reply claim construction brief | September 27 | September 29 |
| Plaintiff's sur-reply claim construction brief | October 11 | October 13 |
| Joint Claim Construction Statement (3 business days after sur-reply) | October 14 | October 18 |

1

Date:  September 8, 2021                              Respectfully submitted,

                                       By:  */s/ Jonathan K. Waldrop*
                                            Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Mark D. Siegmund (TX Bar No. 24117055)
mark@waltfairpllc.com
**LAW FIRM OF WALT FAIR, PLLC**
1508 N. Valley Mills Drive
Waco, TX 76710
Telephone:  (254) 772-6400
Facsimile:   (254) 772-6432

**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND DEVELOPMENT**

By: */s/ John M. Jackson*
     John M. Jackson (Texas Bar No. 24002340)
jjackson@jw.com
**JACKSON WALKER, LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-6000
Fax: (214) 953-5822

        Joseph A. Calvaruso (*pro hac vice*)
        jcalvaruso@orrick.com
        Richard F. Martinelli (*pro hac vice*)
        rmartinelli@orrick.com
        **ORRICK, HERRINGTON & SUTCLIFFE LLP**
        51 West 52nd Street
        New York, NY 10019-6142
        Tel: (212) 506-5000
        Fax: (212) 506-5151

        Michael C. Chow (*pro hac vice*)
        mchow@orrick.com
        **ORRICK, HERRINGTON & SUTCLIFFE LLP**
        2050 Main Street, Suite 1100
        Irvine, CA 92614

        **ATTORNEYS FOR DEFENDANT CANON, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop
