# Exhibit 4

Balachandran-Ka anwal-Seymour 21-1-3-12 

WHAT IS CLAIMED:

1    1.  A method for use in wireless equipment, the method comprising the steps of:

2    transmitting signals using frequency hopping over a time period $T$, by

3    selecting a frequency from a set of $N$ frequencies such that over at least a

4    portion of the time period $T$, the frequency selection is constrained to less than

5    the $N$ frequencies.

1    2.  The method of claim 1 wherein frequency selection is done pseudo-randomly.

1    3.  A method of frequency hopping for use in wireless equipment, the method

2    comprising the steps of:

3    storing a set of hopping frequencies; and

4    selecting frequencies from the set of hopping frequencies over a time period $T$ by

5    limiting the available frequencies from the hopping set over at least a portion of the time

6    period $T$.

1    4.  The method of claim 3 wherein the selecting step selects the frequency pseudo-

2    randomly.

1    5.  A method of frequency hopping for use in wireless equipment, the method

2    comprising the steps of:

3    initializing a hopping set to a size of $F$ frequencies, the hopping set used to select

4    therefrom hopping frequencies over a time period $T$; and

5    reducing the size of the hopping set over a portion of the time period $T$ by at least

6    one frequency.

1    6.  A method of frequency hopping for use in wireless equipment, the method

2    comprising the steps of:

3    initializing a hopping set to a size of $N$ frequencies, the hopping set used to select

4    therefrom hopping frequencies over a time period $T$; and

5    selecting frequencies from the hopping set over the time period $T$ such that at least

WSOU-CANON-0000060

Balachandran-Kangwal-Seymour 21-1-3-12

6   one of the selected frequencies is prohibited from subsequent selection in at least a
7   portion of the time period $T$.

1       7. The method of claim 6 wherein the selecting step selects the frequency pseudo-
2   randomly.

1       8.   A method of frequency hopping for use in wireless equipment, where a
2   hopping set is initialized to a size of $N$ frequencies, the hopping set used to select
3   therefrom hopping frequencies over a time period $T$, the method comprising the steps of:
4       determining a hopping index value;
5       modifying the hopping index value by at least the modulo of a number $F$, where $F$
6   $\leq N$;
7       selecting a hopping frequency from the hopping set as a function of the modified
8   hopping index value;
9       adjusting the order of the hopping set such that the selected hopping frequency is
10  now at a position corresponding to the value of $F$;
11      reducing the value of $F$; and
12      returning to the determining step.

1       9.   The method of claim 8 wherein when the value of $F$ reaches a predefined
2   minimum value, further including the step of shifting the hopping set in a cyclical
3   direction by a value equal to a difference between a predefined maximum value for $F$ and
4   the minimum value, modulo $N$.

1       10.   A method of frequency hopping for use in wireless equipment, the method
2   comprising the steps of:
3       initializing a hopping set to a size of $N$ frequencies, the hopping set used to select
4   therefrom hopping frequencies over a time period $T$;
5       dividing the hopping set into an allowable frequency set and a prohibited
6   frequency set;
7       selecting frequencies from the allowable frequency set; and
8       after at least one frequency selection, adjusting the membership in the allowable

13

WSOU-CANON-0000061



Balachandran-Kanwal-Seymour 21-1-3-12



9   frequency set and the prohibited frequency set.

1        11.   The method of claim 10 wherein the selecting step selects the frequency
2   pseudo-randomly.

1        12.   The method of claim 10 wherein membership in the allowable frequency set
2   and the prohibited frequency set at a current time is derived from knowledge of the
3   allowable frequency set and the prohibited frequency set at an earlier time.

1        13.   The method of claim 10 wherein knowledge of the allowable frequency set
2   and the prohibited frequency set at a particular time is provided by one wireless endpoint
3   to the other wireless endpoint through explicit signaling.

1        14   The method of claim 10 wherein all $N$ frequencies in the hopping set are
2   assumed allowable at pre-determined time instants.

1        15.   A method of frequency hopping for use in wireless equipment, the method
2   comprising the steps of:
3        dividing a hopping set into an allowable frequency set and a prohibited frequency
4   set; and
5        transmitting information associated with the division of the hopping set to another
6   wireless endpoint.

7        16.   The method of claim 15 wherein the transmitted information enables the
8   other wireless endpoint to derive the allowable frequency set.

1        17. A wireless endpoint comprising:
2        a transmitter for transmitting signals using frequency hopping over a time period
3   $T$; and
4        a processor for selecting a frequency from a set of $N$ frequencies such that over at
5   least a portion of the time period $T$, the frequency selection is constrained to less than the
6   $N$ frequencies.

1        18.   The wireless endpoint of claim 17 wherein frequency selection is done

14

Balachandran-Ka[n]anwal-Seymour 21-1-3-12

2   pseudo-randomly.

1       19.  A wireless endpoint comprising:

2       a memory for storing a set of hopping frequencies; and

3       a processor for selecting frequencies from the set of hopping frequencies over a

4   time period $T$ by limiting the available frequencies from the hopping set over at least a

5   portion of the time period $T$.

1       20.  The wireless endpoint of claim 19 wherein the processor selects the frequency

2   pseudo-randomly.

1       21.  A wireless endpoint comprising:

2       a memory for storing a hopping set comprising $F$ frequencies, the hopping set

3   used to select therefrom hopping frequencies over a time period $T$; and

4       a processor for reducing the size of the hopping set over a portion of the time

5   period $T$ by at least one frequency.

1       22.  A wireless endpoint comprising:

2       a memory for storing a hopping set comprising $N$ frequencies, the hopping set

3   used to select therefrom hopping frequencies over a time period $T$; and

4       a processor for selecting frequencies from the hopping set over the time period $T$

5   such that at least one of the selected frequencies is prohibited from subsequent selection

6   in at least a portion of the time period $T$.

1       23.  The wireless endpoint of claim 22 wherein the at least one selected frequency

2   is selected pseudo-randomly.

1       24.  A wireless endpoint comprising:

2       a memory for storing a hopping set comprising $N$ frequencies, the hopping set

3   used to select therefrom hopping frequencies over a time period $T$; and

4       a processor for (a) determining a hopping index value, (b) modifying the hopping

5   index value by at least the modulo of a number $F$, where $F \leq N$, (c) selecting a hopping

6   frequency from the hopping set as a function of the modified hopping index value, (d)

15



Balachandran-Kang....nwal-Seymour 21-1-3-12

7     adjusting the order of the hopping set such that the selected hopping frequency is now at a

8     position corresponding to the value of $F$, (e) reducing the value of $F$; and (f) returning to

9     (a).

1        25.   The wireless endpoint of claim 24 wherein when the value of $F$ reaches a

2     predefined minimum value, the processor further shifts the hopping set in a cyclical

3     direction by a value equal to a difference between a predefined maximum value for $F$ and

4     the minimum value, modulo $N$.

1        26.   A wireless endpoint comprising:

2        a memory for storing a hopping set comprising $N$ frequencies, the hopping set

3     used to select therefrom hopping frequencies over a time period $T$; and

4        a processor for (a) dividing the hopping set into an allowable frequency set and a

5     prohibited frequency set, (b) selecting frequencies from the allowable frequency set, and

6     (c) after at least one frequency selection, adjusting the membership in the allowable

7     frequency set and the prohibited frequency set.

1        27.   The wireless endpoint of claim 26 wherein the at least one selected frequency

2     is selected pseudo-randomly.

WSOU-CANON-0000064