IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br>　　　*Plaintiff*,<br><br>v.<br><br>CANON, INC.,<br>　　　*Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA<br>CIVIL ACTION 6:20-cv-00981-ADA<br>CIVIL ACTION 6:20-cv-00982-ADA |
| CANON INC.,<br>　　　*Third-Party Plaintiff*,<br><br>v.<br><br>NXP USA, INC.,<br>　　　*Third-Party Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA |

**JOINT MOTION FOR ENTRY OF AGREED ORDER GOVERNING PROCEEDINGS**

**COME NOW,** Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU"), Defendant and Third-Party Plaintiff Canon Inc. ("Canon"), and Third-Party Defendant NXP USA, Inc. ("NXP") (collectively, the "Parties"), and hereby respectfully submit this Joint Motion for Entry of Agreed Order Governing Proceedings. The Parties agree on the Order Governing Proceedings attached as Exhibit A.

1

Dated: September 17, 2021                    RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5096

Mark D. Siegmund (TX Bar No. 24117055)
mark@waltfairpllc.com
**LAW FIRM OF WALT FAIR, PLLC**
1508 N. Valley Mills Drive
Waco, TX 76710
Telephone:  (254) 772-6400
Facsimile:   (254) 772-6432

**Attorneys for Plaintiff
WSOU INVESTMENTS, LLC d/b/a
BRAZOS LICENSING AND
DEVELOPMENT**

By: */s/ John M. Jackson*
John M. Jackson (Texas Bar No. 24002340)
jjackson@jw.com
Jackson Walker, LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-6000
Fax: (214) 953-5822

Joseph A. Calvaruso (*pro hac vice*)
jcalvaruso@orrick.com
Richard F. Martinelli *(pro hac vice*)
rmartinelli@orrick.com
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000
Fax: (212) 506-5151

Michael C. Chow (*pro hac vice*)
mchow@orrick.com
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA 92614

**ATTORNEYS FOR DEFENDANT CANON INC.**


By:     /s/ *Richard S. Zembek*
Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel:  (713) 651-5151
Fax:  (713) 651-5246

Adam Schramek (SBN 24033045)
adam.schramek@nortonrosefulbright.com
Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel:  (512) 474-5201
Fax:  (512) 536-4598

**COUNSEL FOR THIRD-PARTY DEFENDANT NXP USA, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Jonathan K. Waldrop*
                                        **Jonathan K. Waldrop**