### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>*Plaintiff*,<br><br>v.<br><br>CANON, INC.,<br>*Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA<br>CIVIL ACTION 6:20-cv-00981-ADA<br>CIVIL ACTION 6:20-cv-00982-ADA<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |
| CANON, INC.,<br>*Third- Party Plaintiff,*<br><br>v.<br>NXP USA, Inc.,<br>*Third-Party Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA |

### JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiff WSOU Investments, LLC, Defendant Canon, Inc. and Third-Party Defendant NXP USA, Inc., respectfully submit this Joint Motion for Entry of Agreed Protective Order, which is attached hereto as Exhibit 1.

Date:  September 24, 2021

Respectfully submitted,

By:  */s/ Mark D. Siegmund*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District )
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)

mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171


Mark D. Siegmund (TX Bar No. 24117055)
mark@waltfairpllc.com
**LAW FIRM OF WALT FAIR, PLLC**
1508 N. Valley Mills Drive
Waco, TX 76710
Telephone:  (254) 772-6400
Facsimile:   (254) 772-6432


**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND
DEVELOPMENT**


By:  */s/ John M. Jackson*
John M. Jackson (Texas Bar No. 24002340)
jjackson@jw.com
**JACKSON WALKER, LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-6000
Fax: (214) 953-5822

Joseph A. Calvaruso (*pro hac vice*)
jcalvaruso@orrick.com
Richard F. Martinelli (*pro hac vice*)
rmartinelli@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000
Fax: (212) 506-5151

**ATTORNEYS FOR DEFENDANT CANON INC.**

By: **/s/ Richard S. Zembek**
Richard S. Zembek (SBN 00797726)
Richard.zembek@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246

Adam Schramek (SBN 24033045)
adam.schramek@nortonrosefulbright.com
Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel: (512) 474-5201
Fax: (512) 536-4598

**COUNSEL FOR THIRD-PARTY DEFENDANT NXP USA, INC.**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 24, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Mark D. Siegmund*
Mark D. Siegmund