UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A
BRAZOS LICENSING AND

vs.                                                         Case No.: 6:20-cv-00980-ADA, 6:20-cv-00981-ADA

CANON, INC.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Bradley P. Lerman, counsel for WSOU Investments, LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Bradley P. Lerman may appear on behalf of WSOU Investments, LLC in the above case.

IT IS FURTHER ORDERED that Bradley P. Lerman, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of September, 20 21 .


UNITED STATES DISTRICT JUDGE