IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br>            *Plaintiff*,<br><br>v.<br><br>CANON INC.,<br>            *Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA<br>CIVIL ACTION 6:20-cv-00981-ADA<br>CIVIL ACTION 6:20-cv-00982-ADA |
| CANON INC.,<br>            *Third-Party Plaintiff*,<br><br>v.<br><br>NXP USA, INC.,<br>            *Third-Party Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA |

**JOINT STIPULATION CONCERNING PRE-MARKMAN DEADLINES**

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC ("WSOU") and Defendant Canon Inc. ("Canon") (collectively, the "Parties") submit this Joint Stipulation to memorialize their agreement to adjust the Scheduling Order. The Parties have agreed to adjust the Scheduling Order to afford the Parties more time to prepare for *Markman* and to allow the Parties to take expert depositions prior to the *Markman*.  Importantly, the adjusted dates do not affect dates that would affect the Court (i.e., the *Markman* hearing date). The Parties have jointly agreed to modify the schedule as follows:

1

Defendant's Deposition of Plaintiff's Expert: September 29, 2021

Defendant's Reply Claim Construction brief: October 1, 2021

Plaintiff's Deposition of Defendant's Expert: October 12, 2021

Plaintiff's Sur-Reply Claim Construction brief: October 15, 2021

Joint Claim Construction Statement deadline:  October 20, 2021

Technical Tutorial deadline: October 25, 2021

Date:  September 27, 2021                                  Respectfully submitted,

    */s/ Mark D. Siegmund*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District )
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive,
Suite 200 Redwood Shores,
California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Mark D. Siegmund (TX Bar No. 24117055)
mark@waltfairpllc.com
**LAW FIRM OF WALT FAIR, PLLC**
1508 N. Valley Mills Drive
Waco, TX 76710
Telephone:  (254) 772-6400
Facsimile:  (254) 772-6432

                                                **ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**

Date: September 27, 2021                    Respectfully submitted,

                                                */s/ John M. Jackson*
                                                John M. Jackson (Texas Bar No. 24002340)
                                                jjackson@jw.com
                                                **JACKSON WALKER, LLP**
                                                2323 Ross Avenue, Suite 600
                                                Dallas, TX 75201
                                                Tel: (214) 953-6000
                                                Fax: (214) 953-5822

                                                Joseph A. Calvaruso (*pro hac vice*)
                                                jcalvaruso@orrick.com
                                                Richard F. Martinelli (*pro hac vice*)
                                                rmartinelli@orrick.com
                                                **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                                                51 West 52nd Street
                                                New York, NY 10019-6142
                                                Tel: (212) 506-5000
                                                Fax: (212) 506-5151

                                                **ATTORNEYS FOR DEFENDANT CANON INC.**