**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **WSOU INVESTEMENTS, LLD D/B/A BRAZOS LICENSING AND DEVELOPMENT,** | |
| *Plaintiff,* | **6:20-cv-00980-ADA** |
| | **6:20-cv-00981-ADA** |
| v. | |
| **CANON INC.,** | |
| *Defendant.* | |
| **CANON INC.,** | |
| *Third-Party Plaintiff,* | **6:20-cv-00980-ADA** |
| v. | |
| **NXP USA, INC.,** | |
| *Third-Party Defendant.* | |

**DECLARATION OF RICHARD F. MARTINELLI IN SUPPORT OF DEFENDANT**
**CANON INC.'S REPLY CLAIM CONSTRUCTION BRIEF**

I, Richard F. Martinelli, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner of the firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys for Defendant Canon Inc. ("Canon").  I make this declaration based on personal knowledge and, if called upon, could testify competently thereto.  I submit this declaration in support of Canon's Reply Claim Construction Brief.

2.      Attached hereto as Exhibit A is a true and correct copy of excerpts from Dr. Todor Cooklev's deposition transcript on September 29, 2021.

3.      Attached hereto as Exhibit B is a true and correct copy of Canon's Invalidity Contentions for Case No. 6:20-cv-980, dated July 7, 2021.

4.      Attached hereto as Exhibit C is a true and correct copy of Canon's Invalidity Contentions for Case No. 6:20-cv-981, dated July 7, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2021          */s/ Richard F. Martinelli*
                                     Richard F. Martinelli