# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU Investments, LLC d/b/a Brazos Licensing and Development,<br><br>      Plaintiff,<br><br>v.<br><br>Canon Inc.,<br><br>      Defendant. | Case No. 6:20-cv-00980-ADA<br>Case No. 6:20-cv-00981-ADA<br>**JURY TRIAL DEMANDED** |
| Canon Inc.,<br><br>      Third-Party Plaintiff,<br><br>v.<br><br>NXP USA, Inc.,<br><br>      Third-Party Defendant. | Case No. 6:20-cv-00980-ADA<br>**JURY TRIAL DEMANDED** |

## STATUS REPORT RE: INTER-DISTRICT MOTION TO TRANSFER

Pursuant to the Court's August 18, 2021 Second Amended Standing Order Regarding Motions for Inter-District Transfer, Defendant Canon Inc. ("Canon") hereby notifies the Court that its motion to transfer of the above-captioned Case No. 6:20-cv-00981-ADA to the Eastern District of New York has not yet been fully briefed and is not ready for resolution. The *Markman* hearing is currently scheduled for November 5, 2021. *See* Case 6:20-cv-00980, Dkt. No. 45; Case 6:20-cv-00981, Dkt. No. 34.

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") has represented that it is seeking venue and jurisdictional discovery in the above-captioned Case No. 6:20-cv-00981-ADA via email on October 4, 2021. WSOU served its First Set of

Interrogatories, First Requests for Production and Rule 30(b)(6) Notice of Deposition of Canon Inc. concerning venue discovery dated October 6, 2021.

WSOU further advised that it will be amending its complaint to add Canon U.S.A., Inc. as a party to both the above cases. Venue as to Canon U.S.A., Inc. is not proper in this District and we expect that WSOU's amended complaint will raise additional statutory and convenience venue issues.

Dated: October 8, 2021                                 Respectfully Submitted,

/s/ Richard F. Martinelli

Richard F. Martinelli (*pro hac vice*)
rmartinelli@orrick.com
Joseph A. Calvaruso (*pro hac vice*)
jcalvaruso@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel:  (212) 506-5000
Fax:  (212) 506-5151

John M. Jackson (Texas Bar No. 24002340)
jjackson@jw.com
**JACKSON WALKER, LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel:  (214) 953-6000
Fax:  (214) 953-5822

*Attorneys for Defendant Canon Inc.*

3

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on October 8, 2021 in compliance with CV-5 and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

*/s/ John M. Jackson*
John M. Jackson