IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br>    *Plaintiff*,<br><br>v.<br><br>CANON, INC.,<br>    *Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA<br><br>JURY TRIAL DEMANDED |
| CANON, INC.,<br>    *Third- Party Plaintiff,*<br><br>v.<br>NXP USA, INC.,<br>    *Third-Party Defendant.* | |

**NXP USA INC.'S NOTICE REGARDING EXTENSION
OF TIME TO SERVE INITIAL DISCLOSURES**

TO THE HONORABLE COURT:

Pursuant to this Court's August 11, 2021 Standing Order Regarding Joint Or Unopposed Request To Change Deadlines, Third-Party Defendant NXP USA, Inc. ("NXP") submits this notice regarding the deadline for NXP's service of its Initial Disclosures. Under the Court's Agreed Amended Scheduling Order (Dkt. 45), the Deadline for service of NXP's Rule 26(a) Initial Disclosures is October 8, 2021. NXP has requested, and Plaintiff WSOU Investments, LLC and Defendant and Third-Party Plaintiff Canon, Inc. have consented to, a two week extension of this deadline until October 22, 2021.

Date: October 8, 2021                                Respectfully submitted,

                            By:   /s/ *Richard S. Zembek*
Richard S. Zembek (SBN 00797726)
Richard.zembek@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246

Adam Schramek (SBN 24033045)
adam.schramek@nortonrosefulbright.com
Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel: (512) 474-5201
Fax: (512) 536-4598

**COUNSEL FOR THIRD-PARTY DEFENDANT NXP USA, INC.**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 8, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                 */s/ Richard Zembek*
                                                 Richard Zembek