# EXHIBIT 1





# Franchise Tax Account Status

As of : 09/14/2021 14:30:20

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| CANON U.S.A., INC. | |
|---|---|
| Texas Taxpayer Number | 11325617725 |
| Mailing Address | 1 CANON PARK MELVILLE, NY 11747-3036 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | NY |
| Effective SOS Registration Date | 07/01/1977 |
| Texas SOS File Number | 0004105306 |
| Registered Agent Name | CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCO |
| Registered Office Street Address | 211 E. 7TH STREET, SUITE 620 AUSTIN, TX 78701 |