# Exhibit A



⚠ **A COVID-19 Update from Canon USA** — We are continuing to thoroughly follow the developments and directives associated with COVID-19 (coronavirus). Learn more about the measures we have in place.

| SHOP FOR INK & TONER | FIND SUPPLIES & ACCESSORIES | PRODUCT INFORMATION |



## EOS R5
Mirrorless

Item Code: 4147C002AA
MSRP: $3,899.00
Canon Store: $3899.00

WRITE A REVIEW
READ ALL REVIEWS

**ADD TO CART**

GET PRODUCT SUPPORT | REGISTER YOUR PRODUCT

## EOS R5

The EOS R5 builds off of the powerful legacy of Canon's full frame cameras offering next generation refinements in image quality, performance and reliability. It's an ideal choice for a large range of photographic and cinematographic environments from weddings, portraits, sports, journalism, landscape, cinematography and more. Canon's all-new 45 Megapixel full-frame sensor is at the heart of the EOS R5's superb image quality, which also leads the way for impressive 8 ...  *read more*

| Features | Specifications | What's in the Box | Supplies & Accessories |
|---|---|---|---|
| Brochures | Sample Images | Videos | Resources |

## Features

*Expand All*

### High Image Quality featuring a New 45 Megapixel Full-frame CMOS Sensor.   −

**High Image Quality featuring a New 45 Megapixel Full-frame CMOS Sensor**

The EOS R5 camera features an entirely new Canon-developed CMOS sensor with approx. 45 effective megapixels.It employs the DIGIC XImage Processor to enhance the speed of operations across the board. This means fast, efficient performance and phenomenal image quality for big prints, impressive 4K video and more.



### DIGIC X Image Processor with an ISO range of 100-51200; Expandable to 102400*¹.   −

### DIGIC X Image Processor

The EOS R5 camera is the first Canon EOS camera – in the Mirrorless series camera line — to feature a powerful DIGIC X Image Processor, which helps to enhance fine detail in your image.



### ISO range of 100-51200; Expandable to 102400[*1]

Delivering high standard and expanded ISOs (for still images), and a score of options to help enhance shooting in varied and fast-changing lighting situations, the EOS R5 camera can shoot at expanded sensitivities down to ISO 50 (L) and up to 102400 (H).

[*1] For still images.

---

High-Speed Continuous Shooting of up to 12 fps with Mechanical Shutter and up to 20 fps Electronic (Silent) Shutter.    +

Dual Pixel CMOS AF II covering Approx. 100% Area with 1,053 AF Areas.    +

Subject tracking of People and Animals[*2] using Deep Learning Technology.    +

8K RAW, 4K up to 120fps, 10-bit 4:2:2 with Canon Log or HDR PQ, Internal Recording in all Formats, with Auto Focus.    +

In-body Image Stabilizer can provide up to 8 stops of Shake Correction[*].    +

Dual Card Slots for CF express[**] and UHS-II SD Memory Cards[***]    +

Built-in 0.5" 5.76 Million Dots OLED EVF with 120fps refresh rate[^1], Vari-angle LCD Touchscreen.    +

**2.4/5 Ghz Built-in Wi-Fi[*^], Bluetooth[*^^] Technology.**    −

### 2.4/5 Ghz Built-in Wi-Fi[*^], Bluetooth[*^^] Technology.

In addition to the traditional 2.4 GHz Wi-Fi[*^], the EOS R5 camera now supports 5 GHz Wi-Fi[*^] communication – a first for EOS mirrorless cameras. Users can easily perform high-speed FTP data transfer between the camera and using the free Canon Camera Connect app. Simply connect to the Camera Connect app where you can browse, or download images to your smart device, then share and upload from the device directly to various social media sites and web services. For professional photographers using the EOS R5 camera, the built-in Wi-Fi[*] is the ideal feature that is needed for quick wireless connectivity.

