# Exhibit B



# EOS R5

| Type | | |
|---|---|---|
| **Type** | Digital single-lens non-reflex AF/AE camera | |
| **Image Processor** | DIGIC X | |
| **Recording Media** | CFexpress card<br>   • Type B: Card slot<br>SD card<br>   • SD card speed class-compatible.<br>   • Compatible with UHS-II<br>   • Eye-Fi cards and Multimedia cards (MMC) are not supported. | |
| **Compatible Lenses** | Canon RF lens group (excluding EF, EF-S and EF-M lenses)<br>When using Mount Adapter EF-EOS R: Canon EF or EF-S lenses (excluding EF-M lenses) | |
| **Lens Mount** | Canon RF mount | |
| **Image Sensor** | | |
| **Type** | CMOS sensor (compatible with Dual Pixel CMOS AF) | |
| **Effective Pixels** | Approx. 45.0 megapixels | |
| **Sensor Size** | Approx. 36.0 x 24.0 mm | |
| **Pixel Size** | Approx. 4.40 µm square | |
| **Total Pixels** | Approx. 47.1 megapixels | |
| **Aspect Ratio** | 3:2 (Horizontal: Vertical) | |
| **Color Filter System** | RGB primary color filters | |
| **Low Pass Filter** | Installed in front of the image sensor, non-detachable | |
| **Dust Deletion Feature** | (1) Self Cleaning Sensor Unit<br>   • Removes dust adhering to the low-pass filter.<br>   • At power off only / Enable / Disable. Performed automatically (taking about approx. 2 sec. as indicated on the screen) or manually (taking about approx. 8 sec. as indicated on the screen).<br>   • After manually activated cleaning, the camera will automatically restart (Power OFF to ON).<br>   • When [Multi Shot Noise Reduction], [Multiple exposures], or [HDR mode] is set, [Clean now] and [Clean manually] cannot be selected.<br>(2) Dust Delete Data acquisition and appending<br>   • The coordinates of the dust adhering to the low-pass filter are detected by a test shot and appended to subsequent images.<br>   • The dust coordinate data appended to the image is used by the EOS Canon Digital Professional Software (v. 4.14 and higher) to automatically erase the dust spots.<br>   • Not available with EF-S lenses, in cropped shooting or multi-exposure shooting.<br>(3) Manual cleaning (by hand) | |

| **Recording System** | |
|---|---|
| **Recording Format** | Compliant to Design rule for Camera File system 2.0 and Exif 2.3*.<br>　*Supports time difference information in Exif 2.31. |
| **Image Format** | JPEG, HEIF, RAW (CR3, 14 bit RAW format), C-RAW (Canon original); Movies: ALL-I, IPB, RAW |
| **HDR Mode-Continuous Shooting** | (1) 1 shot only<br>(2) Continuously<br>(3) Multiple Exposure |
| **Advanced shooting operations** | (1) Focus Bracketing<br>(2) Interval Timer<br>(3) Bulb Timer<br>(4) Multi-Shot NR |
| **File Size** | 3:2 Aspect Ratio<br>Large/RAW/C-RAW: 8192 x 5464<br>Medium: 5808 x 3872<br>Small 1: 4176 x 2784<br>Small 2: 2400 x 1600<br><br>1.6x (Crop)*<br>Large/RAW/C-RAW: 5088 x 3392<br>Small 2: 2400 x 1600<br><br>4:3 Aspect Ratio<br>Large: 7280 x 5464<br>Medium: 5152 x 3872<br>Small 1: 3712 x 2784<br>Small 2: 2112 x 1600<br>RAW/C-RAW: 8192 x 5464<br><br>16:9 Aspect Ratio<br>Large: 8192 x 4608<br>Medium: 5808 x 3264<br>Small 1: 4176 x 2344<br>Small 2: 2400 x 1344<br>RAW/C-RAW: 8192 x 5464<br><br>1:1 Aspect Ratio<br>Large: 5456 x 5456<br>Medium: 3872 x 3872<br>Small 1: 2784 x 2784<br>Small 2: 1600 x 1600<br>RAW/C-RAW: 8192 x 5464<br><br>　• Values for Recording Pixels are rounded to the nearest 100,000 or 10,000.<br>　• For RAW and JPEG images, information outside the cropping area is not retained.<br>　• JPEG images are generated in the set aspect ratio.<br>　• RAW images are generated in [3:2], and the set aspect ratio is appended.<br><br>* Indicate an inexact proportion. |

| | |
|---|---|
| **File Numbering** | The following file numbers can be set:<br>1. File numbering methods<br>    a. Continuous numbering<br>        i. The numbering of captured images continues even after you replace the card.<br>    b. Auto reset<br>       i. When you replace the card, the numbering will be reset to start from 0001. If the new SD card already contains images, the numbering will continue from the last recorded image in the card.<br>2. Manual reset<br>    a. Resets the file number to 0001, and creates a new folder automatically.<br>       * When manually resetting the file number, folders can also be renamed. |
| **RAW + JPEG / HEIF Simultaneous Recording** | Simultaneous recording of any combination of RAW/C-RAW and JPEG/HEIF image-recording quality is supported. |
| **Color Space** | Selectable between sRGB and Adobe RGB |
| **Picture Style** | (1) Auto<br>(2) Standard<br>(3) Portrait<br>(4) Landscape<br>(5) Fine Detail<br>(6) Neutral<br>(7) Faithful<br>(8) Monochrome<br>(9) User Defined 1–3<br>   • In Scene Intelligent Auto, [Auto] will be set automatically.<br>   • [Standard] is the default setting for [User Def. 1–3]. |

## White Balance

| | |
|---|---|
| **Settings** | (1) Auto (Ambience priority/White priority)<br>(2) Daylight<br>(3) Shade<br>(4) Cloudy*<br>(5) Tungsten light<br>(6) White fluorescent light<br>(7) Flash<br>(8) Custom (Custom WB)<br>(9) Color temperature<br>* Effective also in twilight and sunset. |
| **Auto White Balance** | Option between ambience priority and white priority settings. |
| **White Balance Shift** | Blue/amber bias: ±9 levels<br>Magenta/green bias: ±9 levels<br>Corrected in reference to the current WB mode's color temperature. |

