## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
#### WACO DIVISION    ▼

WSOU INVESTMENTS, LLC D/B/A
BRAZOS LICENSING AND

vs.                                                    Case No.:  6:20-cv-00980-ADA, 6:20-cv-00981-ADA

CANON, INC.


## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by  Howard L. Bressler _____, counsel for

WSOU Investments, LLC _____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Howard L. Bressler _____ may appear on behalf of WSOU Investments, LLC _____

in the above case.

IT IS FURTHER ORDERED that  Howard L. Bressler _____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of  October _____, 20 21 ____.


_____
UNITED STATES DISTRICT JUDGE