# EXHIBIT 3

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE WESTERN DISTRICT OF TEXAS

3                     WACO DIVISION

4    - - - - - - - - - - - - x

5    WSOU INVESTMENTS, LLC   :

6    D/B/A BRAZOS            :

7    LICENSING AND           :   Case No.

8    DEVELOPMENT,            :   6:20-cv-00980-ADA

9         Plaintiff,         :

10      v.                   :

11   CANON, INC.,            :

12         Defendant.        :

13   - - - - - - - - - - - - x

14

15      REMOTELY CONDUCTED VIDEOTAPED DEPOSITION OF

16                  ZHI DING, PHD

17              Tuesday, October 12, 2021

18                  10:05 A.M. CST

19

20   Job No.: 402078

21   Pages: 1 - 123

22   Reported By: Karisa Ekenseair, CCR RPR

23

24

25

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                                    2

1       Deposition of ZHI DING, PHD, conducted via Zoom

2    videoconference.

3

4

5

6

7

8

9

10          Pursuant to notice, before Karisa J.

11    Ekenseair, Certified Shorthand Reporter in and for

12    the States of Arkansas, Oklahoma, and Illinois;

13    National Registered Professional Reporter, Notary

14    Public in and for the State of Arkansas.

15

16

17

18

19

20

21

22

23

24

25

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                    3

```
 1              A P P E A R A N C E S

 2   ON BEHALF OF THE PLAINTIFF (VIA ZOOM):

 3       HERSHY STERN, ESQUIRE

 4       JAYITA GUHANIYOGI, ESQUIRE

 5       KASOWITZ, BENSON, TORRES LLP

 6       1633 BROADWAY

 7       NEW YORK, NEW YORK  10019

 8       212-506-1917

 9       HSTERN@KASOWITZ.COM

10

11   ON BEHALF OF THE DEFENDANT (VIA ZOOM):

12       RICHARD MARTINELLI, ESQUIRE

13       ORRICK LAW FIRM

14       51 WEST 52ND STREET

15       NEW YORK, NEW YORK 10019

16       212-506-3702

17       RMARTINELLI@ORRICK.COM

18

19

20   ALSO PRESENT:

21        WILL FREBURGER, REMOTE TECHNICIAN

22        JEREMY DINEEN, VIDEOGRAPHER

23

24

25
```

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                    4

```
 1          T A B L E   O F   C O N T E N T S

 2                                      PAGE

 3   STYLE AND NUMBER.....................  1

 4   APPEARANCES..........................  3

 5

 6   WITNESS:   ZHI DING, PHD

 7   EXAMINATION BY MR. STERN.............  6

 8

 9   REPORTER'S CERTIFICATE...............  123

10

11

12                    EXHIBITS

13   NUMBER  DESCRIPTION               PAGE

14   1       CURRICULUM VITAE.................14

15   2       DECLARATION OF DR. ZHI DING IN   21

16           SUPPORT OF CANON'S PROPOSED

17           CLAIM CONSTRUCTIONS.............

18   3       '346 PATENT.....................47

19

20

21

22

23

24

25
```

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                                    5

1              P R O C E E D I N G S

2         THE VIDEOGRAPHER:  Here begins Disc Number

3    1 in the videotaped deposition of Zhi Ding, PhD in        10:05:12

4    the matter of WSOU Investments, LLD DBA Brazos            10:05:16

5    Licensing and Development, v. Canon, Inc., in the        10:05:24

6    U.S. District Court for the Western District of          10:05:27

7    Texas, Waco Division, Case Number                        10:05:31

8    6:20-CV-00980-ADA.                                       10:05:36

9         Today's date is October 12th, 2021.  Time          10:05:37

10   on the video manufacture is 10:05 Central.  The         10:05:42

11   videographer today is Jeremy Dineen representing        10:05:47

12   Planet Depos.  This video deposition is taking          10:05:50

13   place remotely.  Would counsel please voice             10:05:52

14   identify themselves and state whom they represent?      10:05:55

15        MR. STERN:  Sure.  Good morning.  This is

16   Hershy Stern form Kasowitz, Benson, Torres for

17   WSOU Investments, Plaintiffs.  With me is Jayita

18   Guhaniyogi, also from Kasowitz, Benson, Torres and

19   as well for Plaintiff WSOU Investments.

20        MR. MARTINELLI:  And this is Richard

21   Martinelli from Orrick on behalf of Canon, Inc.         10:06:22

22        THE VIDEOGRAPHER:  The court reporter            10:06:22

23   today is Karisa Ekenseair representing Planet           10:06:23

24   Depos.  Would the reporter please swear in the          10:06:26

25   witness?                                                10:06:28

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                    6

| | | |
|---|---|---|
| 1 | THE REPORTER:  I have a short stipulation. | 10:06:29 |
| 2 | Will counsel please stipulate that in lieu | |
| 3 | of formally swearing in the witness, the reporter | |
| 4 | will instead ask the witness to acknowledge that | |
| 5 | their testimony will be true under penalties of | |
| 6 | perjuries, that counsel will not object to the | |
| 7 | admissibility of the transcript based on | |
| 8 | proceeding in this way and that the witness has | |
| 9 | verified that they are, in fact, Zhi Ding, | |
| 10 | beginning with the noticing attorney, please? | |
| 11 | MR. STERN:  Agreed. | 10:06:54 |
| 12 | MR. MARTINELLI:  And also agreed. | 10:06:55 |
| 13 | Zhi Ding, PhD | 10:06:58 |
| 14 | of lawful age, being first duly sworn, deposes and | 10:06:58 |
| 15 | says in reply to the questions propounded as | 10:06:58 |
| 16 | follows: | 10:06:58 |
| 17 | EXAMINATION | 10:07:11 |
| 18 | BY MR. STERN: | 10:07:11 |
| 19 | Q  Good morning, Dr. Ding. | 10:07:16 |
| 20 | A  Good morning. | 10:07:18 |
| 21 | Q  Okay.  So -- thank you.  So we're doing | 10:07:20 |
| 22 | this deposition by remote.  Have you given | 10:07:25 |
| 23 | deposition testimony remote, whatever means that | 10:07:30 |
| 24 | may be, Zoom or otherwise? | 10:07:33 |
| 25 | A  No.  I have not. | 10:07:35 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                              45

| | | |
|---|---|---|
| 1 | we actually think about -- if we can just stay | 11:20:00 |
| 2 | with what was described in the patents. | 11:20:05 |
| 3 | If we go to the -- instead of page 11, if | 11:20:10 |
| 4 | we can move on to page 13, all right.  So on | 11:20:13 |
| 5 | page 13, one can see that there is -- in the | 11:20:18 |
| 6 | bottom are the speech frame.  So that's speech | 11:20:22 |
| 7 | frame has a total of eight hops, eight hops.  Each | 11:20:25 |
| 8 | of the hop is marked by a column. | 11:20:33 |
| 9 | So we can see that during that | 11:20:38 |
| 10 | particular -- during that eight hops, you are | 11:20:41 |
| 11 | hopping from F3 to F1 to F4 and then F0 and F4 and | 11:20:44 |
| 12 | F4 again and so forth. | 11:20:51 |
| 13 | So when you finish this entire speech | 11:20:53 |
| 14 | frame, you have a -- you have eight hops, and that | 11:20:56 |
| 15 | forms one period T.  And the idea of this | 11:21:01 |
| 16 | particular pattern says, if you look at it, there | 11:21:06 |
| 17 | are three yellow dashed arrows pointing to F4. | 11:21:10 |
| 18 | That meant that even though you had eight | 11:21:15 |
| 19 | frequencies to hop to but you didn't use all of | 11:21:18 |
| 20 | them in this particular case because the frequency | 11:21:21 |
| 21 | are select -- frequencies are selected | 11:21:27 |
| 22 | pseudorandomly, so accidentally you end up hitting | 11:21:30 |
| 23 | F4 three times. | 11:21:33 |
| 24 | And it would be -- it would be nicer if we | 11:21:34 |
| 25 | don't do that and the invention attempts to | 11:21:36 |

