IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>*Plaintiff,*<br><br>v.<br><br>CANON, INC. and CANON U.S.A., INC.,<br><br>*Defendants.*<br>------------------------------------------------------<br>CANON, INC.,<br><br>*Third-Party Plaintiff,*<br><br>v.<br><br>NXP USA, INC.,<br><br>*Third-Party Defendant.* | Civil Action No.: 6:20-cv-00980-ADA<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE UPON CANON U.S.A., INC.**

Plaintiff WSOU Investments, LLC, through its undersigned counsel, hereby files the Affidavit of Service confirming personal service of the Second Amended Complaint in the above-captioned action upon Defendant Canon U.S.A., Inc., attached hereto as **Exhibit A**.

1

Dated:  October 21, 2021 RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Bradley P. Lerman (NY Bar No. 4906079)
(*Pro hac vice* admission)
blerman@kasowitz.com
Jayita Guhaniyogi (NY Bar No. 5349022)
(*Pro hac vice* admission)
jguhaniyogi@kasowitz.com
Hershy Stern (NY Bar No. 4631024)
(*Pro hac vice* admission)
hstern@kasowitz.com
Howard L. Bressler (NY Bar No. 248379)
hbressler@kasowitz.com
(*Pro hac vice* admission)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY PLLC**
8416 Old McGregor Road
Waco, TX 76712

2

Telephone: (254) 651-3690
Facsimile: (972) 387-4041

**Attorneys for Plaintiff
WSOU INVESTMENTS, LLC d/b/a
BRAZOS LICENSING AND
DEVELOPMENT**

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] — Document Filing System, to all counsel of record, on this 21st day of October, 2021.

                                          */s/ Jonathan K. Waldrop*
                                          **Jonathan K. Waldrop**