# EXHIBIT A

| Attorney or Party without Attorney:<br>Jonathan K. Waldrop, Esq.<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>  Telephone No: 212-506-1700<br>  Attorney For: Plaintiff | | | | Ref. No. or File No.:<br>WSOU v Canon | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>USDC Western District of Texas Waco Division | | | | | |
| Plaintiff: WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT<br>Defendant: CANON, INC. and CANON U.S.A., INC. | | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>6:20-cv-00980-ADA | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT

3. a. Party served:     Canon U.S.A., Inc.
   b. Person served:   Samantha Guerra, Corporation Service Company, Registered Agent, served under F.R.C.P. Rule 4.

4. Address where the party was served:   211 E 7th St Suite 620, Austin, TX 78701

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Oct 14 2021 (2) at: 09:30 AM

6. **Person Who Served Papers:**
   a. Tom Kroll
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

10/20/2021
(Date)

(Signature)

PROOF OF SERVICE

6229400
(346676)