IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>        *Plaintiff*,<br><br>v.<br><br>CANON INC. and CANON U.S.A., INC.,<br>        *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION 6:20-cv-00980-ADA<br>CIVIL ACTION 6:20-cv-00981-ADA |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO RESET MARKMAN HEARING

The Court, having considered the Joint Motion to Reset *Markman* Hearing Date, hereby ORDERS that the motion is GRANTED.

The *Markman* hearing for 6:20-cv-00980 and 6:20-cv-981 is reset to December 16, 2021.

SIGNED this _____ day of _____ 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE