IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § § | CIVIL ACTION 6:20-cv-00980-ADA CIVIL ACTION 6:20-cv-00981-ADA |
|     *Plaintiff*, | § | |
| v. | § § | |
| CANON INC. and CANON U.S.A., INC., | § § § | |
|     *Defendants*. | § | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO RESET MARKMAN HEARING**

The Court, having considered the Joint Motion to Reset *Markman* Hearing Date, hereby ORDERS that the motion is GRANTED.

The *Markman* hearing for 6:20-cv-00980 and 6:20-cv-981 is reset to December 16, 2021.

SIGNED this 25th day of October, 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE