# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § § | |
| vs. | § § | NO: WA:20-CV-00980-ADA |
| CANON, INC., CANON, INC., NXP USA, INC. | § § | |

## ORDER RESETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MARKMAN HEARING by Zoom on December 16, 2021 at 09:00 AM .

IT IS SO ORDERED this 3rd day of November, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE