IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>      Plaintiff,<br><br>  v.<br><br>CANON INC.,<br><br>      Defendant. | CASE NO. 6:20-cv-00980-ADA |
| CANON INC.,<br><br>      Third-Party Plaintiff,<br><br>  v.<br><br>NXP USA, INC.,<br><br>      Third-Party Defendant. | |

## NOTICE OF APPEARANCE NATHAN DAMWEBER

      Nathan Damweber makes his appearance as counsel on behalf of Third-Party Defendant NXP USA, Inc. ("NXP"). He is a member in good standing with the bar of this Court and is registered as a Filing User for its Electronic Filing System. He requests service of pleadings and orders in accord with the Local Rules through the contact information as noted below.

| | |
|---|---|
| November 18, 2021 | Respectfully submitted,<br><br>By:   /s/ *Nathan Damweber*<br><br>Richard S. Zembek (SBN 00797726)<br>richard.zembek@nortonrosefulbright.com<br>**NORTON ROSE FULBRIGHT US LLP**<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Tel:    (713) 651-5151<br>Fax:    (713) 651-5246<br><br>Adam Schramek (SBN 24033045)<br>adam.schramek@nortonrosefulbright.com<br>Eric C. Green (SBN 24069824)<br>eric.green@nortonrosefulbright.com<br>Nathan Damweber (SBN 24087371)<br>nathan.damweber@nortonrosefulbright.com<br>**NORTON ROSE FULBRIGHT US LLP**<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701<br>Tel:    (512) 474-5201<br>Fax:    (512) 536-4598<br><br>**COUNSEL FOR THIRD-PARTY**<br>**DEFENDANT NXP USA, INC.** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 18, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Nathan Damweber*