# EXHIBIT 5

```
                                                                    Page 1

 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TEXAS
 2                       WACO DIVISION

 3

     WSOU INVESTMENTS, LLC,     )
 4   D/B/A BRAZOS LICENSING     )
     AND DEVELOPMENT,           )   CIVIL ACTION
 5       Plaintiff,             )   6:20-cv-00981-ADA
                                )
 6   VS.                        )
                                )
 7   CANON, INC.,               )
         Defendant              )
 8

 9
            ORAL AND VIDEOTAPED DEPOSITION OF JAMES SMITH
10                      NOVEMBER 11, 2021
11       ORAL DEPOSITION OF JAMES SMITH, produced as a
12   witness at the instance of the Plaintiff and duly sworn,
13   was taken in the above-styled and numbered cause on
14   Thursday, November 11, 2021, from 8:04 a.m. to
15   4:27 p.m., before JANALYN ELKINS, CSR, in and for the
16   State of Texas, reported by computerized stenotype
17   machine, in Austin, Texas, pursuant to the Federal Rules
18   of Civil Procedure and the Texas First Emergency Order
19   Regarding the COVID-19 State of Disaster, and any
20   provisions stated on the record herein.
21
22
23
24
25
```

Case 6:20-cv-00980-ADA   Document 89-6   Filed 11/18/21   Page 3 of 9

James Smith                                        November 11, 2021
WSOU Investments, LLC v. Canon Inc.

Page 28

```
 1      Q.  (BY MS. IVAN)  And did you specifically search
 2   for Del Rio?
 3              MR. MARTINELLI:  Objection, form.
 4              THE WITNESS:  No.
 5      Q.  (BY MS. IVAN)  And did you specifically search
 6   for El Paso?
 7              MR. MARTINELLI:  Objection, form.
 8              THE WITNESS:  No.
 9      Q.  (BY MS. IVAN)  And did you specifically search
10   for Midland-Odessa?
11              MR. MARTINELLI:  Objection, form.
12              THE WITNESS:  No.
13      Q.  (BY MS. IVAN)  And did you specifically search
14   for Pecos?
15              MR. MARTINELLI:  Objection, form.
16              THE WITNESS:  No.
17      Q.  (BY MS. IVAN)  And did you specifically search
18   for Waco?
19              MR. MARTINELLI:  Objection, form.
20              THE WITNESS:  No.
21      Q.  (BY MS. IVAN)  You currently work for Canon,
22   U.S.A., correct?
23      A.  Yes.
24      Q.  What is your current title?
25      A.  Senior director, shared service accounting.
```

Case 6:20-cv-00980-ADA   Document 89-6   Filed 11/18/21   Page 4 of 9
James Smith                              November 11, 2021
WSOU Investments, LLC v. Canon Inc.

Page 29

1   Q.  And where is your current office?
2   A.  In Melville, New York.
3   Q.  And where do you reside?
4   A.  I reside in Bethpage, New York.
5   Q.  What are your current responsibilities as a
6   senior director of shared services accounting?
7   A.  My responsibilities include general accounting,
8   accounts payable, and accounts receivable.
9   Q.  Who do you report to?
10  A.  I report to the CFO.
11  Q.  And the CFO is who?
12  A.  Josh Shimono.
13  Q.  Isn't -- isn't Canon, U.S.A. CEO Kazuto Ogawa?
14          MR. MARTINELLI:  Objection, form.
15          THE WITNESS:  Could you repeat that?
16  Q.  (BY MS. IVAN)  Canon, U.S.A. CEO is Kazuto
17  Ogawa to K-A-Z-U-T-O O-G-A-W-A.
18  A.  That is correct.
19  Q.  And who reports to you?
20  A.  I have accounting managers and I have AP
21  managers and directors report to me.
22  Q.  And do any of the people to who you report in
23  turn report to anyone at Canon, Inc.?
24  A.  No.
25  Q.  So let's go back to your -- to your

Page 30

1  communications with Kazuto Ogawa who is the CEO.  You
2  just testified that you report to him.  Do you have
3  direct communications with him?
4          MR. MARTINELLI:  Objection, form.
5  Misstates his testimony.  I think -- I think just to
6  clarify, he said CFO and you switched to CEO.
7          MS. IVAN:  Okay.  I apologize if that's the
8  case.
9      Q.  (BY MS. IVAN)  So just to, you know, clarify
10 this for the record, the CEO of Canon, U.S.A. is Kazuto
11 Ogawa.  And you do not report to Mr. Ogawa.  You report
12 to the CFO?
13     A.  Correct.
14     Q.  Okay.  Thank you.  And who's the CFO?
15     A.  Josh Shimono.
16     Q.  Can you spell the name?
17     A.  S-H-I-M-O-N-O.
18     Q.  First name is Josh, you said -- you say?
19     A.  Well, that's the name he goes by.  The expats
20 in our company typically take on a U.S. name.
21     Q.  And do you know his Japanese name by any
22 chance?
23     A.  It's -- I would have to look it up to get it
24 correct.
25     Q.  Okay.  You don't have to get it now.  You can

Case 6:20-cv-00980-ADA   Document 89-6   Filed 11/18/21   Page 6 of 9
James Smith                                November 11, 2021
WSOU Investments, LLC v. Canon Inc.

