IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT**,<br><br>*Plaintiff*,<br><br>v.<br><br>**CANON, INC.**, and<br>**CANON, U.S.A., INC.**<br><br>*Defendant*. | 6:20-cv-00980-ADA<br>6:20-cv-00981-ADA |
| **CANON, INC.**,<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>**NXP USA, INC.**,<br><br>*Third-Party Defendant*. | 6:20-cv-00980-ADA |

**ORDER GRANTING DEFENDANT CANON U.S.A, INC.'S MOTION FOR LEAVE TO FILE MOTION TO TRANSFER**

This Court, after considering Defendant Canon U.S.A., Inc.'s and Defendant Canon Inc.'s Motion for Leave to File Motion to Transfer. ECF No. 85. The Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Defendant Canon U.S.A., Inc.'s Motion to Transfer is deemed filed**.**

SIGNED this 6th day of December, 2021.

                                                                  ALAN D ALBRIGHT  
                                                                  UNITED STATES DISTRICT JUDGE