# EXHIBIT D

 Craig Etchegoyen 

# Craig Etchegoyen
Chairman at WSOU investments

Kailua-Kona, Hawaii, United States · 11 connections

**Sign in to Connect**

 WSOU investments

## Experience


**Chairman**
WSOU investments
Jan 2017 - Present · 4 years 9 months
Hawaii, United States


**Board Member**
PARTIE
2016 - 2021 · 5 years

## View Craig's full profile

See who you know in common

 Craig Etchegoyen    

Sign in to view full profile

## People also viewed


**Shawn Ambwani**
Chief Patent Troll and Counterfeit Killer - World's most followed patent professional
San Francisco Bay Area


**Kevin Boscamp**
Managing Partner at GRP Energy Capital
Dallas-Fort Worth Metroplex


**Chris Tedford**
President and General Manager at Automatic Products Corp
Dallas-Fort Worth Metroplex


**Heather McClanahan, SHRM-CP**
Senior Human Resources Manager at Fives
Florence, KY


**True Velocity**
The Composite Munitions Company
Dallas-Fort Worth Metroplex


**Bruce Robbins**
Secretary Treasurer at True Velocity LLC
Metro Jacksonville


**Kaleb Cooperman**
I help government affairs teams track legislation, news, and officials' dialogue on issues that matter to them at the federal, state and local level.
Washington, DC


**Josh Hooper**
Sales Engineer at Methods Machine Tools, Inc.
West Fork, AR

**Viren Baraiya**
Engineering Leader @ Google
San Francisco Bay Area



**Craig Etchegoyen**



Berkeley, CA

Show more profiles

## Others named **Craig Etchegoyen**

**Craig Etchegoyen**
sir at uniloc
Newport Beach, CA

1 other named Craig Etchegoyen is on LinkedIn

See others named **Craig Etchegoyen**

## Craig's public profile badge

Include this LinkedIn profile on other websites

**Craig Etchegoyen**
Chairman at WSOU investments

Chairman at WSOU investments

View profile

View profile badges

© 2021  About
Accessibility  User Agreement
Privacy Policy  Cookie Policy
Copyright Policy  Brand Policy
Guest Controls  Community Guidelines
Language