# EXHIBIT E


### The State Bar of California

**Stuart Agull Shanus #188046**
License Status: Active

Address: 3008 Cavendish Dr, Los Angeles, CA 90064-4616
Phone: 310-633-2327  |  Fax: Not Available
Email: Not Available  |  Website: Not Available

**More about This Attorney** ▼

All changes of license status due to nondisciplinary administrative matters and disciplinary actions.

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 6/3/1997 | Admitted to the State Bar of California | | |

**Additional Information:**
- About the disciplinary system

Copyright © 2021 The State Bar of California

