# EXHIBIT F

# Dallas/Fort Worth International Airport to US District Court

Drive 115 miles, 1 hr 46 min



via I-35W S and I-35 S — 1 hr 46 min

Fastest route, the usual traffic  115 miles
⚠ This route has tolls.

via I-35E S and I-35 S    **1 hr 47 min**
114 miles

via I-35 S    **1 hr 53 min**
114 miles

# Explore US District Court

 Restaurants    Hotels    Gas stations    Parking Lots    More