# EXHIBIT G



### Google Maps  JFK Airport (JFK), Queens, NY to U.S. District Court - Eastern District of New York

Drive 18.0 miles, 40 min

🚗 via I-678 N and I-278 W  40 min

Case 6:20-cv-00980-ADA Document 95-8 Filed 12/07/21 Page 3 of 3

Fastest route, despite slowdown on I-278 W causing 14-min delay          18.0 miles

 **via Grand Central Pkwy and I-278 W**          42 min

Slowdown on I-278 W causing 14-min delay          20.3 miles

 **via I-678 N and I-495 W**          45 min

Slowdown on the Brooklyn Bridge causing 10-min delay          21.1 miles

## Explore U.S. District Court - Eastern District of New York


Restaurants


Hotels


Gas stations


Parking Lots


More