# EXHIBIT I

| Welcome | Areas of Practice | Our Founder | Contact |





**G. Peter Albert, Jr.**

Peter.Albert@InnovationLawLLP.com

Tel: (858) 776-1548



Peter has been practicing law for 25 years at large general practice and intellectual property firms in Chicago and San Diego.  Martindale Hubble has given Peter a peer review rating of AV Preeminent 5.0 out of 5.0 (the highest rating possible) indicating that Peter's peers rank him at the highest level of professional excellence in general ethical standards and legal ability.  In 2009, and 2011-2017 The Daily Transcript selected him as a San Diego County Top Attorney.  In 2012-2017, Thomson Reuters voted Peter a San Diego Super Lawyer and, in 2013-2017, he was listed as one of the top lawyers in San Diego Magazine.  Peter's practice encompasses all phases of international patent, trademark, and copyright litigation, prosecution, licensing and intellectual property counseling. He has experience with a variety of technologies, including wireless communications systems, video coding, compression and processing, Communications protocols including GSM, EDGE, UMTS technologies and CDMA2000 technologies, ad-hoc networks, peer-to-peer and adaptive streaming, baseband processing, non-cellular wireless technologies including WiFi, Bluetooth, WiMax, NFC, and GPS, digital rights management and content licensing,  ultra-fast laser applications, digital/analog circuits, broadband and embedded antennas, sensors and sensor networks, computer hardware/software, and biomedical and medical devices and diagnostic systems, bioinformatics, medical imaging, endoscopes, non-invasive fluid flow sensing, liquid metering/compensating drug delivery, external infusion devices, interferometric detection systems, surgical manipulators, instrument systems, and cutting devices.

Peter is an active member of the intellectual property and technology law community.  He is a