# EXHIBIT J



| BOOK | MANAGE | CHECK IN | | FINNAIR SHOP | INTERNATIONAL - EN | | LOGIN |

HOME / DESTINATIONS / UNITED STATES OF AMERICA / FLIGHTS TO NEW YORK / **HELSINKI NEW YORK**

# SEARCH AND BOOK HELSINKI TO NEW YORK FLIGHTS



Return    One way

BOOK NOW

Chat

# POPULAR FLIGHTS AND FLIGHT OFFERS FROM HELSINKI TO NEW YORK

HEL – JFK
**HELSINKI - NEW YORK**
Tue 12 Oct 2021 – Sun 17 Oct 2021

from
**€606**

Book now 

HEL – JFK
**HELSINKI - NEW YORK**
Wed 20 Oct 2021 – Sun 24 Oct 2021

from
**€606**

Book now 

HEL – JFK
**HELSINKI - NEW YORK**
Tue 9 Nov 2021 – Sun 14 Nov 2021

from
**€606**

Book now 


Chat

HEL – JFK
**HELSINKI - NEW YORK**
Mon 1 Nov 2021 – Sun 7 Nov 2021

from
€606

Book now →

HEL – JFK
**HELSINKI - NEW YORK**
Sat 16 Oct 2021 – Tue 19 Oct 2021

from
€606

Book now →

HEL – JFK
**HELSINKI - NEW YORK**
Fri 8 Oct 2021 – Mon 11 Oct 2021

from
€606

Book now →

**LOAD MORE FLIGHTS**

💬 Chat



# OUR CHEAPEST FLIGHTS FROM HELSINKI TO NEW YORK

Price (low to high)

HEL – JFK
**HELSINKI - NEW YORK**
Tue 12 Oct 2021 – Sun 17 Oct 2021

from
**€606**
**Book now**



HEL – JFK
**HELSINKI - NEW YORK**
Wed 20 Oct 2021 – Sun 24 Oct 2021

from
**€606**

**Book now**



from
**€606**

HEL – JFK
**HELSINKI - NEW YORK**


Chat

**HELSINKI - NEW YORK**
Tue 9 Nov 2021 - Sun 14 Nov 2021                                                    

from
**€606**
**Book now**

HEL - JFK
**HELSINKI - NEW YORK**
Mon 1 Nov 2021 - Sun 7 Nov 2021                                                     

**LOAD MORE FLIGHTS**

# POPULAR ROUTES AND FLIGHT DEALS

**From Helsinki**                    

Flights from cities    Flights from countries    City to city flights    Country to country flights



## CUSTOMER CARE

Contact us          Contact forms          Frequently asked questions          Manage booking

💬 Chat

## TRAVEL EXTRAS

Travel extras for your trip

Hotels

Car rentals

Airport transfers

## OTHER SITES

Finnair Shop

Finnair for corporates

Finnair Cargo

Finnair Easy

Finnair Group

Vacant positions

Corporate responsibility

## FOLLOW US

Newsletter

Mobile application

Blue Wings stories

Facebook

Instagram

Twitter

Youtube

© Finnair 2021

Browser compatibility
Accessibility of Finnair digital services
Terms of use
Privacy policy
Cookie policy
Set your cookie preferences
Conditions of carriage and notices

Baggage fees and optional travel fees
Payment methods
Give Feedback



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>**CANON, INC.**, and<br>**CANON, U.S.A., INC.**<br><br>*Defendant*.<br><br>**CANON, INC.**,<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>**NXP USA, INC.**,<br><br>*Third-Party Defendant*. | 6:20-cv-00980-ADA |

**ORDER GRANTING CANON U.S.A., INC.'S MOTION TO TRANSFER FOR IMPROPER VENUE AND CANON U.S.A., INC. AND CANON INC.'S MOTION TO TRANSFER FOR CONVENIENCE TO THE EASTERN DISTRICT OF NEW YORK**

This Court, after considering Defendant Canon U.S.A., Inc.'s Motion to Transfer for Improper Venue and Canon U.S.A., Inc. and Canon Inc.'s Motion to Transfer for Convenience to the Eastern District of New York ("Motion") and any response and reply thereto, is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that this case is hereby ordered transferred to the United States District Court for the Eastern District of New York.

SIGNED this _____ day of _____, 2021.

                                                                        _____
                                                                        ALAN D. ALBRIGHT
                                                                        UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, <br><br> *Plaintiff*, <br><br> v. <br><br> CANON, INC., and CANON, U.S.A., INC. <br><br> *Defendant*. | 6:20-cv-00980-ADA <br> 6:20-cv-00981-ADA |
| CANON, INC., <br><br> *Third-Party Plaintiff*, <br><br> v. <br><br> NXP USA, INC., <br><br> *Third-Party Defendant*. | 6:20-cv-00980-ADA |

**ORDER GRANTING DEFENDANT CANON U.S.A, INC.'S MOTION FOR LEAVE TO FILE MOTION TO TRANSFER**

This Court, after considering Defendant Canon U.S.A., Inc.'s and Defendant Canon Inc.'s Motion for Leave to File Motion to Transfer ("Motion") and any response and reply thereto, is of the opinion that the Motion should be granted.

It is therefore **ORDERED** that Defendant Canon U.S.A., Inc.'s Motion to Transfer is deemed filed.

SIGNED this _____ day of _____, 2021.

                                                                                                        _____

ALAN D. ALBRIGHT  
UNITED STATES DISTRICT JUDGE