IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>  *Plaintiff*,<br><br>v.<br><br>CANON, INC., and<br>CANON, U.S.A., INC.<br><br>  *Defendant*. | 6:20-cv-00980-ADA<br>6:20-cv-00981-ADA |
| CANON, INC.,<br><br>  *Third-Party Plaintiff*,<br><br>v.<br><br>NXP USA, INC.,<br><br>  *Third-Party Defendant*. | 6:20-cv-00980-ADA |

**ORDER GRANTING DEFENDANT CANON U.S.A, INC.'S MOTION FOR LEAVE TO FILE MOTION TO TRANSFER**

  This Court, after considering Defendant Canon U.S.A., Inc.'s and Defendant Canon Inc.'s Motion for Leave to File Motion to Transfer ("Motion") and any response and reply thereto, is of the opinion that the Motion should be granted.

  It is therefore **ORDERED** that Defendant Canon U.S.A., Inc.'s Motion to Transfer is deemed filed**.**

SIGNED this _____ day of _____, 2021.

                                                                                                  _____
                                                                                                  ALAN D. ALBRIGHT
                                                                                                  UNITED STATES DISTRICT JUDGE