IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>   *Plaintiff*,<br><br>v.<br><br>CANON INC. AND CANON U.S.A., INC.<br>   *Defendants.* | CIVIL ACTION 6:20-cv-00980-ADA<br>CIVIL ACTION 6:20-cv-00981-ADA |
| CANON INC.,<br>   *Third-Party Plaintiff*,<br><br>v.<br><br>NXP USA, INC.,<br>   *Third-Party Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA |

**ORDER ON DISCOVERY DISPUTES**

  This Court, after considering the dispute charts submitted by Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendants Canon Inc. and Canon U.S.A., Inc. (collectively, "Canon") (collectively, the "Parties"), on November 22, 2021 and December 8, 2021, and, after hearing argument from the Parties at a hearing before this Court on December 13, 2021, hereby orders as follows:

1

November 22, 2021 Discovery Dispute Chart:

- Issue 1 – Venue Discovery.  **The Court Orders Canon, by no later than December 20, 2021, to provide discovery to WSOU concerning any equipment Canon has provided any of its employees residing within the Western District of Texas.**

- Issue 2 – Canon's Motions for Leave to File Motions to Transfer.  **The Court holds that this issue is moot as the Court had previously granted Canon's Motions for Leave to File Motions to Transfer.**

December 8, 2021 Discovery Dispute Chart:

- Issue 1 (Canon's Identification of its Core Technical Document Production Produced In Japanese) and Issue 2 (Location of Canon Inc.'s 30(b)(6) Deposition(s)).  **The Court understands Canon's representation that these documents do not exist in English. The Court orders that Canon produce a witness outside of Japan, at a location where remote depositions are allowed, to testify to WSOU's October 22, 2021 30(b)(6) Notice(s) to Canon Inc. and meet and confer with WSOU to schedule that deposition for January 2022 or as soon as practically possible thereafter.**

- Issue 3 – Canon's Core Technical Document Production on Products Employing Reasonably Similar Technology to the Accused Products.  **The Court Orders Canon to produce documents on products that it can reasonably understand as alleged to employ technology that WSOU alleges infringes its patents at issue in these cases.**

SIGNED this 21st day of December 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE