# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU Investments, LLC d/b/a Brazos Licensing and Development,<br><br>    Plaintiff,<br><br>  v.<br><br>Canon Inc. and Canon U.S.A., Inc.,<br><br>    Defendants. | Case No. 6:20-cv-00980-ADA<br><br>**JURY TRIAL DEMANDED** |
| Canon Inc.,<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>NXP USA, Inc.<br><br>    Third-Party Defendant. | |
| WSOU Investments, LLC d/b/a Brazos Licensing and Development,<br><br>    Plaintiff,<br><br>  v.<br><br>Canon Inc. and Canon U.S.A., Inc.<br><br>    Defendants. | Case No. 6:20-cv-00981-ADA<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF RICHARD F. MARTINELLI IN SUPPORT OF DEFENDANTS CANON INC. AND CANON U.S.A., INC.'S REPLY IN SUPPORT OF CANON U.S.A., INC.'S MOTIONS TO TRANSFER FOR IMPROPER VENUE AND DEFENDANTS CANON U.S.A., INC.'S AND CANON INC.'S MOTIONS TO TRANSFER FOR CONVENIENCE TO THE EASTERN DISTRICT OF NEW YORK**

PUBLIC VERSION

I, Richard F. Martinelli, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys for Defendants Canon Inc. ("CINC") and Canon U.S.A, Inc. ("CUSA"). I make this declaration based on personal knowledge and, if called upon, could testify competently thereto. I submit this declaration in support of Defendants CINC and CUSA's Reply in Support of CUSA's Motions to Transfer for Improper Venue and Defendants CUSA and CINC's Motions to Transfer for Convenience to the Eastern District of New York in the above-captioned actions.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of James L. Smith, dated November 11, 2021.

3. Attached hereto as Exhibit 2 is a true and correct copy of a Canon Organizational Chart, produced as CANON_981_00015426.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of the deposition of Matthew Hogan in *WSOU Investments, LLC v. Arista Networks, Inc.*, No. 6:20-cv-1083, dated September 9, 2021 (WSOU-CANON-0005267-91).

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the deposition of Sheyanna Pietras, dated November 18, 2021.

6. Attached hereto as Exhibit 5 is a true and correct copy of CINC's Initial Disclosures in Case No. 6:20-cv-00981-ADA

I declare under penalty of perjury that the foregoing is true and correct.

PUBLIC VERSION

Executed on January 18, 2022        */s/ Richard F. Martinelli*
                                    Richard F. Martinelli

3