IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br>    *Plaintiff,*<br><br>v.<br><br>**CANON INC. AND CANON U.S.A., INC.**<br>    *Defendants.* | CIVIL ACTION 6:20-cv-00980-ADA<br>CIVIL ACTION 6:20-cv-00981-ADA |
| **CANON INC.,**<br>    *Third-Party Plaintiff,*<br>v.<br><br>**NXP USA, INC.,**<br>    *Third-Party Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA |

## ORDER REGARDING DISCOVERY DISPUTE

This Court, having considered Plaintiff WSOU Investments, LLC's dispute raised during the January 24, 2022 Discovery Hearing, hereby orders the following:

WSOU's request to compel Canon Inc. ("Canon") to respond to WSOU's discovery requests with a corrected definition of "Patented Technology" is GRANTED. Canon is directed to respond to WSOU's discovery requests within seven days of the Court's January 24, 2021 order.

SIGNED this 26th day of January, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE