**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br>            *Plaintiff*, | **CIVIL ACTION 6:20-cv-00980-ADA**<br>**CIVIL ACTION 6:20-cv-00981-ADA** |
| **v.** | |
| **CANON INC. AND CANON U.S.A., INC.**<br>            *Defendants.* | |
| **CANON INC.,**<br>            *Third-Party Plaintiff*, | **CIVIL ACTION 6:20-cv-00980-ADA** |
| **v.** | |
| **NXP USA, INC.,**<br>            *Third-Party Defendant.* | |

**JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINE**

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendants Canon Inc. and Canon U.S.A., Inc. (collectively, "Canon") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend case deadlines. Specifically, the Parties have agreed to alter the date to serve final infringement

contentions and final invalidity contentions.  The Parties have jointly agreed to the following

date:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline to serve final infringement contentions and final invalidity contentions | February 1, 2022 | February 18, 2022 |

The above case extensions do not change the date for any hearing, any final submission

to the Court related to a hearing, or the trial.

Dated: January 31, 2022

Respectfully Submitted

*/s/ Mark D. Siegmund*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District )
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Mark D. Siegmund
State Bar No. 24117055
**STECKLER WAYNE COCHRAN
CHERRY, PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone:  (254) 651-3690
Facsimile:  (254) 651-3689
mark@swclaw.com

**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND
DEVELOPMENT**

*/s/ Richard F. Martinelli*
Richard F. Martinelli (*pro hac vice*)
rmartinelli@orrick.com
Joseph A. Calvaruso (*pro hac vice*)
jcalvaruso@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000
Fax: (212) 506-5151

John M. Jackson (Texas Bar No. 24002340)
jjackson@jw.com
**JACKSON WALKER, LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-6000
Fax: (214) 953-5822

**ATTORNEYS FOR DEFENDANTS
CANON INC. and CANON U.S.A., INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served or delivered electronically to all counsel of record on the 31st day of January, 2022.

*/s/ Mark D. Siegmund* _____