**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,** <br> *Plaintiff,* <br><br> **v.** <br><br> **CANON INC. AND CANON U.S.A., INC.** <br> *Defendants.* | **CIVIL ACTION 6:20-cv-00980-ADA** <br> **CIVIL ACTION 6:20-cv-00981-ADA** |
| **CANON INC.,** <br> *Third-Party Plaintiff,* <br> **v.** <br><br> **NXP USA, INC.,** <br> *Third-Party Defendant.* | **CIVIL ACTION 6:20-cv-00980-ADA** |

### NOTICE OF ENTRY OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Craig D. Cherry of the law firm of Steckler Wayne Cochran Cherry, PLLC hereby enters an appearance as additional counsel for the Plaintiff in the above captioned case.

All counsel are requested to send copies of future pleadings, orders, notices, and correspondence to Craig Cherry at the law firm of Steckler Wayne Cochran Cherry, PLLC. Mr. Cherry's contact information is provided below:

Steckler Wayne Cochran Cherry, PLLC
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689
Email: craig@swclaw.com


Respectfully submitted,

**STECKLER WAYNE COCHRAN CHERRY, PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

BY:   /s/ *Craig D. Cherry*
      **CRAIG D. CHERRY**
      Bar No. 24012419
      Email: craig@swclaw.com


**COUNSEL FOR PLAINTIFF WSOU
INVESTMENTS, LLC**


## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 14th day of February 2022.


\s\ *Craig D. Cherry*
CRAIG D. CHERRY