IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>　　　*Plaintiff*,<br><br>v.<br><br>CANON, INC.,<br>　　　*Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA<br>CIVIL ACTION 6:20-cv-00981-ADA |
| CANON INC.,<br>　　　*Third-Party Plaintiff*,<br><br>v.<br><br>NXP USA, INC.,<br>　　　*Third-Party Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA |

**UNOPPOSED MOTION FOR**
**WITHDRAWAL OF COUNSEL FROM CASE**

**TO THE HONORABLE COURT:**

　　Plaintiff WSOU Investments, LLC ("WSOU") hereby moves to withdraw attorney Bradley P. Lerman as counsel of record for Plaintiff.

　　Lawyers with Kasowitz Benson Torres LLP and Steckler Wayne Cochran Cherry PLLC will remain as counsel for Plaintiff.

　　This withdrawal will not cause a continuance or delay and will not prejudice WSOU or any other party to this action.

　　Defendants and Third-Party Defendant are not opposed to this motion.

Dated: February 16, 2022             RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5096

    Hershy Stern (NY Bar No. 4631024)
    (Admitted *pro hac vice*)
    hstern@kasowitz.com
    Charles A. Naggar (NY Bar No. 5356449)
    (Admitted *pro hac vice*)
    cnaggar@kasowitz.com
    Bradely P. Lerman (NY Bar No. 4906079)
    (Admitted *pro hac vice*)
    blerman@kasowitz.com
    Howard L. Bressler (NY Bar No. 248379)
    (Admitted *pro hac vice*)
    hbressler@kasowitz.com
    Jayita Guhaniyogi (NY Bar No. 5349022)
    (Admitted *pro hac vice*)
    jguhaniyogi@kasowitz.com
    Noah Dorman (NY Bar No. 1779821)
    (Admitted *pro hac vice*)
    ndorman@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    1633 Broadway
    New York, NY 10019

    Mark D. Siegmund (TX Bar No. 24117055)
    mark@swclaw.com
    Craig D. Cherry (TX Bar No. 24012419)
    craig@swclaw.com

**STECKLER WAYNE COCHRAN CHERRY PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

**Attorneys for Plaintiff
WSOU INVESTMENTS, LLC d/b/a
BRAZOS LICENSING AND
DEVELOPMENT**

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on February 16, 2022 pursuant to Local Rule CV-5, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties who have appeared in this case.

*/s/ Jonathan K. Waldrop*
**Jonathan K. Waldrop**