^ Compatible with iOS[*] versions 9.3/10.3/11.2-11.4/12.4/13.2, Android™ smartphone and tablet versions 5.0/5.1/6.0/7.0/7.1/8.0/8.1/9.0/10. Data charges may apply with the download of the free Canon Camera Connect app. This app helps enable you to upload images to social media services. Please note that image files may contain personally identifiable information that may implicate privacy laws. Canon disclaims and has no responsibility for your use of such images. Canon does not obtain, collect or use such images or any information included in such images through this app.



### Bluetooth[*^^] Capability

Bluetooth[*^^] connectivity offers continuous connection, and allows the EOS R5 camera to automatically connect to a smart device that is paired with the Canon Camera Connect app. This allows a number of functions from easy image transfer to remote shooting, to adding GPS[*3] information to your photos and videos and more.

^^ Compatible with select smartphone and tablet devices (Android™ version 5.0 or later and the following iOS[*] devices: iPhone 4s or later, iPad 3rd gen. or later, iPod Touch 5th gen. or later) equipped with Bluetooth[*] version 4.1 or later and the Camera Connect App Ver. 2.5.10. This application is not guaranteed to operate on all listed devices, even if minimum requirements are met.

[*3] In certain countries and regions, the use of GPS may be restricted. Therefore, be sure to use GPS in accordance with the laws and regulations of your

could be illegal especially when traveling outside your home country. As original is received, please be careful to take such dimensions when using in locations where the use of electronics is regulated.

### Image.Canon Service

image.canon is a cloud service designed to ease your imaging workflow, whether you are a professional, enthusiast, or casual user. Connecting the EOS R5 camera to the image.canon service will allow photographers to seamlessly upload all images and movies in their original format and quality, and access them from the dedicated app or through a web browser – and automatically forward them to a computer, mobile device, and third party services.



Enhanced Operating Controls.     +

Optional Wireless File Transmitter and Battery Grip.     +

Impressive Durability.     +

## DISCLAIMERS

*1 For still images.
*2 Effectiveness varies depending on the subject. In some cases, dogs, cats or birds may not be detected, while some animals other than dogs, cats or birds may be detected.
* When combined with certain IS lenses such as the RF24-105mmF4 IS L USM, or when used with certain non-IS lenses as well.
** Type B compatible.
*** Some types of data cannot be saved on the SD memory card.
^1 Display may be grainier.
^ Compatible with iOS® versions 9.3/10.3/11.2-11.4/12.4/13.2, Android™ smartphone andtablet versions 5.0/5.1/6.0/7.0/7.1/8.0/8.1/9.0/10. Data charges may apply with the download of the free Canon Camera Connect app. This app helps enable you to upload images to social media services. Please note that image files may contain personally identifiable information that may implicate privacy laws. Canon disclaims and has no responsibility for your use of such images. Canon does not obtain, collect or use such images or any information included in such images through this app.
^^ Compatible with select smartphone and tablet devices (Android™ version 5.0 or later and the following iOS®devices: iPhone 4s or later, iPad 3rd gen. or later, iPod Touch 5th gen. or later) equipped with Bluetooth® version 4.1 or later and the Camera Connect App Ver. 2.5.10. This application is not guaranteed to operate on all listed devices, even if minimum requirements are met.

† Prices and specifications subject to change without notice. Actual prices are determined by individual dealers and may vary.

RETURN TO TOP ⌃

---

| Company | Contact | Legal | Social |
|---|---|---|---|
| About Canon U.S.A., Inc. | Reach Us | Product Advisories |  |
| News | Product Support | Do Not Sell My Personal Information | |
| Careers | Investor Relations | Privacy Statement | |
| Sustainability | [+] Feedback | Terms of Use | |
| EPEAT | Where to Buy | VPAT Search | |
| Site Map | Sign up for Emails | Safety Data Sheets (SDS) Search | |
| | | To Our Customers | |

© 2020 Canon U.S.A., Inc. All Rights Reserved. Reproduction in whole or part without permission is prohibited.