## Viewfinder

| | |
|---|---|
| **Type** | OLED color electronic viewfinder;  approx. 5.76 million dots resolution |
| **Coverage** | Approx. 100% vertically and horizontally relative to the shooting image area (with image quality L, at approx. 23mm eyepoint). |
| **Magnification / Angle of View** | Approx. 0.76x / Approx. 35.5 degrees (with 50mm lens at infinity, $-1\ m^{-1}$) |
| **Eye Point** | Approx. 23mm (at $-1\ m^{-1}$ from the eyepiece lens end) |
| **Dioptric Adjustment Range** | Approx. -4.0 to + 2.0 $m^{-1}$ (dpt) |

| | |
|---|---|
| **Viewfinder Information** | (1) Maximum burst<br>(2) Possible shots/Sec. until self-timer shoots<br>(3) Focus Bracketing/ Multiple-exposure/HDR shooting/Multi Shot Noise Reduction/Bulb time/Interval timer<br>(4) Shooting mode<br>(5) AF method<br>(6) AF operation<br>(7) Image quality<br>(8) Card<br>(9) Drive mode<br>(10) Metering mode<br>(11) No. of remaining shots for focus bracketing, multiple exposures, or interval timer<br>(12) Electronic level<br>(13) Movie recording time available<br>(14) Battery level<br>(15) Image Stabilizer (IS mode)<br>(16) Histogram (Brightness/RGB)<br>(17) Quick Control button<br>(18) Anti-flicker shooting<br>(19) White balance/White balance correction<br>(20) Picture style<br>(21) Auto Lighting Optimizer<br>(22) Still photo cropping / Aspect ratio<br>(23) AF point (1-point AF)<br>(24) AEB/FEB<br>(25) View Assist<br>(26) HDR PQ<br>(27) Flash ready / FE lock / High-speed sync<br>(28) Electronic shutter<br>(29) Touch shutter / Create folder<br>(30) AE lock<br>(31) Shutter speed / Multi-function lock warning<br>(32) Aperture value<br>(33) Wi-Fi® function<br>(34) Wi-Fi® signal strength<br>(35) Bluetooth® function<br>(36) Exposure simulation<br>(37) Magnify button<br>(38) ISO speed<br>(39) Highlight tone priority<br>(40) Exposure compensation<br>(41) Exposure level indicator |
| **Autofocus** | |
| **Focus Method** | Dual Pixel CMOS AF |
| **Number of AF zones available for Automatic Selection** | AF area: Horizontal: Approx. 100% x Vertical: Approx. 100%<br>Stills: Max. 1053 zones (39 x 27)<br>Movies: Max. 819 zones (39 x21) |
| **AF Working Range** | EV -6 to 20 (f/1.2 lens*, center AF point, One-Shot AF,at 73°F/23°C, ISO 100)<br>* Except RF lenses with a Defocus Smoothing (DS) coating. |
| **Focusing brightness range (in movie recording)** | 8K: EV -3 to 20<br>4K / Full HD: EV -4 to 20<br>With an f/1.2 lens*, center AF point, One-Shot AF,at 73°F/23°C, ISO 100<br>* Except RF lenses with a Defocus Smoothing (DS) coating. |

| **AF Methods** | AF Method |
| --- | --- |
| | Face+Tracking AF |
| | Spot AF |
| | 1-point AF |
| | Expand AF Area (Above, below, left and right/Around) |
| | Zone AF |
| | Large Zone AF: Vertical, Horizontal |
| **Subject to Detect** | People, Animals, No Priority<br>* Available with [AF method] set to Face+Tracking, Zone AF, or Large Zone AF (vertical/horizontal) |
| **Exposure Control** | |
| **Metering Modes** | Real-time metering with image sensor (384 zones [24x16 zone metering])<br>(1) Evaluative metering (AF point-linked)<br>(2) Partial metering (approx. 6.1% of the area at the center of the screen)<br>(3) Spot metering (approx. 3.1% of the area at the center of the screen)<br>(4) Center-weighted average metering |
| **Metering Range** | EV -3 – 20 (at 73°F/23°C, ISO 100) (Still Photo Shooting) |
| **Exposure Control Modes** | (1) Scene Intelligent Auto<br>(2) Flexible-priority AE (Fv)<br>(3) Program AE (P)<br>(4) Shutter-priority AE (Safety shift possible) (Tv)<br>(5) Aperture-priority AE (Safety shift possible) (Av)<br>(6) Manual exposure (M)<br>(7) Bulb<br>(8) Custom shooting mode C1, C2, C3 |

5

| | | |
|---|---|---|
| **ISO Speed Range** | **Available ISO speeds; user-set** | |
| | Normal | ISO 100–51200 (in 1/3- or 1-stop increments) |
| | Expanded | L: equivalent to ISO 50, H: 102400 |

• For [Highlight tone priority], the settable ISO speed range will be ISO 200 to 51200.
• Expanded ISO cannot be set for HDR mode or during HDR PQ shooting.

**User-defined ISO range - still photo shooting**

| ISO Speed Range | ISO speed |
|---|---|
| Minimum | L (50)–51200 (in 1-stop increments) |
| Maximum | ISO 100–H (102400) (in 1-stop increments) |

* Expanded ISO speeds are noted as being "equivalent" to these speeds.

**User-defined Auto ISO range - still photo shooting**

| Auto Range | ISO speed |
|---|---|
| Minimum | ISO 100–25600 (in 1-stop increments) |
| Maximum | ISO 200–51200 (in 1-stop increments) |

**ISO Auto details in still photo shooting**

| Shooting mode | No Flash | Using Flash |
|---|---|---|
| Auto | ISO 100-12800 | ISO 100-6400*3 |
| P | ISO 100*1*2-51200*2 | ISO 100*1*2–6400*2*4 |
| TV | | |
| AV | | |
| M | | |
| B | ISO 400*3 | |

* 1: ISO 200 when [Highlight tone priority] is set to [Enable] or [Enhanced].
* 2: Varies depending on [Maximum] and [Minimum] of [Auto range].
* 3: If outside the setting range, changed to the value most close to ISO 400.
* 4: ISO 1600 when using a lens that is not compatible with "Variable control of maximum ISO Auto limit for E-TTL".