1    provide an algorithm or provide a method so that          11:21:41

2    you can achieve more diversified frequency hopping        11:21:45

3    without having to repeat certain frequencies in a         11:21:51

4    period of T.                                              11:21:56

5        Q  So in that example on page 13, which is            11:22:01

6    from Figure 1 of the '346 patent; is that correct?        11:22:05

7        A  It is from Figure 1 of the '346 patent            11:22:08

8    marked as a prior art, which --                           11:22:15

9        Q  Okay.                                              11:22:16

10       A  -- which was Figure 4 -- sorry, Figure 1.         11:22:17

11       Q  So in this example, it's your view that           11:22:20

12   time period T is eight hops?                              11:22:29

13       A  Yes.  In this example, the time period T          11:22:31

14   would be eight hops.  That spans the entire speech        11:22:38

15   frame.  That's -- that's where you would like             11:22:44

16   to -- you would like to provide more diversified          11:22:46

17   set of frequency hopping.  And the solution was           11:22:50

18   provided by the '346 patent on the very next page.        11:22:52

19   That's actually Figure 3.                                 11:22:59

20          There, over that -- in same speech frame,          11:23:07

21   you have accomplished the use of all eight                11:23:10

22   differences, no repeat whatsoever.  With these            11:23:14

23   two you -- one of ordinary skill in the art would         11:23:22

24   have understood what the problems were and what           11:23:26

25   the solution is.                                          11:23:33

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                    47

| | | |
|---|---|---|
| 1 | Q  All right.  So Dr. Ding, just to make | 11:23:38 |
| 2 | clear, between Figure 1 and Figure 3, your | 11:23:43 |
| 3 | understanding is that time period T is defined as | 11:23:47 |
| 4 | eight hops; is that correct? | 11:23:49 |
| 5 | A  Yes. | 11:23:51 |
| 6 | Q  And is time period T defined as eight hops | 11:23:53 |
| 7 | within the entirety of all the figures in the | 11:23:58 |
| 8 | patent? | 11:24:01 |
| 9 | A  I'm sorry, not -- not the entirety of the | 11:24:01 |
| 10 | patent, but with specific examples explaining the | 11:24:07 |
| 11 | problem and the solution.  The examples I have | 11:24:15 |
| 12 | cited from the patent indicate that the period is | 11:24:18 |
| 13 | T -- period T is eight.  And in some examples, | 11:24:21 |
| 14 | they talk about the period T is actually four. | 11:24:27 |
| 15 | Q  All right. | 11:24:31 |
| 16 | MR. STERN:  So Will, can we pull up Tab 6 | 11:24:34 |
| 17 | on to the screen and -- and Dr. Ding, Tab Number 6 | 11:24:39 |
| 18 | next to you as well, and that's the '346 patent. | 11:24:46 |
| 19 | For the record, we're going to identify Exhibit | 11:24:51 |
| 20 | Ding 3 as U.S. Patent Number 7054346 and | 11:24:54 |
| 21 | colloquially refer to it as the '346 patent. | 11:25:06 |
| 22 | (Exhibit Number 3 marked for identification.) | 11:25:16 |
| 23 | Q  Dr. Ding, do you have the '346 patent in | 11:25:21 |
| 24 | front of you? | 11:25:23 |
| 25 | A  Yes, I do. | 11:25:24 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                    50

| | | |
|---|---|---|
| 1 | actually have a diversified set, a diversified set | 11:28:39 |
| 2 | of frequencies to hop over.  You would try | 11:28:45 |
| 3 | to -- to avoid repeats within T, okay, to the | 11:28:48 |
| 4 | extent possible. | 11:28:53 |
| 5 |         So in that case, if your T is too -- if | 11:28:54 |
| 6 | your T is too large and it -- you only have N | 11:28:59 |
| 7 | frequencies, but your T is greater than N, then | 11:29:06 |
| 8 | any reasonable person, not even POSITA, but any | 11:29:10 |
| 9 | reasonable person would have understood that you | 11:29:14 |
| 10 | will have repeats because you get to select only | 11:29:17 |
| 11 | from N frequencies and you have more than N places | 11:29:20 |
| 12 | to put them. | 11:29:24 |
| 13 |         So something will be repeated.  And for | 11:29:25 |
| 14 | that reason, it is really a genuine and accurate | 11:29:28 |
| 15 | statement to limit T to an integer, right, that is | 11:29:36 |
| 16 | no greater than N in order to be consistent with | 11:29:41 |
| 17 | the invention that no repeats would take place | 11:29:45 |
| 18 | within a period of time T. | 11:29:49 |
| 19 |     Q  So you're saying T can be -- in your | 11:29:52 |
| 20 | definition, time period T can be equal to -- can | 11:29:59 |
| 21 | only be -- strike that. | 11:30:03 |
| 22 |         It's your understanding as a POSITA that | 11:30:05 |
| 23 | time period -- the term "time period T" as used in | 11:30:10 |
| 24 | the claim can only be construed as equal to or | 11:30:17 |
| 25 | less than the N number of frequencies; is that | 11:30:21 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                    51

| | | |
|---|---|---|
| 1 | correct? | 11:30:26 |
| 2 | A   That's correct in the -- in light of the | 11:30:26 |
| 3 | patent -- the entire patent specification, the | 11:30:31 |
| 4 | examples, okay, and the implementation process I | 11:30:35 |
| 5 | have explained, as well the file history, that is | 11:30:44 |
| 6 | the most reasonable and inclusive claim | 11:30:46 |
| 7 | construction one can give to T. | 11:30:54 |
| 8 | T cannot be anything without considering | 11:30:58 |
| 9 | how many frequencies there are that you can hop | 11:31:01 |
| 10 | over.  In other words, N.  N is a number.  How | 11:31:04 |
| 11 | many frequencies are there to hop over. | 11:31:08 |
| 12 | Q   Dr. Ding, is there anywhere in the patent | 11:31:14 |
| 13 | other than the example, are there words in the | 11:31:23 |
| 14 | patent that define the term "time period T" as | 11:31:25 |
| 15 | being limited to or equal to the -- the N number | 11:31:31 |
| 16 | of frequencies? | 11:31:36 |
| 17 | A   Within -- within -- within the patent | 11:31:37 |
| 18 | itself, it -- the patent does not explicitly say | 11:31:47 |
| 19 | so in the patent specification that T is limited | 11:31:58 |
| 20 | to N or to N or smaller.  What I have stated was | 11:32:00 |
| 21 | that the patentee has presented to the patent | 11:32:05 |
| 22 | examiner that you -- that your entire invention is | 11:32:11 |
| 23 | to prevent repeats within T. | 11:32:20 |
| 24 | For that reason, in -- if -- if for this | 11:32:27 |
| 25 | particular algorithm to be feasible, you cannot | 11:32:30 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                52

1   have T greater than N and still avoid repeats of          11:32:35

2   prior -- prior selected frequencies.                      11:32:42

3       Q   Okay.  So your construction of time period        11:33:00

4   T is based upon what the patentee says to the             11:33:06

5   patent examiner, correct?                                 11:33:13

6       A   It's not just based on what patentee said         11:33:14

7   to patent examiner.  A person of ordinary skill in        11:33:19

8   the art would read a patent, look at the example,         11:33:22

9   the example describes that there's a T in a Figure        11:33:25

10  1.  There's T in Figure 3.  And the patent               11:33:30

11  explains that there are incentives to provide a          11:33:34

12  mechanism that prior-selected frequencies should         11:33:39

13  not be repeated again for the sole purposes of           11:33:47

14  providing enough frequency diversity in the course      11:33:51

15  of an interleading depth of a speech frame.             11:33:54

16          So N -- so that already gave you enough          11:33:59

17  knowledge and understanding about what the patent       11:34:06

18  is about, is to prevent repeats.  And then a            11:34:08

19  well-trained person or a commonsense person would       11:34:13

20  think like the following:  How many frequencies do     11:34:17

21  you have to hop over?  If I only have four             11:34:21

22  frequencies to hop over, then if you make T to be      11:34:24

23  8 or 12, you will have repeats regardless of           11:34:28

24  whether it is stated explicitly in the patent or      11:34:32

25  not.                                                   11:34:36

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                                    54

| | | |
|---|---|---|
| 1 | hopping which is no longer than the amount of time | 11:36:40 |
| 2 | it would take to use each channel available for | 11:36:42 |
| 3 | frequency hopping once'." | 11:36:47 |
| 4 | Do you see that? | 11:36:50 |
| 5 | A  Yes. | 11:36:51 |
| 6 | Q  And that's your opinion of what the time | 11:36:51 |
| 7 | period T term should mean? | 11:36:56 |
| 8 | A  That would be the limit.  That would be | 11:37:01 |
| 9 | the constraint on the time period T.  Yes. | 11:37:04 |
| 10 | Q  Okay.  And your construction is, is it | 11:37:10 |
| 11 | anywhere -- it's not anywhere in the specification | 11:37:17 |
| 12 | that it says that time period T is limited to a | 11:37:19 |
| 13 | preset amount of time for one cycle of frequency | 11:37:22 |
| 14 | hopping, which is no longer than the amount of | 11:37:25 |
| 15 | time it would take to use each channel available | 11:37:28 |
| 16 | for frequency hopping once, correct? | 11:37:31 |
| 17 | A  I'm sorry, Mr. Stern.  I'm a bit confused. | 11:37:34 |
| 18 | What was the question again? | 11:37:40 |
| 19 | Q  Sure.  You included your proposed | 11:37:41 |
| 20 | construction of the term time period T terms in | 11:37:44 |
| 21 | paragraph 56, correct? | 11:37:48 |
| 22 | A  The term of construction is on page 2. | 11:37:50 |
| 23 | Q  I'm looking at paragraph 56. | 11:37:57 |
| 24 | A  Okay. | 11:38:00 |
| 25 | Q  That's on page 21. | 11:38:01 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                                    55