Page 31

1  tell me during the break.
2        A.  Okay.
3        Q.  Thank you.
4            Are you in direct communication at anyone
5  with Canon, Inc. in Japan?
6            MR. MARTINELLI:  Objection, form.
7            THE WITNESS:  Could you clarify that
8  question?
9        Q.  (BY MS. IVAN)  Do you communicate with anyone
10 in Canon, Inc. -- at Canon, Inc. in Japan?
11           MR. MARTINELLI:  Objection, form.
12           THE WITNESS:  I do not as a normal course
13 of business.
14       Q.  (BY MS. IVAN)  You do that?  I'm sorry.  I
15 didn't hear.
16       A.  I do not communicate with anyone at Canon, Inc.
17 as a normal course of business.
18       Q.  Aside from the normal course of business, do
19 you communicate with anyone at Canon, Inc. in Japan?
20           MR. MARTINELLI:  Objection, form.
21           THE WITNESS:  It will happen from time to
22 time.  So, yes.
23       Q.  (BY MS. IVAN)  Okay.  So you're here today to
24 testify on behalf of Canon, Inc., but you're not in
25 direct communication with anyone at Canon, Inc. in

Case 6:20-cv-00980-ADA   Document 89-6   Filed 11/18/21   Page 7 of 9
James Smith                                      November 11, 2021
WSOU Investments, LLC v. Canon Inc.

Page 32

1   Japan; is that correct?
2             MR. MARTINELLI:  Objection, form.
3             THE WITNESS:  As a normal course of
4   business, I do not communicate with individuals at
5   Canon, Inc.
6       Q.  So when you were preparing for today's
7   deposition, you did not talk to anyone at Canon, Inc. in
8   Japan regarding today's deposition?
9       A.  So, yes.  One of my meetings was to meet with
10  Seiichi Hamada to go through the deposition topics.
11      Q.  Okay.  Can you spell the name?
12      A.  S-E-I-I-C-H-I, H-A-M-A-D-A.
13      Q.  And what is his position at the company?
14      A.  He is the senior general manager of
15  intellectual property transactions and enforcement
16  center of corporate intellectual property and legal
17  headquarters at Canon, Inc.
18      Q.  How frequently do you talk to Mr. Hamada?
19      A.  Just this one time.
20      Q.  Is it fair to say that you never spoke with him
21  before this deposition?
22            MR. MARTINELLI:  Objection, form.
23            THE WITNESS:  That is correct.
24      Q.  (BY MS. IVAN)  Can you identify the people at
25  Canon, Inc. with whom you are having communications?

Case 6:20-cv-00980-ADA   Document 89-6   Filed 11/18/21   Page 8 of 9

James Smith                                November 11, 2021
WSOU Investments, LLC v. Canon Inc.

Page 65

1      Q.   So if you need to get an answer to this
2   question, who will you ask in your company?
3      A.   Probably would go to our -- either our legal
4   team or I would go to our purchasing groups.
5      Q.   Let's go back to Exhibit 6, which is the Canon,
6   Inc. Form 20-F.  Can you please go to page 28 out of
7   155?  28 out of 155.
8      A.   Yeah.  Table of contents if I'm on the right
9   page is at the upper left.
10     Q.   Yes.  It says, "C Organizational Structure.  Do
11  you see that?
12     A.   I do.
13     Q.   So it says, "Canon, U.S.A. Inc." in the name of
14  company that Canon, Inc. owns 100 percent interest in
15  Canon, U.S.A. Inc., correct?
16     A.   Yes.
17     Q.   Okay.  And is it fair to say that Canon, Inc.
18  is Canon, U.S.A.'s parent company?
19     A.   Yes.
20     Q.   And who's Canon, U.S.A.'s CEO?
21     A.   CEO is Kevin Ogawa.
22     Q.   Do you know the Japanese name?
23     A.   I'd have to look that up.
24     Q.   Do you know if Mr. Ogawa is involved in the
25  management of Canon, Inc.?

Case 6:20-cv-00980-ADA   Document 89-6   Filed 11/18/21   Page 9 of 9
James Smith                                                November 11, 2021
WSOU Investments, LLC v. Canon Inc.

Page 200

```
1    further that I am not financially or otherwise
2    interested in the outcome of the action.
3             Certified to by me this 18th day of November
4     2021.
5
6                    [signature: Janalyn Elkins]
7
                     JANALYN ELKINS
8                    Texas CSR 3631
                     Expiration Date 1/31/2023
9                    Veritext Legal Solutions
                     Firm Registration No. 571
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```