| **Exposure Compensation** | Manual | ±3 stops in 1/3- or 1/2-stop increments |
|---|---|---|
| | AEB | ±3 stops in 1/3- or 1/2-stop increments |

| **AE Lock** | (1) Auto AE lock<br>  • The metering mode for AE lock after one-shot focus can be customized.<br>(2) User-applied AE lock<br>  • In the Fv, P, Tv, Av and M modes, enabled with the AE lock button. (Press again to update.)<br>  • Enabled in all metering modes. |
|---|---|

### Shutter

| **Type** | (1) Mechanical<br>(2) Electronic 1st-Curtain<br>(3) Electronic Shutter (1st and 2nd curtain - silent*)<br>  * Cannot be used in conjunction with the following functions: flash photography, HDR shooting, multiple exposures, Multi Shot Noise Reduction, AEB, HDR PQ, anti-flicker shooting, Dual Pixel RAW shooting, Digital Lens Optimizer [High].<br>  * A shutter release sound is not generated. However, note that the sounds other than the shutter release sound (aperture, focusing lens drive sound/electronic sound, etc.) may be generated.<br>  * In electronic shutter shooting under conditions such as flash firing by other cameras or with fluorescent lighting or other flickering light sources, a strip of light or banding due to the brightness difference may be recorded in the image. |
|---|---|

6

| | |
|---|---|
| **Shutter Speeds** | When [Mechanical] or [Elec. 1st- curtain] is set: 1/8000-30 sec, bulb<br>When [Electronic] is set: 1/8000-0.5 sec. |
| **X-sync Speed** | Mechanical Shutter: 1/200 sec.<br>Elec. 1st-curtain: 1/250 sec. |
| **Shutter Release** | Soft-touch electromagnetic release |
| **Self Timer** | 10-sec. delay, 2-sec. delay |
| **Shutter Lag Time** | <table><tr><td></td><td>Flash</td><td>Mechanical Shutter</td><td>Electronic 1st curtain</td><td>Electronic shutter</td></tr><tr><td rowspan="2">Shutter-release time lag *Measured with shutter button pressed fully from half-pressed position</td><td>Not used</td><td>Approx. 81 ms</td><td>Approx. 50 ms</td><td>Approx. 50 ms</td></tr><tr><td>Used</td><td>N/A</td><td>N/A</td><td>-</td></tr></table><br>Based on Canon testing standards. |

### Image Stabilization (IS mode)

| | |
|---|---|
| **Still Photo IS** | In-body IS operation can be selected when using a non-IS lens.<br>• Always on<br>• Only for shot |
| **5-axis Image Stabilization with EF/RF lenses** | <table><tr><th colspan="2">Lens</th><th>Pitch/YAW</th><th>X/Y</th><th>Roll</th></tr><tr><td rowspan="3">RF</td><td>Without IS</td><td>In-body IS</td><td>In-body IS</td><td>In-body IS</td></tr><tr><td>Optical IS</td><td>Optical IS</td><td>In-body IS</td><td>In-body IS</td></tr><tr><td>Hybrid IS</td><td>Optical IS</td><td>Still: Optical IS<br>Movie: In-body IS</td><td>In-body IS</td></tr><tr><td rowspan="3">EF</td><td>Without IS</td><td>In-body IS</td><td>In-body IS</td><td>In-body IS</td></tr><tr><td>Optical IS</td><td>Coordinated Control* Optical IS+In-body IS</td><td>In-body IS</td><td>In-body IS</td></tr><tr><td>Hybrid IS</td><td>Coordinated Control* Optical IS+In-body IS</td><td>Still: Optical IS<br>Movie: In-body IS</td><td>In-body IS</td></tr></table><br>* As of July 2020. Except RF600mm F11 IS STM and RF800mm F11 IS STM |
| **EOS R5 coordinated In-Body Image Stabilizer Still Shooting performance with RF lenses** | <table><tr><th>Lens</th><th>Coordinated Control IS</th><th>Focal Length</th><th>IS stop (CIPA Standard)</th></tr><tr><td>RF24-105mm F4 L IS USM</td><td>Yes</td><td>105mm</td><td>8.0</td></tr><tr><td>RF35mm F1.8 MACRO IS STM</td><td>Yes</td><td>35mm</td><td>7.0</td></tr><tr><td>RF24-70mm F2.8 L IS USM</td><td>Yes</td><td>70mm</td><td>8.0</td></tr><tr><td>RF15-35mm F2.8 L IS USM</td><td>Yes</td><td>35mm</td><td>7.0</td></tr><tr><td>RF24-240mm F4-6.3 IS USM</td><td>Yes</td><td>240mm</td><td>6.5</td></tr><tr><td>RF70-200mm F2.8 L IS USM</td><td>Yes</td><td>200mm</td><td>7.5</td></tr><tr><td>RF24-105mm F4-7.1 IS STM</td><td>Yes</td><td>105mm</td><td>8.0</td></tr><tr><td>RF100-500mm F4.5-7.1 L IS USM*</td><td>Yes</td><td>500mm</td><td>6.0</td></tr><tr><td>RF85mm F2 MACRO IS STM</td><td>Yes</td><td>85mm</td><td>8.0</td></tr><tr><td>RF50mm F1.2L USM</td><td>-</td><td>50mm</td><td>7.0</td></tr><tr><td>RF28-70 F2 L USM</td><td>-</td><td>70mm</td><td>8.0</td></tr><tr><td>RF85mm F1.2 L USM</td><td>-</td><td>85mm</td><td>8.0</td></tr><tr><td>RF85mm F1.2 L USM DS</td><td>-</td><td>85mm</td><td>8.0</td></tr></table><br>*Camera firmware update is necessary. |

| External Speedlite | |
|---|---|
| **E-TTL balance** | Ambience priority, standard, flash priority |
| **Compatible E-TTL Speedlites** | Canon EX- and EL-series Speedlites |
| **E-TTL II Flash Metering** | (1) Evaluative (Face Priority)<br>(2) Evaluative<br>(3) Average |
| **Slow Sync (P/Av modes)** | (1) 1/250* – 30 sec., auto<br>(2) 1/250* – 1/60 sec., auto<br>(3) 1/250* sec. (fixed)<br>* Electronic 1st curtain shutter only<br>* With mechanical shutter — 1/200 sec. |
| **Flash Function Menu** | Provided for EX- and EL-series Speedlites |
| **Flash Exposure Compensation** | ±3 stops in 1/3- or 1/2-stop increments |
| **Continuous flash control** | 1. E-TTL each shot<br>2. E-TTL 1st shot |