| | | |
|---|---|---|
| 1 | A  Yes. | 11:38:06 |
| 2 | Q  Okay.  So on page 21, paragraph 56, you | 11:38:07 |
| 3 | write, "In summary, it is my opinion that a POSITA | 11:38:10 |
| 4 | would have understood the time period T terms to | 11:38:15 |
| 5 | mean 'a preset amount of time for one cycle of | 11:38:18 |
| 6 | frequency hopping which is no longer than the | 11:38:24 |
| 7 | amount of time it would take to use each channel | 11:38:28 |
| 8 | available for frequency hopping once'." | 11:38:34 |
| 9 | Is that -- that's your construction? | 11:38:37 |
| 10 | A  Yes.  And that's consistent, as I said | 11:38:38 |
| 11 | more formally -- with a more formal presentation | 11:38:41 |
| 12 | on page 2. | 11:38:45 |
| 13 | Q  I understand that.  My question to you is: | 11:38:48 |
| 14 | That construction in those exact words, are there | 11:38:52 |
| 15 | found anywhere within the -- within the patent | 11:38:55 |
| 16 | specification? | 11:38:58 |
| 17 | A  The answer is no.  The claim | 11:39:04 |
| 18 | construction -- in my understanding of what claim | 11:39:10 |
| 19 | construction is, that the process needs a person | 11:39:12 |
| 20 | to read the entirety -- the totality of the | 11:39:17 |
| 21 | information that's available to the person and | 11:39:22 |
| 22 | view that at the -- at the time of the invention. | 11:39:28 |
| 23 | So this is not literally stated in the | 11:39:32 |
| 24 | patent '346 itself.  But it is entirely consistent | 11:39:38 |
| 25 | and it captures what the -- what the '346 patent | 11:39:46 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                                    56

| | | |
|---|---|---|
| 1 | attempt to accomplish. | 11:39:52 |
| 2 | Q  Understood. | 11:39:57 |
| 3 | A  And also, I'm sorry, to -- this is very | 11:40:01 |
| 4 | broad construction already.  We're not | 11:40:06 |
| 5 | limiting -- I mean, I'm not limiting T to be a | 11:40:09 |
| 6 | number, 8 or 16 or so forth.  I think giving this | 11:40:12 |
| 7 | kind of broader construction to avoid repeats of | 11:40:17 |
| 8 | frequency selection, right, is in this -- not just | 11:40:22 |
| 9 | literally, but also in the spirit of '346 | 11:40:28 |
| 10 | invention. | 11:40:32 |
| 11 | Q  Okay.  It's your understanding that while | 11:40:34 |
| 12 | the patentee did not expressly state so, that they | 11:40:42 |
| 13 | intended to limit time period T to be equal to or | 11:40:49 |
| 14 | less than the number of frequencies that could be | 11:40:55 |
| 15 | used for hopping? | 11:40:58 |
| 16 | MR. MARTINELLI:  Objection.  Form. | 11:41:00 |
| 17 | Q  Correct? | 11:41:01 |
| 18 | A  Not quite.  It's the amount of time it | 11:41:02 |
| 19 | would take for you to -- for you -- if you were to | 11:41:05 |
| 20 | hop over the entire selection of available | 11:41:11 |
| 21 | frequencies, the time -- | 11:41:14 |
| 22 | Q  How -- so if there were eight frequencies, | 11:41:17 |
| 23 | how would you determine the time based upon the | 11:41:21 |
| 24 | eight frequencies? | 11:41:24 |
| 25 | A  Well, one would first determine how much | 11:41:26 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                      57

1    time it takes to complete one hop.  And then          11:41:30

2    there -- if there are eight frequency total, it       11:41:36

3    would be eight times the amount of time it takes       11:41:38

4    to complete one hop and then the capital T, the T      11:41:41

5    variable would be limited to the amount of time        11:41:46

6    that is no longer than eight multiplied the            11:41:52

7    hopping -- I'm sorry, eight times the time it          11:42:00

8    takes for one hop to complete.                         11:42:06

9         So if we just say one hop takes TH, then          11:42:08

10   there will be eight -- eight times TH is the           11:42:14

11   amount of time that one would limit the time           11:42:19

12   period T to.                                           11:42:23

13     Q   Does it state anywhere in the patent how         11:42:24

14   long it would take to conduct one hop?                 11:42:32

15     A   No.  I don't believe so.  I don't -- but         11:42:34

16   it is stated -- it is explicitly explained in the      11:42:42

17   patent, if we would like to, you -- one would          11:42:48

18   look -- go back to exhibit -- I think you called       11:42:50

19   Exhibit 1 -- I beg your pardon, the patent '346        11:42:55

20   patent.                                                11:42:59

21        And one would look at Figure 1, Figure 3,         11:42:59

22   and -- to understand that there is a unit of time      11:43:02

23   that would take for one to complete one hop.  If       11:43:09

24   we could go back and look at Figure 1 or Figure 3      11:43:13

25   of the exhibit, you will see that there is a           11:43:20

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                            58

| | | |
|---|---|---|
| 1 | defined frequency hopping time.  So per hop, you | 11:43:26 |
| 2 | take equal amount of time for each hop. | 11:43:32 |
| 3 | So very often as we -- as the cliche says, | 11:43:43 |
| 4 | a picture is worth a thousand words.  So | 11:43:46 |
| 5 | literally, it doesn't say so, but a person of | 11:43:49 |
| 6 | skill in the art looking at the picture would | 11:43:52 |
| 7 | understood -- would have understood that the | 11:43:55 |
| 8 | frequency hopping time per hop is limited to a | 11:43:59 |
| 9 | particular unit and they're all equal. | 11:44:03 |
| 10 | Q  Dr. -- Dr. Ding, could you give us -- is | 11:44:07 |
| 11 | Bluetooth an example that uses a frequency-hopping | 11:44:14 |
| 12 | algorithm? | 11:44:17 |
| 13 | A  I beg your pardon?  Is Bluetooth an | 11:44:18 |
| 14 | example of what?  Sorry. | 11:44:21 |
| 15 | Q  That uses a frequency-hopping protocol? | 11:44:22 |
| 16 | A  Bluetooth does use frequency hopping.  It | 11:44:24 |
| 17 | does.  Yes. | 11:44:28 |
| 18 | Q  And how much spectrum does it use? | 11:44:29 |
| 19 | A  I don't recall. | 11:44:35 |
| 20 | MR. MARTINELLI:  Form. | 11:44:36 |
| 21 | THE WITNESS:  At this moment.  We can -- I | 11:44:37 |
| 22 | can look at the standard and find out, but suffice | 11:44:41 |
| 23 | to say, if I -- if I remember correctly, there are | 11:44:46 |
| 24 | dozens of frequencies you need to hop over.  I | 11:44:49 |
| 25 | think the total number is -- about 72.  That's | 11:44:53 |

| | | |
|---|---|---|
| 1 | from my recollection, but. | 11:44:57 |
| 2 | Q   Does -- | 11:45:00 |
| 3 | A   If you need me to find out, I can find out | 11:45:00 |
| 4 | and tell you that. | 11:45:03 |
| 5 | Q   Well, I'm -- 72 sounds about right to me. | 11:45:04 |
| 6 | We can go with that for these purposes. | 11:45:08 |
| 7 | A   Okay. | 11:45:12 |
| 8 | Q   Does -- does the Bluetooth standard in the | 11:45:12 |
| 9 | code define a time period, as in time period T? | 11:45:15 |
| 10 | MR. MARTINELLI:  Objection.  Form. | 11:45:22 |
| 11 | Outside the scope. | 11:45:23 |
| 12 | THE WITNESS:  Does Bluetooth specify a | 11:45:24 |
| 13 | time period T?  I don't know.  I don't -- I don't | 11:45:32 |
| 14 | know whether Bluetooth try to develop an algorithm | 11:45:37 |
| 15 | for which frequency repeat would not take place or | 11:45:45 |
| 16 | not.  I don't recall that. | 11:45:48 |
| 17 | Q   Does every frequency-hopping algorithm | 11:45:49 |
| 18 | define a time period T? | 11:45:56 |
| 19 | MR. MARTINELLI:  Objection.  Form. | 11:46:01 |
| 20 | THE WITNESS:  Not necessarily.  It -- the | 11:46:02 |
| 21 | time T and N and F and all those variables are | 11:46:08 |
| 22 | specific to the algorithm -- the algorithm or the | 11:46:14 |
| 23 | objective.  So in the context in the framework of | 11:46:20 |
| 24 | '346, these variables are explicitly sped up, even | 11:46:25 |
| 25 | if the claims themselves. | 11:46:32 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                    60