| Drive System | |
|---|---|

| | Drive Modes | Icon Display | Mechanical Shutter | Electronic 1st curtain | Electronic shutter |
|---|---|---|---|---|---|
| **Drive Modes and Continuous Shooting Speed** | Single Shooting | | Yes | Yes | Yes |
| | High-speed Continuous + shooting*1 | Green*² | Approx. 12 shots/sec. | | Approx. 20 shots/sec |
| | | White | Approx. 9.2 shots/sec. | | |
| | | White (Blinking) | Approx. 6.8 shots/sec. | | |
| | High-speed Continuous shooting | Green*² | Approx. 6.0 shots/sec. | Approx. 8.0 shots/sec. | |
| | | White | Approx. 5.1 shots/sec. | Approx. 6.0 shots/sec. | |
| | | White (Blinking) | Approx. 3.9 shots/sec. | Approx. 4.9 shots/sec. | |
| | Low-speed Continuous Shooting | Green*² | Approx. 3.0 shots/sec. | | |
| | | White | | | |
| | | White (Blinking) | | | |
| | Self-timer:10 sec / remote control | | Yes | | |
| | Self-timer:2 sec / remote control | | Yes | | |

* Automatically switches among modes Green, White, and White (Blinking).
* Continuous shooting speed is lower under certain shooting and measurement conditions: shutter speed, aperture value,- subject conditions, brightness, type of lens, timing when internal memory becomes full (temporarily disables shooting)
  - Mechanical / electronic 1st curtain: use of flash, anti-flicker shooting: Enable, Dual Pixel RAW shooting- Enable, type of battery, battery level, temperature, use of a battery grip, use of WFT, use of built-in Wi-Fi.
  - Electronic shutter: State of aperture in continuous shooting
* With Certain lenses, zooming during continuous shooting with electronic shutter may cause changes in exposure even at the same f/number.
*1: For shooting RAW images in [High-speed continuous +], 13-bit A/D conversion will apply regardless of the mode (A, B, or C).
*2: With Anti-flicker shooting, max. continuous shooting speed may drop to approx 6.2 fps (with electronic 1st curtain shutter) or approx. 4.9 fps (with mechanical shutter)\.
* For Dual Pixel RAW shooting, Low-speed continuous shooting will apply.

| Still photo file size / Number of possible shots / Maximum burst for continuous shooting | **Still Shooting with Mechanical Shutter or electronic 1st-curtain shutter, shot at approx. 12 fps** | | | | |
|---|---|---|---|---|---|
| | | | **Maxiumum Burst [Approx.]** | | |
| | Image Quality | | SD Card (UHS-I) | SD Card [High-speed] (UHS-II) | CFexpress Card |
| | JPEG*4 | L (fine) | 190 | 350 | 350 |
| | HEIF*3 | L (fine) | 190 | 280 | 280 |
| | RAW*4 | RAW | 66 | 87 | 180 |
| | | C-RAW | 130 | 260 | 260 |
| | RAW+JPEG*4 | RAW + L (fine) | 64 | 79 | 160 |
| | | C-RAW + L (fine) | 100 | 130 | 240 |
| | RAW+HEIF*3 | RAW + L (fine) | 61 | 74 | 90 |
| | | C-RAW + L (fine) | 110 | 140 | 140 |

**With Electronic shutter, shot at approx. 20 fps**

| Image Quality | | Maxiumum Burst |
|---|---|---|
| | | CFexpress Card |
| JPEG*4 | L (fine) | 170 |
| RAW*4 | RAW | 83 |
| | C-RAW | 130 |
| RAW+-JPEG*4 | RAW + L (fine) | 84 |
| | C-RAW + L (fine) | 150 |

*1: The number of possible shots and maximum burst (SD card) apply to a 32 GB SD card based on Canon testing standards.
*2: The number of shots available and maximum burst (CFexpress card) apply to a 325 GB CFexpress card conforming to Canon testing standards.
*3: Available when [HDR PQ] for HDR shooting is set to [Enable].
*4: When [HDR PQ] for HDR shooting is set to [Disable].
*5: With mechanical shutter or electronic 1st-curtain shutter, shot at approx. 12 fps.
* File size, number of possible shots, and maximum burst vary depending on shooting conditions (including 1.6x crop/aspect ratio, subject, memory card brand, ISO speed, Picture Style, and Custom Function).

## HDR Shooting and Movie Recording

| HDR PQ Shooting | Disable / Enable | | | |
|---|---|---|---|---|
| **HDR PQ Shooting - Still** | Recording format | Bit depth | Color sampling method | HDR specification |
| | HEIF | 10 bit | YCbCr 4:2:2 | ITU-R BT.2100 (PQ) |
| **HDR PQ Shooting - Movie** | Recording format | Bit depth | Color sampling method | HDR specification |
| | mp4 | 10 bit | YCbCr 4:2:2 | ITU-R BT.2100 (PQ) |

9

| Video Shooting | | | | |
|---|---|---|---|---|
| **Focusing** | Dual Pixel CMOS AF | | | |
| **Exposure Compensation** | ±3 stops in 1/3- or 1/2-stop increments | | | |
| **Estimated Shooting Times** | **Resolution and Frame Rate** | **Mode** | **Estimated shooting time (23°C / 73°F)*¹** | **Recommended scene** |
| | 8K 30p | Full Sensor Width | 20 min | 8K productions where a full-frame mirrorless can be utilized to get unique angles alongside a main camera or additional cropping for 4K productions |
| | | Full Sensor Width RAW | 20 min | As above but with the additional workflow flexibility of RAW |
| | 4K 120p | Full Sensor Width | 15min*² | Shorter bursts of slow motion |
| | 4K 60p | Full Sensor Width | 35min*³ | High-frame rate high resolution productions and independent films |
| | | APS-C Crop (5.1K Oversampled) | 25 min | When additional reach is required with higher frame rates – e.g. wildlife and sports and news gathering within a 4K production or even for tighter Full HD crops in post. |
| | 4K 30p | Full Sensor Width | Not limited by heat | Interviews, longer duration capture such as weddings. |
| | | Full Sensor Width Hig Quality (8.2K oversampling) | 30 min | When additional resolution is required with a 4K30p production or for a Full HD workflow where cropping can be desirable with high resolution. |
| | | APS-C Crop (5.1K Oversampled) | Not limited by heat | When additional reach is required – e.g. wildlife and sports and news gathering within a 4K production or even for tighter Full HD crops in post. |

*¹ Time available for continuous shooting in 23°C / 73°F environment, from a cold start. If the camera is in LV mode standby before shooting or the ambient temperature is high, the shooting time may be shorter.