| | | |
|---|---|---|
| 1 | Q   Okay. | 11:46:37 |
| 2 | MR. STERN:  Richard, can we take a short | 11:46:45 |
| 3 | break?  I apologize.  I just have to run out for a | 11:46:48 |
| 4 | second. | 11:46:51 |
| 5 | MR. MARTINELLI:  No problem. | 11:46:51 |
| 6 | THE VIDEOGRAPHER:  We are going off the | 11:46:52 |
| 7 | record at 11:46. | 11:46:56 |
| 8 | (A short break was had.) | 11:47:00 |
| 9 | THE VIDEOGRAPHER:  We are back on the | 11:57:37 |
| 10 | record at 11:57. | 11:57:42 |
| 11 | BY MR. STERN: | 11:57:46 |
| 12 | Q   Okay.  All right.  Dr. Ding, I believe a | 11:57:49 |
| 13 | couple seconds right before we took a break, you | 11:58:04 |
| 14 | stated that you don't believe that there's a time | 11:58:08 |
| 15 | period T that defines inside of the Bluetooth | 11:58:12 |
| 16 | frequency-hopping protocol; is that -- is that | 11:58:19 |
| 17 | fair? | 11:58:26 |
| 18 | A   It's not totally true because one could | 11:58:26 |
| 19 | argue that there's a T based somewhere.  But yeah, | 11:58:31 |
| 20 | within the Bluetooth protocol itself it does | 11:58:37 |
| 21 | have -- the Bluetooth standard itself does not | 11:58:40 |
| 22 | define a T as required in the patent '346. | 11:58:44 |
| 23 | Q   Right.  So I'm not even talking about in | 11:58:54 |
| 24 | reference to the '346 patent.  I'm just asking | 11:58:57 |
| 25 | generally, the Bluetooth protocol for frequency | 11:59:00 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                                    64

| | | |
|---|---|---|
| 1 | So if -- if one looks at the totality of | 12:03:56 |
| 2 | the whole invention and the back and forth in file | 12:04:00 |
| 3 | history, I reach the conclusion that for -- the | 12:04:03 |
| 4 | patent is only meaningful, the algorithm is only | 12:04:07 |
| 5 | meaningful when you are preventing repeats over a | 12:04:12 |
| 6 | time period of T. | 12:04:18 |
| 7 | There are certain disclaimers in there one | 12:04:20 |
| 8 | can take out, but it's never supported -- it's not | 12:04:22 |
| 9 | supported by any evidence that claim '346 allows | 12:04:24 |
| 10 | repeat. | 12:04:29 |
| 11 | Q  You just said there are certain | 12:04:36 |
| 12 | disclaimers to take out.  What did you mean by | 12:04:39 |
| 13 | that? | 12:04:42 |
| 14 | A  I think in Dr. Cooklev's declaration, he | 12:04:42 |
| 15 | opined that the patentee only stated that their | 12:04:49 |
| 16 | goal is to minimize frequency repeats in hopping, | 12:04:56 |
| 17 | and that's -- that's the kind of the equivocation | 12:05:00 |
| 18 | that I can see. | 12:05:05 |
| 19 | However, as I said, the patent | 12:05:07 |
| 20 | specification '346 never provide example other | 12:05:11 |
| 21 | than preventing repeats.  There's no example in | 12:05:17 |
| 22 | '346 that says, oh, there's this other way of | 12:05:20 |
| 23 | allowing repeats. | 12:05:23 |
| 24 | Q  Okay.  So just so I'm clear on your | 12:05:25 |
| 25 | testimony, you agree that the patent -- the '346 | 12:05:30 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                    65

| | | |
|---|---|---|
| 1 | patent specification states that | 12:05:34 |
| 2 | you -- you -- that the invention is intended to | 12:05:41 |
| 3 | minimize repeats, therefore allowing some | 12:05:42 |
| 4 | repeating; however, the examples themselves | 12:05:46 |
| 5 | prevent repeats.  Is that correct? | 12:05:50 |
| 6 |         MR. MARTINELLI:  Objection.  Form. | 12:05:53 |
| 7 |         THE WITNESS:  No.  It's not correct.  The | 12:05:53 |
| 8 | patentee explicitly stated they are trying to | 12:06:00 |
| 9 | avoid repeats.  And it is my opinion that they | 12:06:03 |
| 10 | provided algorithms and embodiment that | 12:06:07 |
| 11 | accomplishes that.  And they also presented to the | 12:06:10 |
| 12 | patent examiner, and that was -- that is the | 12:06:13 |
| 13 | invention of '346.  And it is agreed by the | 12:06:14 |
| 14 | examiner when they -- when the patent was issued. | 12:06:18 |
| 15 | I think they can be sentences here and there that | 12:06:24 |
| 16 | Dr. Cooklev relied on to argue otherwise, but I | 12:06:29 |
| 17 | disagree. | 12:06:34 |
| 18 |     Q  But there are sentences that state that | 12:06:34 |
| 19 | the invention was intended to minimize or reduce | 12:06:39 |
| 20 | repeats; is that correct? | 12:06:42 |
| 21 |     A  There are sentences that -- maybe one or | 12:06:45 |
| 22 | two sentences that says this particular algorithm | 12:06:50 |
| 23 | would minimize and reduce repeats.  Naturally when | 12:06:53 |
| 24 | there's no repeats, you minimize it.  There's no | 12:06:59 |
| 25 | repeats, you reduce it.  So   that -- that kind | 12:07:03 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                              66

| | | |
|---|---|---|
| 1 | of statement does not broaden the invention.  It | 12:07:05 |
| 2 | only says what the invention is able to accomplish | 12:07:09 |
| 3 | by preventing repeats in frequency hopping. | 12:07:14 |
| 4 | Q  Understood.  Your opinion is that the | 12:07:19 |
| 5 | invention requires absolutely no repeats of use of | 12:07:24 |
| 6 | frequencies during the entirety of time period T, | 12:07:31 |
| 7 | correct? | 12:07:39 |
| 8 | A  That's my -- that's my opinion for -- | 12:07:39 |
| 9 | based on the file history.  That's what's | 12:07:43 |
| 10 | presented by the patentee and that's what's | 12:07:46 |
| 11 | explained by the examiner in allowing this patent. | 12:07:50 |
| 12 | Q  Okay.  Now, if time period T is eight | 12:07:56 |
| 13 | hops, the entire time period T is eight hops, | 12:08:05 |
| 14 | right?  I'm sorry, strike that. | 12:08:11 |
| 15 | If -- if there are only eight frequencies | 12:08:13 |
| 16 | that could be used, what is time period T? | 12:08:18 |
| 17 | A  An honest and intellectually accurate | 12:08:21 |
| 18 | construction is that period T needs to be shorter | 12:08:30 |
| 19 | than eight frequencies to prevent repeats.  So | 12:08:33 |
| 20 | we're not saying it must be eight.  It could be | 12:08:40 |
| 21 | four or six. | 12:08:43 |
| 22 | Q  So could be anywhere between zero and | 12:08:46 |
| 23 | eight? | 12:08:50 |
| 24 | A  No.  Zero wouldn't be a hopping period. | 12:08:52 |
| 25 | One wouldn't be frequency hopping because you're | 12:08:57 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                    67

| | | |
|---|---|---|
| 1 | just repeating every time, so it's just one | 12:09:01 |
| 2 | frequency.  I'm not even sure two makes sense in | 12:09:04 |
| 3 | the context of this invention.  But it needs to be | 12:09:09 |
| 4 | something, you know, closer to four or between | 12:09:12 |
| 5 | four and eight would be reasonable in this | 12:09:17 |
| 6 | particular example. | 12:09:20 |
| 7 | Q  Okay.  So -- so time period T can be up to | 12:09:22 |
| 8 | eight? | 12:09:27 |
| 9 | A  Correct.  In -- | 12:09:29 |
| 10 | Q  Eight hops? | 12:09:31 |
| 11 | A  In the example -- in your example where | 12:09:32 |
| 12 | there are only eight frequencies to select from. | 12:09:36 |
| 13 | Q  Okay.  So let's call time period T equals | 12:09:38 |
| 14 | eight hops; is that correct?  Is that a fair | 12:09:44 |
| 15 | example to you? | 12:09:46 |
| 16 | A  Yes.  It is. | 12:09:48 |
| 17 | Q  Okay.  And the entire -- you -- how do you | 12:09:50 |
| 18 | define the entirety of time period T? | 12:09:54 |
| 19 | A  I beg pardon, you -- you appear to say | 12:10:00 |
| 20 | that if we have eight frequencies as available | 12:10:03 |
| 21 | frequency to hop over, then T -- let's take the | 12:10:08 |
| 22 | example of T equal to eight. | 12:10:14 |
| 23 | And I agree that will be an example and | 12:10:16 |
| 24 | that would fit with the spirit and the precise | 12:10:18 |
| 25 | examples in '346.  And it also is consistent with | 12:10:25 |