*² Recording stops at 7minutes and 30seconds for high frame rate video. Indicates the time when recording can be resumed immediately.

*³ Recording is limited to 29 minutes 59 seconds. Indicates the time when recording can be resumed immediately.

| **Estimated Camera Recovery Time** | Estimated recovery times are indicated below. These are affected by various factors such as ambient temperature, continued camera operation and the selected shooting resolution. The time until full record time is available, will vary with ambient temperature. | | |
|---|---|---|---|
| | **Resolution and Frame Rate** | **Waiting Period (73°F / 23°C)** | **Approximate Maximum Recording Time after Waiting Period (minutes)** |
| | 8K 30p | 10 min | 3 |
| | | 20 min | 8 |
| | 4K 60p | 10 min | 10 |

10

| File Format | **Standard Movie Recording** | | | | |
|---|---|---|---|---|---|
| | | | Canon Log | | |
| | | | OFF | | ON |
| | HDR PQ | | OFF | ON | OFF |
| | Container format | | MP4 | | |
| | Bit depth | | 8 bit | 10 bit | 10 bit |
| | Compres-sion | 8K | H.265/HEVC | H.265 / HEVC | H.265 / HEV |
| | | 4K / Full HD | H.264 / MPEG-4 AVC | | |
| | Video signal recording range | | Full range (0-255) | Full range (0-1023) | Full range (128-1016) |
| | Color sampling method | | YCbCr 4:2:0 | YCbCr 4:2:2 | YCbCr 4:2:2 |
| | Color Matrix | | Rec.ITU-R BT.709 | Rec.ITU-R BT.2020 | Rec.ITU-R BT.709/ BT.2020 |
| | Audio | ALL-I / IPB | AAC / Linear PCM* | | |
| | | IPB (light) | AAC | | |

* Selection of AAC and Linear PCM is supported [C.Fn 4-2: Audio compression]

**RAW Movie Recording**

| | | Canon Log | |
|---|---|---|---|
| | | OFF | ON |
| HDR PQ | OFF | ON | OFF |
| Container format | RAW (CRM) | | |
| Bit depth | 12 bit | | |
| Audio | Linear PCM | | |
| Simultaneous movie recording (4K DCI) | MP4 | | MP4 (10 bit) |

**4K HQ movies (4K Fine)**
High-quality 4K mode movies from 8K readout oversampling.
  * 4K DCI supports 29.97p, 24.00p and 23.98p recording.
    4K UHD supports 29.97p and 23.98p recording.
  * SD card recording supported.
  * EF-S cropping not supported.

| Video Recording Size and Frame Rates | Movie-recording Quality | | |
|---|---|---|---|
| | 8K DCI | 29.97 fps<br>24.00 fps<br>23.98 fps | RAW<br>ALL-I<br>IPB |
| | 8K UHD | 29.97 fps<br>23.98 fps | ALL-I<br>IPB |
| | 4K DCI Fine<br>4K HQ Mode - Enable | 29.97 fps<br>24.00 fps<br>23.98 fps | ALL-I<br>IPB |
| | 4K DCI<br>(Movie cropping [Disable/Enable]) | 59.94 fps<br>29.97 fps<br>24.00 fps<br>23.98 fps | ALL-I<br>IPB |
| | 4K DCI (High Frame Rate) | 119.88 fps | ALL-I |
| | 4K UHD Fine<br>4K HQ Mode - Enable | 29.97 fps<br>23.98 fps | ALL-I<br>IPB |
| | 4K (UHD)<br>(Movie cropping [Disable/Enable]) | 59.94 fps<br>29.97 fps<br>23.98 fps | ALL-I<br>IPB |
| | 4K UHD (High Frame Rate) | 119.88 fps | ALL-I |
| | Full HD<br>(Movie cropping [Disable/Enable]) | 59.94 fps<br>29.97 fps<br>23.98 fps | ALL-I<br>IPB |
| | | 29.97 fps | IPB (Light) |