| | | |
|---|---|---|
| 1 | the -- the proposed claim construction by Canon. | 12:10:30 |
| 2 | I agree with that, and so we can use that example | 12:10:36 |
| 3 | for the purpose of illustration. | 12:10:39 |
| 4 | Q  Okay.  Did you just say that -- is that | 12:10:42 |
| 5 | Canon's claim construction?  Did I understand that | 12:10:45 |
| 6 | correct? | 12:10:48 |
| 7 | A  I'm sorry, it's my -- it's the | 12:10:51 |
| 8 | construction I am providing in my declaration. | 12:10:54 |
| 9 | Q  Did you develop that claim construction? | 12:11:01 |
| 10 | A  Sorry? | 12:11:03 |
| 11 | Q  Did you -- did you develop that claim | 12:11:03 |
| 12 | construction? | 12:11:09 |
| 13 | A  Yes. | 12:11:09 |
| 14 | Q  Okay.  Okay.  So time period T equals | 12:11:11 |
| 15 | eight hops.  In that example, the entirety of time | 12:11:15 |
| 16 | period T is eight hops, correct? | 12:11:24 |
| 17 | A  We're using that as example.  Is that | 12:11:26 |
| 18 | right?  Okay.  I affirm we're using this as | 12:11:29 |
| 19 | example.  I'm waiting for what happens with this | 12:11:34 |
| 20 | example. | 12:11:36 |
| 21 | Q  So with that example, what -- what would | 12:11:37 |
| 22 | you understand to be a portion of time period T? | 12:11:39 |
| 23 | How would you define a -- the word a "portion" of | 12:11:44 |
| 24 | time period T? | 12:11:47 |
| 25 | A  I see.  Okay.  That's a -- this is | 12:11:48 |

1    actually perfect if -- for us to review what '346          12:11:52

2    talked about.                                              12:11:56

3            So in this -- in this particular example,          12:11:57

4    there would be a moment with -- so let's say              12:12:01

5    for -- four hops has taken place.  1, 2, 3, 4, and        12:12:07

6    now for the remainder of T, we need to look at how        12:12:11

7    to restrict the selection of the frequency such           12:12:19

8    that the -- the frequency that -- frequencies that        12:12:22

9    have been selected in the previous four would not         12:12:27

10   be repeated for the remainder of T.  That's eight.        12:12:31

11           So you have four hops.  We possibly have          12:12:35

12   used eight -- four frequencies in those four hops.        12:12:40

13   And we'd like to prevent any one of the four hops         12:12:43

14   from reappearing again from being re-selected             12:12:46

15   again in the remaining four hops.                         12:12:50

16           So at this particular moment in time, I           12:12:54

17   would view a portion of time, okay, a portion of T        12:12:59

18   to be either the entirety of the four period,             12:13:03

19   okay, or just the next one.  So for the next one,         12:13:08

20   I need to limit.  I need to limit my frequency            12:13:12

21   selection to the other four frequencies that have         12:13:17

22   not been selected thus far.                               12:13:21

23           So a portion of time is from the moment           12:13:23

24   that you started to apply constraint on the               12:13:28

25   frequency-hopping set available for your                  12:13:35

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                    83

| | | |
|---|---|---|
| 1 | particular portion of time?  The -- and the answer | 12:33:55 |
| 2 | is you -- you can eliminate frequencies from being | 12:34:00 |
| 3 | used.  You can design such algorithm. | 12:34:08 |
| 4 | For what purpose is the key.  The purpose | 12:34:10 |
| 5 | of minimizing or reducing frequency repeat will be | 12:34:12 |
| 6 | defeated if I were to do that. | 12:34:19 |
| 7 | Q  No.  I think the purpose of minimizing and | 12:34:23 |
| 8 | reducing the frequency being repeated would be | 12:34:26 |
| 9 | met.  Elimination would be -- would not occur, | 12:34:31 |
| 10 | correct? | 12:34:34 |
| 11 | MR. MARTINELLI:  Objection.  Form. | 12:34:34 |
| 12 | THE WITNESS:  No.  Not if you were talking | 12:34:35 |
| 13 | about the entirety of the T.  Right.  If the | 12:34:37 |
| 14 | entirety of the communication period -- because if | 12:34:41 |
| 15 | you're doing the entire communication period, then | 12:34:44 |
| 16 | you would like to have as many frequency as | 12:34:47 |
| 17 | possible to hop in order to prevent the | 12:34:50 |
| 18 | possibility of repeats, or to minimize the number | 12:34:55 |
| 19 | of repeats. | 12:34:58 |
| 20 | But barring some frequencies from being | 12:34:59 |
| 21 | selected, you have -- you have now reduced the | 12:35:03 |
| 22 | number of frequencies you could use.  And the | 12:35:05 |
| 23 | outcome would necessarily be more repeats would | 12:35:09 |
| 24 | have to take place.  So there will be -- there | 12:35:13 |
| 25 | will be fewer frequency -- because there will be | 12:35:17 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                              84

```
1    fewer frequencies to select from, and then the        12:35:22

2    frequency diversity will suffer as a result of         12:35:29

3    that.                                                  12:35:31

4       Q  Understood.  So Dr. Ding, let's -- let's         12:35:31

5    go back to the example where two devices -- you        12:35:33

6    could develop a program where two devices are          12:35:36

7    communicating where the frequency hopping is           12:35:41

8    occurring between those two devices as long as         12:35:43

9    data is being communicated, correct?                   12:35:47

10      A  I can.                                            12:35:49

11      Q  Okay.  Now, let's say there are five              12:35:49

12   frequency -- let's say that data is being              12:35:53

13   communicated over a ten-minute period of time.         12:35:55

14         Do you understand that?                           12:36:03

15      A  Okay.                                             12:36:04

16         MR. MARTINELLI:  I'm sorry, I don't mean          12:36:05

17   to interrupt.  Whatever you said after "ten", I        12:36:07

18   didn't catch that.                                     12:36:12

19         MR. STERN:  Sorry.  Ten-minute period of         12:36:12

20   time.                                                  12:36:14

21         MR. MARTINELLI:  Okay.  Thank you.               12:36:15

22      Q  So two -- strike that.                            12:36:15

23         Dr. Ding, you agree that you could develop        12:36:19

24   a -- a communication protocol where frequency          12:36:23

25   hopping is occurring during the entirety of data       12:36:31
```

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                                    85

| | | |
|---|---|---|
| 1 | communication between two devices, correct? | 12:36:33 |
| 2 | A  Yes. | 12:36:36 |
| 3 | Q  And let's assume that the entirety of that | 12:36:37 |
| 4 | data communication between those two devices is | 12:36:41 |
| 5 | ten minutes. | 12:36:45 |
| 6 | A  Okay. | 12:36:46 |
| 7 | Q  Do you understand that? | 12:36:46 |
| 8 | A  Okay. | 12:36:47 |
| 9 | Q  Now, let's say there are five frequencies | 12:36:48 |
| 10 | that could be used.  Each one -- each hop takes a | 12:36:56 |
| 11 | minute. | 12:36:59 |
| 12 | A  Okay. | 12:36:59 |
| 13 | Q  Okay.  That means could you -- if | 12:36:59 |
| 14 | Frequency Number 1 is being used during Minute | 12:37:07 |
| 15 | Number 1 -- | 12:37:11 |
| 16 | A  Okay. | 12:37:12 |
| 17 | Q  -- could you write code that stops | 12:37:12 |
| 18 | Frequency Number 1 from being used during Minute | 12:37:16 |
| 19 | Number 2; yes or no? | 12:37:20 |
| 20 | A  If I have previously used Number 1, can I | 12:37:25 |
| 21 | write a code to say don't use Frequency Number 1 | 12:37:32 |
| 22 | again/. | 12:37:36 |
| 23 | Q  Not again.  During Minute Number 2? | 12:37:36 |
| 24 | A  Minute Number 2.  Yes.  Here -- you can. | 12:37:39 |
| 25 | You use Number 1 and you're not going to use | 12:37:45 |