| | | | | Canon Log: Off, HDR PQ: Off | | | |
|---|---|---|---|---|---|---|---|
| **Estimated Cumulative Data** | \multicolumn{3}{l|}{**Video Recording Size**} | | **Theoretical Time Capacity^** | | | **Bit Rate/File Size (approx.)** |
| | | | | 64 GB | 256 GB | 1 TB | |
| | 8K DCI | 29.97 fps 25.00 fps 24.00 fps 23.98 fps | RAW | 3 min. | 13 min. | 51 min. | 2600 Mbps 18668 MB/min. |
| | | | ALL-I | 6 min. | 26 min. | 1 hr. 42 min. | 1300 Mbps 9309 MB/min. |
| | | | IPB | 18 min. | 1 hr. 12 min. | 4 hr. 42 min. | 470 Mbps 3373 MB/min. |
| | 8K UHD | 29.97 fps 25.00 fps 23.98 fps | ALL-I | 6 min. | 26 min. | 1 hr. 42 min. | 1300 Mbps 9309 MB/min |
| | | | IPB | 18 min. | 1 hr. 12 min. | 4 hr. 42 min. | 470 Mbps 3373 MB/min. |
| | 4K DCI | 59.94 fps 50.00 fps | ALL-I | 9 min. | 36 min. | 2 hr. 21 min. | 940 Mbps 6734 MB/min. |
| | | | IPB | 36 min. | 2 hr. 27 min. | 9 hr. 35 min. | 230 Mbps 1656 MB/min. |
| | 4K DCI 4K HQ - FINE | 29.97 fps 25.00 fps 24.00 fps 23.98 fps | ALL-I | 18 min. | 1 hr. 12 min. | 4 hr. 42 min. | 470 Mbps 3373 MB/min. |
| | | | IPB | 1 hr. 10 min. | 4 hr. 40 min. | 18 hr. 17 min. | 120 Mbps 869 MB/min. |
| | 4K DCI | 119.88 fps 100.00 fps | ALL-I | 4 min. | 18 min. | 1 hr. 10 min. | 1880 Mbps 13447 MB/min. |
| | 4K UHD | 59.94 fps 50.00 fps | ALL-I | 9 min. | 36 min. | 2 hr. 21 min. | 940 Mbps 6734 MB/min. |
| | | | IPB | 36 min. | 2 hr. 27 min. | 9 hr. 35 min. | 230 Mbps 1656 MB/min. |
| | 4K UHD 4K UHD HQ - Fine | 29.97 fps 25.00 fps 23.98 fps | ALL-I | 18 min. | 1 hr. 12 min. | 4 hr. 42 min. | 470 Mbps 3373 MB/min. |
| | | | IPB | 1 hr. 10 min. | 4 hr. 40 min | 18 hr. 17 min. | 120 Mbps 869 MB/min. |
| | 4K UHD | 119.88 fps 100.00 fps | ALL-I | 4 min. | 18 min. | 1 hr. 10 min. | 1880 Mbps 13447 MB/min. |
| | Full HD | 59.94 fps 50.00 fps | ALL-I | 47 min. | 3 hr. 8 min. | 12 hr. 14 min. | 180 Mbps 1298 MB/min |
| | | | IPB | 2 hr. 18 min. | 9 hr. 14 min. | 36 hr. 6 min. | 60 Mbps 440 MB/min. |
| | | 29.97 fps 25.00 fps 23.98 fps | ALL-I | 1 hr. 33 min. | 6 hr. 12 min. | 24 hr. 16 min. | 90 Mbps 655 MB/min. |
| | | | IPB | 4 hr. 30 min. | 18 hr. 2 min. | 70 hr. 27 min. | 30 Mbps 655 MB/min. |
| | | 29.97 fps 25.00 fps | IPB (Light) | 11 hr. 35 min. | 46 hr. 23 min. | 181 hr. 13 min. | 12 Mbps 88 MB/min. |
| | Time-lapse movies | 8K | 29.97 fps 25.00 fps | ALL-I | 6 min. | 26 min | 1 hr. 42 min. | 1300 Mbps 9298 MB/min. |
| | | 4K | | | 18 min. | 1 hr. 12 min. | 4 hr. 43 min. | 470 Mbps 3362 MB/min. |
| | | Full HD | | | 1 hr. 34 min. | 6 hr. 19 min. | 24 hr. 41 min. | 90 Mbps 644 MB/min. |

13

| | | | | | |
|---|---|---|---|---|---|
| **Estimated Cumulative Data, Continued.** | **Canon Log: On or HDR PQ: On** | | | | |

| Video Recording Size | | | Theoretical Time Capacity^ | | | Bit Rate/File Size (approx.) |
|---|---|---|---|---|---|---|
| | | | 64 GB | 256 GB | 1 TB | |
| 8K DCI | 29.97 fps 25.00 fps 24.00 fps 23.98 fps | RAW | 3 min. | 13 min. | 51 min. | 2600 Mbps 18668 MB/min. |
| | | ALL-I | 6 min. | 26 min. | 1 hr. 42 min. | 1300 Mbps 9309 MB/min. |
| | | IPB | 12 min. | 50min. | 3 hr. 15 min. | 680 Mbps 4875 MB/min. |
| 8K UHD | 29.97 fps 25.00 fps 23.98 fps | ALL-I | 6 min. | 26 min. | 1 hr. 42 min. | 1300 Mbps 9309 MB/min |
| | | IPB | 12 min. | 50 min. | 3 hr. 15 min. | 680 Mbps 4875 MB/min. |
| 4K DCI | 59.94 fps 50.00 fps | ALL-I | 8 min. | 34 min. | 2 hr. 13 min. | 1000 Mbps 7164 MB/min. |
| | | IPB | 24 min. | 1 hr. 39 min. | 6 hr. 30 min. | 340 Mbps 2443 MB/min. |
| 4K DCI 4K HQ - FINE | 29.97 fps 25.00 fps 24.00 fps 23.98 fps | ALL-I | 18 min. | 1 hr. 12 min. | 4 hr. 42 min. | 470 Mbps 3373 MB/min. |
| | | IPB | 49 min. | 3 hr. 18 min. | 12 hr. 57 min. | 170 Mbps 1227 MB/min. |
| 4K DCI | 119.88 fps 100.00 fps | ALL-I | 4 min. | 18 min. | 1 hr. 10 min. | 1880 Mbps 13447 MB/min. |
| 4K UHD | 59.94 fps 50.00 fps | ALL-I | 8 min. | 34 min. | 2 hr. 13 min. | 1000 Mbps 7164 MB/min. |
| | | IPB | 24 min. | 1 hr. 39 min. | 6 hr. 30 min. | 340 Mbps 2443 MB/min. |
| 4K UHD 4K UHD HQ - Fine | 29.97 fps 25.00 fps 23.98 fps | ALL-I | 18 min. | 1 hr. 12 min. | 4 hr. 42 min. | 470 Mbps 3373 MB/min. |
| | | IPB | 49 min. | 3 hr. 18 min | 12 hr. 57 min. | 170 Mbps 1227 MB/min. |
| 4K UHD | 119.88 fps 100.00 fps | ALL-I | 4 min. | 18 min. | 1 hr. 10 min. | 1880 Mbps 13447 MB/min. |
| Full HD | 59.94 fps 50.00 fps | ALL-I | 36 min. | 2 hr. 27 min. | 9 hr. 35 min. | 230 Mbps 1656 MB/min |
| | | IPB | 1 hr. 33 min. | 6 hr. 12 min. | 24 hr. 16 min. | 90 Mbps 655 MB/min. |
| | 29.97 fps 25.00 fps 23.98 fps | ALL-I | 1 hr. 2 min. | 4 hr. 9 min. | 16 hr. 16 min. | 135 Mbps 977 MB/min. |
| | | IPB | 3 hr. 3 min. | 12 hr. 13 min. | 47 hr. 45 min. | 45 Mbps 333 MB/min. |
| | 29.97 fps 25.00 fps | IPB (Light) | 5 hr. 1 min. | 20 hr. 7 min. | 78 hr. 37 min. | 28 Mbps 202 MB/min. |
| Time-lapse movies | 8K | 29.97 fps 25.00 fps | ALL-I | 6 min. | 26 min | 1 hr. 42 min. | 1300 Mbps 9298 MB/min. |
| | 4K | | | 18 min. | 1 hr. 12 min. | 4 hr. 43 min. | 470 Mbps 3362 MB/min. |
| | Full HD | | | 1 hr. 3 min. | 4 hr. 12 min. | 16 hr. 27 min. | 135 Mbps 966 MB/min. |