| | | |
|---|---|---|
| 1 | Number 1 again, yeah.  Yes. | 12:37:48 |
| 2 | Q  Okay.  Could you develop code where you | 12:37:50 |
| 3 | use Frequency Number 1 during Minute Number 1 -- | 12:37:52 |
| 4 | A  Yes. | 12:37:56 |
| 5 | Q  -- but not -- not during Minute Number 2, | 12:37:56 |
| 6 | but then again at some portion between 3 and 10? | 12:37:59 |
| 7 | A  What exactly -- I'm sorry, the requirement | 12:38:05 |
| 8 | is for me to write a code that says in Slot Number | 12:38:09 |
| 9 | 1, use Frequency 1, but not to use that in Slot | 12:38:14 |
| 10 | Number 2.  And then what happened later? | 12:38:17 |
| 11 | Q  But then make it available in Slots Number | 12:38:20 |
| 12 | 3 through 10. | 12:38:23 |
| 13 | A  Make it available for Slot 3 and 10? | 12:38:24 |
| 14 | Q  3 through 10.  Any slot in 3 through 10, I | 12:38:30 |
| 15 | want to make it available. | 12:38:36 |
| 16 | A  It really depends.  I didn't do -- have | 12:38:37 |
| 17 | not done this analysis.  It really has to do with | 12:38:38 |
| 18 | what exactly the point is.  So if there are only | 12:38:41 |
| 19 | two frequencies you're picking from, F1 and F2, | 12:38:44 |
| 20 | then you have no choice but to pick from one of | 12:38:49 |
| 21 | the two. | 12:38:52 |
| 22 | So you go on and so, eventually, if I say | 12:38:52 |
| 23 | no, after 1 and 2 you -- you get -- you get to go | 12:38:56 |
| 24 | back to F1 again, so yes, you can always do that. | 12:39:01 |
| 25 | So are there just two frequencies then? | 12:39:06 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                           87

| | | |
|---|---|---|
| 1 | Q   No.   There were five frequencies. | 12:39:11 |
| 2 | A   Okay.   They were five frequencies.   Okay. | 12:39:13 |
| 3 | So your question is -- if you repeat -- if you | 12:39:16 |
| 4 | could repeat question -- if I understand your | 12:39:18 |
| 5 | question better, I can answer that.   The question | 12:39:21 |
| 6 | is what?   I'm sorry. | 12:39:23 |
| 7 | Q  Of course.   Sure.   Sure.   So you -- you | 12:39:24 |
| 8 | stated -- I just want to back this up to try to | 12:39:28 |
| 9 | make this a little clear. | 12:39:31 |
| 10 | You stated earlier that you can develop a | 12:39:33 |
| 11 | communication protocol that uses frequency hopping | 12:39:36 |
| 12 | during the entire period of communication, | 12:39:39 |
| 13 | correct? | 12:39:40 |
| 14 | A   Okay.   Yes.   The ten -- the ten minutes | 12:39:40 |
| 15 | you talked about yes.   Ten minutes. | 12:39:43 |
| 16 | Q   Ten minutes.   And each time slot, there -- | 12:39:43 |
| 17 | there are five hopping frequencies -- | 12:39:46 |
| 18 | A   Okay.   Five.   Okay. | 12:39:48 |
| 19 | Q   -- but each -- each -- each slot that | 12:39:49 |
| 20 | could be used, we're going to cut up the ten | 12:39:52 |
| 21 | minutes into ten slots. | 12:39:56 |
| 22 | A   Okay. | 12:39:57 |
| 23 | Q   Okay.   So five frequencies, you use | 12:39:58 |
| 24 | Frequency Number 1 in Slot number 1? | 12:40:01 |
| 25 | A   Yes. | 12:40:05 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                           88

1          Q   Okay.   And you could develop the code        12:40:05

2     where you use Frequency Number 1 in Slot Number 1,     12:40:09

3     prevented Frequency 1 from use -- being used in        12:40:12

4     Slot Number 2, but then again allow Frequency 1 to     12:40:15

5     be used between Slot Number 3 through 10.              12:40:19

6              You can develop that code, correct?           12:40:24

7          A   I can write that code.   For what purpose,    12:40:27

8     I don't know.                                          12:40:31

9          Q   I understand.   Thank you.                    12:40:32

10             MR. STERN:   Jeremy, how much time do we      12:40:38

11     have on the record?                                   12:40:40

12             THE VIDEOGRAPHER:   We currently have         12:40:41

13     2 hours 16 minutes on the record.                     12:40:45

14             MR. STERN:   Rich, can we take another        12:40:52

15     quick break?   I apologize for that.                  12:40:56

16             MR. MARTINELLI:   Yeah.   No worries.         12:41:00

17             THE VIDEOGRAPHER:   We are going off the      12:41:01

18     record at 12:40.                                      12:41:05

19                  (A short break was had.)                 12:41:07

20             THE VIDEOGRAPHER:   We are back on the        12:51:06

21     record at 12:51.                                      12:51:12

22     BY MR. STERN:                                         12:51:18

23         Q   Dr. Ding, I want to move on from what         12:51:19

24     we've been discussing a little bit into some of       12:51:25

25     the other terms that you provided constructions       12:51:28

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                    89

| | | |
|---|---|---|
| 1 | for, if that's okay? | 12:51:33 |
| 2 |     A   Certainly. | 12:51:34 |
| 3 |     Q   Okay.  So I want to look at on page 25 of | 12:51:35 |
| 4 | your declaration, paragraph 69, in particular. | 12:51:40 |
| 5 |         MR. STERN:  And Will, could you pull it up | 12:51:50 |
| 6 | on the screen?  I think it might be easier for | 12:51:54 |
| 7 | everyone to look at.  And that's Exhibit Ding 2, | 12:51:57 |
| 8 | Ding Exhibit 2. | 12:52:03 |
| 9 |         REMOTE TECHNICIAN:  Which section was it | 12:52:12 |
| 10 | that you wanted on the screen? | 12:52:14 |
| 11 |         MR. STERN:  Paragraph 69 on page 25. | 12:52:15 |
| 12 | Okay.  Perfect. | 12:52:23 |
| 13 | BY MR. STERN: | 12:52:23 |
| 14 |     Q   Dr. Ding, are you there on paragraph 69 on | 12:52:24 |
| 15 | page 25 of your declaration? | 12:52:27 |
| 16 |     A   Yes. | 12:52:28 |
| 17 |     Q   Great.  Okay.  So you provided opinions | 12:52:29 |
| 18 | with respect to the constructions for what are | 12:52:36 |
| 19 | colloquially known as the N terms as separately | 12:52:42 |
| 20 | for the F terms; is that correct? | 12:52:44 |
| 21 |     A   I'm sorry, what do you mean by | 12:52:52 |
| 22 | colloquially known as the -- | 12:52:57 |
| 23 |     Q   Sorry.  There -- there are a group of | 12:52:58 |
| 24 | terms that relate to the N frequencies? | 12:53:01 |
| 25 |     A   Right.  Within the patent -- within the | 12:53:09 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                    99

| | | |
|---|---|---|
| 1 | I -- I think it's exaggeration to -- to | 13:08:22 |
| 2 | say that they are ten minutes and you only hop | 13:08:24 |
| 3 | once per minute because that would be extremely | 13:08:29 |
| 4 | bad way of designing a system. | 13:08:32 |
| 5 | But you know, just for the sake of | 13:08:34 |
| 6 | argument, you can have ten minutes to look into -- | 13:08:37 |
| 7 | say, I'm going to look at ten minutes and I'll see | 13:08:41 |
| 8 | what -- what -- what example we can see, how to | 13:08:44 |
| 9 | define frequency selection over this period of ten | 13:08:50 |
| 10 | minutes.  Yes. | 13:08:54 |
| 11 | Q  Right.  So a portion of time T in that | 13:08:55 |
| 12 | example, what would a portion of time T be? | 13:09:03 |
| 13 | MR. MARTINELLI:  Objection.  Form. | 13:09:06 |
| 14 | THE WITNESS:  Hypothetical -- this -- this | 13:09:06 |
| 15 | is a hypothetical, and I don't know what -- | 13:09:11 |
| 16 | whether it has anything to do with the patent. | 13:09:15 |
| 17 | But in this hypothetical situation, if you | 13:09:18 |
| 18 | just come in and say, okay, a portion of time T, | 13:09:20 |
| 19 | tell me what a portion of time T is, it can be | 13:09:24 |
| 20 | anything.  It can be a fraction of the hop too, or | 13:09:27 |
| 21 | it could be, you know, two-thirds of a hop period, | 13:09:32 |
| 22 | or one hop interval plus two-thirds.  It can be a | 13:09:35 |
| 23 | portion. | 13:09:40 |
| 24 | I think -- but it would not have made | 13:09:41 |
| 25 | sense, unless when looking to the -- the entirety | 13:09:42 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                          100