14

| | |
|---|---|
| **Disclaimers for: Estimated Cumulative Data** | ^ 29.59 info / 8K recording.<br>\* Bit rate indicates video output only, audio is not included.<br>\* Movie recording is interrupted if the maximum recording time per movie, 29 min. 59 sec., is exceeded. (Time is different for High Frame Rate movies.)<br>\* 8K movie recording (RAW, DCI, UHD) has restrictions on possible recording time due to the temperature rise. Max possible recording time is approx. 20 min. (at room temperature).<br>\*4K 60p movie copped recording has restrictions on possible recording time due to the temperature rise. Max possible recording time is approx. 25 min. (at room temperature).<br>\* Sound is not recored for approx. the last two frames when the compression method for movie recording quality is IPB or IPB-Light (audio:AAC) or [C.Fn 4-2 Audio compression] is set to [Enable]. Moreover, the video and sound may be slightly out of sync when movies are played back in Windows. |
| **Card Performance Requirements** | (see table below) |

| | Movie Recording Size | | SD Card | |
|---|---|---|---|---|
| | | | 8 bit | 10 bit |
| **8K** | 8K RAW | RAW | - | - |
| | 8K | ALL-I | - | - |
| | | IPB | Video Speed Class 60 or higher | Video Speed Class 90 or higher |
| **4K** | 119.88 fps 100.00 fps | ALL-I | - | - |
| | 59.94 fps 50.00 fps | ALL-I | - | - |
| | | IPB | Video Speed Class 30 or higher | Video Speed Class 60 or higher |
| | Other than above | ALL-I | Video Speed Class 60 or higher | Video Speed Class 60 or higher |
| | | IPB | UHS Speed Class 3 or higher | UHS Speed Class 3 or higher |
| **Full HD** | 59.94 fps 50.00 fps | ALL-I | SD Speed Class 6 or higher | UHS Speed Class 3 or higher |
| | | IPB | SD Speed Class 10 or higher | UHS Speed Class 3 or higher |
| | Other than above | ALL-I | UHS Speed Class 3 or higher | UHS Speed Class 3 or higher |
| | | IPB | SD Speed Class 6 or higher | SD Speed Class 6 or higher |
| | | IPB (Light) | SD Speed Class 4 or higher | SD Speed Class 4 or higher |
| **Time-lapse movies** | 8K | ALL-I | - | - |
| | 4K | | Video Speed Class 60 or higher | Video Speed Class 60 or higher |
| | Full HD | | UHS Speed Class 3 or higher | UHS Speed Class 3 or higher |

\* With Movie cropping set to [Disable], Movie digital IS set to [Off].

| | Card Maker | Card Name | Capacity (GB) | RAW movie 8K 29.97p Recording |
|---|---|---|---|---|
| **CFexpress Cards Performance** | ProGrade Digital | Cobalt | 325 | Supported |
| | | Gold | 256 | Not Supported |
| | | | 120 | Not Supported |
| | SanDisk | Extreme Pro | 512 | Supported |
| | | | 128 | Not Supported |
| | | | 64 | Not Supported |
| | Lexar | - | 256 | Supported |
| | | | 128 | Supported |
| | Sony | Tough | 512 | Supported |
| | | | 256 | Supported |
| | | | 128 | Supported |

## LCD Screen

| | |
|---|---|
| **Type** | TFT color, liquid-crystal monitor |
| **Monitor Size** | 3.2-inch (screen aspect ratio of 3:2)<br>3.15 in./8.01cm diagonal (2.63 in./6.67cm width, 1.75 in./4.44cm height) |
| **Dots** | Approx. 2.1 million dots |
| **Coverage** | Approx. 100% vertically/horizontally |
| **Brightness Control** | Manually adjustable to one of seven brightness levels |
| **Coating** | Clear View LCD II<br>• Anti-smudge coating applied.<br>• Anti-reflection coating not applied. |
| **Interface Languages** | 29 (English, German, French, Dutch, Danish, Portuguese, Finnish, Italian, Ukraine, Norwegian, Swedish, Spanish, Greek, Russian, Polish, Czech, Hungarian, Vietnamese, Hindi, Romanian, Turkish, Arabic, Thai, Simplified/Traditional Chinese, Korean, Malay, Indonesian, Japanese) |

## Playback

| | Item | Still Photo | Movie |
|---|---|---|---|
| **Display Format** | Magnify zoom display | 1.5x–10x (5 levels) | - |
| | AF point display | Yes | - |
| | Grid display | Off / 3×3 / 6×4 / 3×3+diag | - |
| | Rating | OFF / 1 to 5 Stars<br>Select images / Select range / All images in folder / All images on card / All found images | |
| | Image Search | Search conditions<br>Rating / Date / Folder / Protect / Type of file | |
| | Protect | Select images / Select range / All images in folder / Unprotect all images in folder / All images on card / Unprotect all images on card / All found images | |
| | In-camera RAW image processing | Supported | - |
| | Resizing | Supported | - |
| | Cropping | Supported | - |

| | |
|---|---|
| **Highlight Alert** | The white areas with no image data will blink. |
| **Histogram** | Brightness and RGB |