| | | |
|---|---|---|
| 1 | of the claim language and the specification to | 13:09:48 |
| 2 | understand what exactly we are writing this | 13:09:52 |
| 3 | communication algorithm for. | 13:09:57 |
| 4 | Are we trying to accomplish anything or | 13:09:59 |
| 5 | are we just doing it for fun so that we can | 13:10:01 |
| 6 | prevent some frequency from being used again, | 13:10:04 |
| 7 | thereby increasing the chance of repeat. | 13:10:08 |
| 8 | Q  Okay.  So in that example, a portion of | 13:10:11 |
| 9 | time period T would be one minute or the use of | 13:10:18 |
| 10 | one frequency slot? | 13:10:25 |
| 11 | A  Okay. | 13:10:27 |
| 12 | Q  Correct? | 13:10:27 |
| 13 | A  You -- yeah.  You can pick one -- one | 13:10:28 |
| 14 | minute to be a one frequency hopping slot, which | 13:10:33 |
| 15 | is, as I indicated to you, Mr. Stern, is | 13:10:37 |
| 16 | completely -- it's a pathological example.  It | 13:10:40 |
| 17 | doesn't -- you would never do that. | 13:10:47 |
| 18 | But again, for the sake of our example, | 13:10:48 |
| 19 | one can make that example, make it like that.  It | 13:10:50 |
| 20 | would not have anything to do with the claim, nor | 13:10:53 |
| 21 | the patent. | 13:10:56 |
| 22 | Q  Sure.  But -- and that would -- and that | 13:10:58 |
| 23 | one minute or one frequency hopping slot, that | 13:11:00 |
| 24 | would be a portion of time period T, correct? | 13:11:05 |
| 25 | A  To a layman.  Yeah.  It is a portion of | 13:11:07 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                         101

| | | |
|---|---|---|
| 1 | time. | 13:11:11 |
| 2 | Q   Okay.  And in that example, the entirety | 13:11:12 |
| 3 | of time period T would equal ten because you have | 13:11:15 |
| 4 | ten slots, correct? | 13:11:18 |
| 5 | MR. MARTINELLI:  Objection.  Form. | 13:11:19 |
| 6 | THE WITNESS:  I beg pardon.  I don't | 13:11:20 |
| 7 | understand.  Are we saying that the entirety is T, | 13:11:22 |
| 8 | or the entirety is the communication time?  I'm | 13:11:26 |
| 9 | not totally certain. | 13:11:29 |
| 10 | Yeah.  Because we understand that the | 13:11:30 |
| 11 | communication time are never prelimited.  You | 13:11:35 |
| 12 | cannot say, look, I know a Ferrari, you know, the | 13:11:39 |
| 13 | length time is ten minutes.  I don't think -- your | 13:11:44 |
| 14 | earpiece and your phone know how long you're going | 13:11:47 |
| 15 | to be connected to.  It will connect as long as | 13:11:52 |
| 16 | the battery last. | 13:11:56 |
| 17 | Q   So communication times are never | 13:11:57 |
| 18 | prelimited; is that correct? | 13:12:06 |
| 19 | A   I wouldn't say it's never limited.  They | 13:12:08 |
| 20 | are -- they always limit you.  As I said, your -- | 13:12:12 |
| 21 | your battery time is -- I don't know how long your | 13:12:16 |
| 22 | earpiece battery time is.  Mine is about, like, | 13:12:19 |
| 23 | three hours.  And yeah, it's -- it's not going to | 13:12:22 |
| 24 | be more than three hours. | 13:12:25 |
| 25 | But also it depends on whether it's a | 13:12:26 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                         102

1    communication, for example, between a submarine                13:12:29

2    and headquarter.  And you will limit that                      13:12:32

3    communication time to be short enough so that                  13:12:35

4    the -- so as to evade any potential enemy                      13:12:38

5    detection.                                                     13:12:42

6         I would not -- I don't agree with your                    13:12:43

7    statement that it's never limited.  But is it                  13:12:46

8    preset?  Is it known?  Mostly -- most of the time,             13:12:49

9    no.  Sometimes, yes.                                           13:12:53

10       Q  Okay.  Okay.  And then let's talk about                 13:12:59

11   quickly on that same paragraph 69, the second                  13:13:18

12   sentence down.  You write -- you define, I guess,              13:13:33

13   what I would consider or I believe what can we                 13:13:40

14   consider what -- F frequency terms; is that fair?              13:13:45

15       A  Yes.                                                    13:13:49

16       Q  Okay.  And you define the F frequency                   13:13:49

17   terms to mean, for time period T, the number of                13:13:54

18   remaining frequencies available for frequency                  13:13:57

19   hopping that have not been previously second                   13:13:59

20   during that time period; is that correct?                      13:14:03

21       A  Yes.                                                    13:14:05

22       Q  And did the patentee use defined F                      13:14:05

23   frequency terms in the patent in such a way as you             13:14:13

24   write here in your report in paragraph 69?                     13:14:16

25       A  I think -- I believe they did define F to               13:14:21

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                    103

| | | |
|---|---|---|
| 1 | be a frequency, allowable frequency.  I think -- I | 13:14:27 |
| 2 | think that's the term.  But they are -- and they | 13:14:31 |
| 3 | are decremented in size. | 13:14:36 |
| 4 | So one typically would look at Figure 6 to | 13:14:38 |
| 5 | see that the -- and also Figure 5 to see that the | 13:14:42 |
| 6 | F is the number of frequency that you -- that one | 13:14:47 |
| 7 | is allowed to select which has not been previously | 13:14:54 |
| 8 | selected in frequency hopping. | 13:14:58 |
| 9 | Q  Dr. Ding, I understand that you believe | 13:15:02 |
| 10 | that the examples -- you read the examples in that | 13:15:06 |
| 11 | way.  However, the patentee in any words actually | 13:15:14 |
| 12 | define the F frequency terms such that they could | 13:15:21 |
| 13 | not have been previously selected at all during | 13:15:24 |
| 14 | the entire time period T? | 13:15:27 |
| 15 | MR. MARTINELLI:  Objection.  Form. | 13:15:30 |
| 16 | THE WITNESS:  That -- once again, that is | 13:15:31 |
| 17 | my understanding of what F represents, what F | 13:15:39 |
| 18 | stands for.  And that's our claim -- that's what | 13:15:43 |
| 19 | we have submitted as my claim construction. | 13:15:46 |
| 20 | Q  So let me -- let me try this on -- let me | 13:15:51 |
| 21 | try to ask this in another way. | 13:15:55 |
| 22 | Did the patentee define F to be such that | 13:15:57 |
| 23 | the -- that a frequency can only be used once | 13:16:05 |
| 24 | during the entirety of time period T? | 13:16:11 |
| 25 | A  Does the patentee define it though in | 13:16:17 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                    104

| | | |
|---|---|---|
| 1 | plain language?  The answer is no.  Does the | 13:16:22 |
| 2 | patent, together with the -- with the response to | 13:16:25 |
| 3 | notice of rejection explain that?  Yes. | 13:16:31 |
| 4 | The patentee explicitly stated that over | 13:16:34 |
| 5 | the period of T, a previously selected frequency | 13:16:37 |
| 6 | would not be -- will be subsequently prohibited, | 13:16:44 |
| 7 | will be subsequently prohibited from being | 13:16:49 |
| 8 | selected again. | 13:16:53 |
| 9 | So in that context, if you look at the | 13:16:54 |
| 10 | definition of two sets, the bigger set with a set | 13:16:57 |
| 11 | of frequencies and the smaller set which is | 13:17:00 |
| 12 | allowable frequency, one with -- as a person of | 13:17:03 |
| 13 | skill in art would naturally conclude that F is as | 13:17:06 |
| 14 | we construed here in paragraph 69. | 13:17:10 |
| 15 | Q  Okay.  Dr. Ding, what -- what's -- how do | 13:17:15 |
| 16 | you define random or randomly? | 13:17:21 |
| 17 | A  How do we define randomly?  Yes.  That's a | 13:17:25 |
| 18 | very -- it's a -- it's a physical and mathematical | 13:17:30 |
| 19 | question.  So random would mean that you need | 13:17:35 |
| 20 | to -- you need to make certain that the numbers | 13:17:42 |
| 21 | when -- the sequence of numbers, okay, would | 13:17:48 |
| 22 | satisfy certain statistical property. | 13:17:51 |
| 23 | The statistical property, for example, | 13:17:56 |
| 24 | would show very weak correlation or no correlation | 13:17:58 |
| 25 | between successive numbers or -- or even not just | 13:18:02 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                              105