| | |
|---|---|
| **Quick Control Function** | |
| Function | The Quick Control screen is accessed by pressing the Quick Control button during still photo shooting. |
| **Image Protection and Erase** | |
| Protection | (1) Single image (select image)<br>(2) Select range<br>(3) All images in a folder<br>(4) All images on card<br>  • Image browsing and image search can be based on ratings.<br>  • Ratings-based image selections also possible with DPP.<br>(5) All found images (only during image search) |
| Erase | Except protected images<br>(1) Select images to erase<br>(2) Select range<br>(3) All images in folder<br>(4) All images on card<br>(5) All fo)und images (only during image search) |
| **Direct Printing** | |
| Compatible Printers | Not supported |
| **DPOF: Digital Print Order Format** | |
| DPOF | Compliant to DPOF Version 1.1 |
| **Wi-Fi®** | |
| Standards Compliance | IEEE 802.11a/ac/b/g/n |
| Transmission Method | DS-SS modulation (IEEE 802.11b)<br>OFDM modulation (IEEE 802.11g/n/a/ac) |
| Transition Frequency (Central Frequency) | **2.4 GHz band**<br>Frequency: 2412 to 2462 MHz<br>Channels: 1 to 11 channels<br><br>**5 GHz band**<br>Frequency: 5180 to 5825 MHz<br>Channels: 36 to 165 channels |
| Connection Method | (1) Camera access point mode<br>(2) Infrastructure mode |
| Security | (see table below) |

| Connection Method | Authentication | Encryption | |
|---|---|---|---|
| | | Encryption | Key Format and Length |
| Camera Access Point | WPA2-PSK | AES | • ASCII 8 characters |
| | Open | Disable | |
| Infrastructure | Open | WEP | • Hexadecimal 10 digits<br>• Hexadecimal 26 digits<br>• ASCII 5 characters<br>• ASCII 13 characters |
| | | Disable | |
| | Shared key | WEP | Same as WEP above |
| | WPA-PSK | TKIP | • Hexadecimal 64 digits |
| | WPA2-PSK | AES | • ASCII 8–63 characters |

17

| | |
|---|---|
| **Communication with a Smartphone** | Images can be viewed, controlled, and received using a smartphone.<br>Remote control of the camera using a smartphone is possible depending on the Camera Connect specifications.<br>Images can be sent to a smartphone. |
| **Remote Operation Using EOS Utility** | The camera can be controlled via Wi-Fi® using EOS Utility. |
| **Print from Wi-Fi® Printers** | Not supported. |
| **Send Images to a Web Service** | Still photos (RAW, C-RAW, HEIF, and JPEG) and movies (MP4) can be uploaded to image.canon server album.<br>With the image.canon server, images can be sent to social media or a photo album link can be sent (by the image.canon specifications). |
| **Bluetooth®** | |
| **Standards Compliance** | Bluetooth Specification Version 5.0 compliant (Bluetooth low energy technology) |
| **Transmission Method** | GFSK modulation |
| **Customization** | |
| **Custom Functions** | 22 Custom Functions are settable. |
| **Custom Controls** | Customizable Buttons<br><br>\| Shutter button \|<br>\| Movie button \|<br>\| MODE button \|<br>\| AF-ON button \|<br>\| AE lock button \|<br>\| AF point button \|<br>\| Depth of field preview button \|<br>\| Lens AF stop button \|<br>\| Multi-function button \|<br>\| LCD panel illumination button \|<br>\| Set button \|<br>\| Multi-controller \|<br><br>Customizable Dials<br><br>\| Main dial \|<br>\| Quick control dial 1 & 2 \|<br>\| Control ring \| |
| **My Menu Registration** | • Up to six top-tier menu items and Custom Functions can be registered.<br>• Up to five My Menu tabs can be added.<br><br>\| My Menu tab overall operations \| • Adding a tab<br>• Deleting tabs in a batch<br>• Deleting all tab items<br>• Setting the menu display \|<br>\| My Menu tab detailed operations \| • Selecting a registered item<br>• Sorting registered items<br>• Deleting selected registered items<br>• Deleting registered items in a batch<br>• Deleting tabs<br>• Changing a tab name (16 ASCII characters) \| |

| Interface | |
|---|---|
| USB Terminal | Equivalent to Hi-Speed USB (USB 3.1 Gen 2)<br>• For PC communication<br>• Terminal type: USB Type-C<br>• Shared with terminal for in-camera charging with USB Power Adapter PD-E1.<br>•In-camera Charging: Equivalent to USB type-C (5 V/1.5 A), but use should be restricted to USB Power Adapter PD-E1. |
| Video Out Terminal | HDMI micro OUT terminal Type D (Resolution switches automatically) / CEC not compatible<br>• Images can be displayed through the HDMI output and on screen at the same time.<br>• Images will not be displayed unless [NTSC] or [PAL] is properly set according to the video system of the TV set. |
| Microphone input terminal | 3.5mm diameter stereo mini jack |
| Headphone terminal | 3.5mm diameter stereo mini jack |
| **Power Source** | |
| Battery | LP-E6NH/LP-E6N/LP-E6*<br>• With the AC Adapter AC-E6N + DC Coupler DR-E6, AC power is possible.<br>• With the USB Power Adapter PD-E1, in-camera charging of LP-E6NH is possible. The USB Power Adapter PD-E1 is not compatible with powering the camera.<br>* LP-E6 is automatically recognized as Mode C – Blinking White Drive mode regardless of capacity. |
| Battery Check | Automatic battery check when the power switch is turned ON.<br>Displayed in 6 levels on top LCD panel.<br>• Battery level can be checked on the LCD panel and in the viewfinder.<br>Battery Info display in Set-up Menu:<br>•Type of power source used.<br>•Remaining capacity (percentage of battery charge remaining).<br>•Recharge performance: (3-level display of battery's ability to hold a charge) |
| Start-up Time | Approx. 0.4 sec.<br>• Based on CIPA testing standards. |
| **Dimensions and Weight** | |
| Dimensions (W x H x D) | Approx. 5.45 x 3.84 x 3.46 in. / 138 x 97.5 x 88.0mm<br>• Based on CIPA standards. |
| Weight | Approx. 1.63 lbs. / 738g (including battery, CFexpress card; without body cap)<br>Approx. 1.43 lbs. / 650g (body only; without battery, card or body cap) |
| **Operating Environment** | |
| Working Temperature Range | 32–104°F / 0–+40°C |
| Working Humidity Range | 85% or less |

19