1    one right next to another, adjacent number, but        13:18:07

2    multiple numbers.                                      13:18:10

3         For example, Number 1 and Number 7 and            13:18:12

4    Number 14 and so forth, these numbers should not       13:18:15

5    exhibit certain correlation or strong correlation.     13:18:22

6    So in the sense it needs to be statistically           13:18:24

7    independent.  That's random.  So there are             13:18:28

8    statistical tests that would allow you to              13:18:31

9    determine whether a particular number's sequence       13:18:35

10   is random or not.                                      13:18:40

11      Q  So if you had to construe the term random,       13:18:44

12   how would you propose a construction?                  13:18:49

13      MR. MARTINELLI:  Objection.  Outside the            13:18:51

14   scope.                                                 13:18:53

15      THE WITNESS:  I would not construe random           13:18:54

16   because random is mathematically well-defined.         13:18:57

17      Q  So you would never pose a construction for       13:19:03

18   the word random?                                       13:19:07

19      MR. MARTINELLI:  Objection.                         13:19:08

20      THE WITNESS:  That's not my -- that's not           13:19:09

21   what I'm explaining.  I'm saying that if someone       13:19:10

22   just talk about random, we know exactly what it        13:19:12

23   means statistically and mathematically, right,         13:19:18

24   Mr. Stern.                                             13:19:23

25        But if you are -- if you me put -- if you         13:19:24

1    put me on the spot to explain what is random or          13:19:26

2    perform a claim construction of random, I would          13:19:31

3    have to look at what exactly this patent claims          13:19:34

4    are about and may potentially the patentee we're         13:19:38

5    talking about almost random, or not exactly random       13:19:43

6    or pseudorandom.  So it is not possible for me to        13:19:47

7    know.                                                    13:19:52

8        But if we want to be mathematically and             13:19:53

9    physically rigorous, we go to statistics.  There         13:19:57

10   are many books that would have a much clearer and        13:19:59

11   complete, full definition about what would be a          13:20:02

12   random sequence.  I think we can do a better job         13:20:05

13   than I can.  That's what I'm opining on.  I'm not        13:20:13

14   saying I wouldn't do it.  I can just recite what         13:20:14

15   is mathematically accurate.                              13:20:17

16     Q   Sure.  So what I'm -- correct me if I'm            13:20:18

17   wrong, but I'm just trying to understand what your       13:20:23

18   testimony is.  And you can strike that preamble.         13:20:28

19       It's your opinion that a POSA outside of            13:20:34

20   the -- outside of looking at the '346 patent would       13:20:39

21   not need to construe it in order to understand           13:20:44

22   what -- what that term means?                            13:20:47

23       MR. MARTINELLI:  Objection.  Form.                  13:20:50

24       THE WITNESS:  I'm sorry, construe what?             13:20:51

25   Random?                                                  13:20:54

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                         107

1        Q   Correct.                                     13:20:54

2        A   Hypothetically -- first of all,              13:20:55

3    hypothetically, I -- we're not -- I'm not            13:20:57

4    construing random.  We're -- I'm talking about       13:21:00

5    pseudorandom.  These are completely different        13:21:04

6    terms.                                               13:21:06

7            And what my opinion is that I can            13:21:07

8    construe -- I can help construct -- construct --     13:21:11

9    the construction of random if -- if I'm asked to     13:21:14

10   do that.  I have not done that analysis yet.  But    13:21:20

11   hypothetically, I certainly could.  I can do so in   13:21:23

12   such a way that it is entirely consistent with the   13:21:27

13   mathematical and statistical definition of random   13:21:31

14   numbers.  I can absolutely do that.                  13:21:35

15       Q   But a person -- a person with a bachelor's   13:21:41

16   degree in electrical engineering or computer         13:21:47

17   science and has three to four years of practical     13:21:50

18   work or research experience in the wireless          13:21:53

19   communication field would understand what the term   13:22:00

20   random means without redefining it, correct?         13:22:03

21       A   They -- they will have some idea about       13:22:08

22   what random means.  Exactly how to -- there's a      13:22:11

23   difference again.  I would emphasize, Mr. Stern,     13:22:17

24   we're not talking random.  We're talking about       13:22:21

25   pseudorandom, in my opinion.  And I don't            13:22:24

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                              108

| | | |
|---|---|---|
| 1 | understand why you insist on asking me to construe | 13:22:26 |
| 2 | or not construe random. | 13:22:30 |
| 3 | If you have -- if you would like to focus | 13:22:32 |
| 4 | on my declaration, where we're discussing | 13:22:34 |
| 5 | pseudorandom, I'll be more than happy to.  But I'm | 13:22:38 |
| 6 | just -- I feel uncomfortable when you insist on me | 13:22:42 |
| 7 | playing the role of statistician or think what a | 13:22:45 |
| 8 | POSITA would have -- would have taken the risk of | 13:22:49 |
| 9 | miss -- of just defining or using their only | 13:22:53 |
| 10 | interpretation of what random really means. | 13:22:56 |
| 11 | I mean, random is literally mathematically | 13:22:59 |
| 12 | defined -- defined by mathematicians and | 13:23:03 |
| 13 | statisticians.  I don't understand why are we even | 13:23:08 |
| 14 | discussing that because that's not part of my | 13:23:11 |
| 15 | opinion. | 13:23:13 |
| 16 | Q  Are -- are you a mathematician or a | 13:23:14 |
| 17 | statistician by training? | 13:23:18 |
| 18 | A  I am not.  I use a lot of mathematics, | 13:23:20 |
| 19 | perhaps more so than my friends in the legal | 13:23:27 |
| 20 | field.  I use a lot of statistics, perhaps more so | 13:23:29 |
| 21 | than my legal friend, lawyer friends, and people | 13:23:32 |
| 22 | in other fields of engineering.  So I have a | 13:23:35 |
| 23 | fair -- fairly good understanding of statistics | 13:23:43 |
| 24 | and mathematics. | 13:23:45 |
| 25 | Q  But you don't want to put yourself out as | 13:23:49 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                    109

| | | |
|---|---|---|
| 1 | someone of enough skill to offer a construction of | 13:23:52 |
| 2 | the term random; is that fair? | 13:23:58 |
| 3 |     A   No.   That's not totally what I'm saying. | 13:24:01 |
| 4 | The point is I -- I'm not -- I'm a scholar.   I | 13:24:04 |
| 5 | don't want to offer opinions that are, you know, | 13:24:09 |
| 6 | academically wrong.   So when we are just -- when a | 13:24:14 |
| 7 | person as you have just come and say, tell me what | 13:24:18 |
| 8 | random means, okay, which is entirely out of | 13:24:22 |
| 9 | context of this particular proceeding, I will say, | 13:24:25 |
| 10 | well, look it up.   The mathematicians have done a | 13:24:28 |
| 11 | better job defining it, but it's -- it's got to | 13:24:33 |
| 12 | meet certain statistical properties. | 13:24:35 |
| 13 |         And I'm just not willing to say how -- | 13:24:38 |
| 14 | what those random means in fear of missing one or | 13:24:41 |
| 15 | two properties.   I just don't want to be | 13:24:44 |
| 16 | incomplete.   I'm not trying to resist temptation | 13:24:48 |
| 17 | of defining it.   I have pretty good confidence | 13:24:52 |
| 18 | that I might be able to capture it well. | 13:24:55 |
| 19 |         But sitting here today, right now, you | 13:24:59 |
| 20 | want me to list all the properties.   I'm afraid | 13:25:01 |
| 21 | I'm unable to do that.   I -- like I said to you, I | 13:25:04 |
| 22 | didn't perform this analysis. | 13:25:06 |
| 23 |     Q   Understood.   Thank you, Dr. Ding, for your | 13:25:08 |
| 24 | candor. | 13:25:12 |
| 25 |         Okay.   What's your understanding of the | 13:25:13 |

Transcript of Zhi Ding, PhD
Conducted on October 12, 2021                                    123

1   CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2         I, Karisa Ekenseair, the officer before

3   whom the foregoing deposition was taken, do hereby

4   certify that the foregoing transcript is a true

5   and correct record of the testimony given; that

6   said testimony was taken by me stenographically

7   and thereafter reduced to typewriting under my

8   direction; that reading and signing was not

9   requested; and that I am neither counsel for,

10  related to, nor employed by any of the parties to

11  this case and have no interest, financial or

12  otherwise, in its outcome.

13        IN WITNESS WHEREOF, I have hereunto set my

14  hand and affixed my notarial seal this 12th day of

15  October, 2021.

16  My commission expires: 6-18-2028

17

18

19        Karisa Ekenseair, CCR, RPR  LS #802

20        Notary Public in and for

21        Pulaski County, Arkansas

22        Commission No. 12704567

23

24

25