IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC,<br>*Plaintiff* | § § § § | |
| -v- | § § | W-20-CV-00980-ADA<br>W-20-CV-00981-ADA |
| CANON, INC., CANON U.S.A., INC.,<br>*Defendants* | § § § § | |

## CLAIM CONSTRUCTION ORDER

The Court held a *Markman* hearing on February 14, 2022. During that hearing, the Court provided its final constructions. The Court now enters those claim constructions.

**SIGNED** this 14th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|
| #1: "a time period T" / "[at least] a portion of the time period T"<br><br>U.S. Patent No. 7,054,346, Cls. 1-4, 7, 9, 11-16, and 19<br><br>Proposed by Defendant | Plain and ordinary meaning; or, if the Court deems a construction is necessary: "a period of time T"/"[at least] a portion of the period of time T" | "T is a pre-set amount of time for one cycle of frequency hopping, which is no greater than the amount of time it would take to use each channel available for frequency hopping once," otherwise indefinite. | Plain-and-ordinary meaning |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|
| #2: "a set of N frequencies"/ "a size of N/F frequencies" / "a set of F frequencies" / "a set of hopping frequencies" /"a hopping set" / "a hopping set to a size of N/F frequencies" / "a hopping set comprising N/F frequencies" / "where N is the total number of frequencies available for frequency hopping"<br><br>U.S. Patent No. 7,054,346, Cls. 1-4, 7, 9, 11-16, and 19<br><br>Proposed by Defendant | Plain and ordinary meaning | N frequencies" / "a set of hopping frequencies" / "a hopping set" are "a preconfigured number of distinct hopping frequencies to which the hopping constraining algorithm is applied and which must not be selected more than once over the time period T," otherwise indefinite. "a size of F frequencies" / "a set of F frequencies" / "a hopping set to a size of F frequencies" / "a hopping set comprising F frequencies" are "for a time period T, the number of remaining frequencies available for frequency hopping that have not been previously selected during that time period", otherwise indefinite | Plain-and-ordinary meaning |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|
| #3: "at least one of the selected frequencies is prohibited from subsequent selection"<br><br>U.S. Patent No. 7,054,346, Cls. 1-4, 7, 9, 11-16, and 19<br><br>Proposed by Defendant | Plain and ordinary meaning; or, if the Court deems a construction is necessary: "at least one of the selected frequencies is not allowed to be subsequently selected" | "a frequency that has already been used during the time period T is prohibited from being re-used during the remainder of the time period T solely because it has been previously used" | Plain-and-ordinary meaning |
| #4: "Pseudorandom[ly]"<br><br>U.S. Patent No. 7,054,346, Cls. 1-4, 7, 9, 11-16, and 19<br>Proposed by Defendant | Plain and ordinary meaning; or, if the Court deems a construction is necessary: "appears to be patternless" | "a selection generated by an algorithm that approximates a random selection by avoiding a regular pattern of selections when the algorithm is used repeatedly" | Plain-and-ordinary meaning |
| #5: "Corresponding Temporally Predicted Second Encoded Representation"<br><br>U.S. Patent No. 7,116,714, Cls. 1, 6–9, 12, 13<br><br>Proposed by Defendant | Plain and ordinary meaning; or, if the Court deems a construction necessary: "a corresponding second encoded representation produced using another picture as a reference" | "a temporally predicted second encoded representation of the first picture that is associated with the first encoded representation of the first picture by including both encoded representations in a single encoded video" | Plain-and-ordinary meaning |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|
| #6A: "A video codec"<br><br>U.S. Patent No. 7,116,714, Cls. 7, 13<br><br>Proposed by Defendant | Plain and ordinary meaning; or, if the Court deems a construction necessary: "software or hardware component / module that encodes and/or decodes video data" | Preamble is not limiting | Claims 7, 8, and 12: Preamble is not limiting except for "video encoder."<br><br>Claim 13: Preamble is not limiting except for "video codec." |
| #6B: "A multimedia system"<br><br>U.S. Patent No. 7,116,714, Cls. 8, 13<br><br>Proposed by Defendant | Plain and ordinary meaning; or, if the Court deems a construction necessary: "A system that is capable of processing data such as text, audio, images, videos, etc." | Preamble is not limiting | |
| #6C: "A portable electronic device"<br><br>U.S. Patent No. 7,116,714, Cls. 12<br><br>Proposed by Defendant | Plain and ordinary meaning; or, if the Court deems a construction necessary: "A device that can be easily moved" | Preamble is not limiting | |
| #7: "The Encoder Is Arranged To Transmit"<br><br>U.S. Patent No. 7,116,714, Cls. 31<br><br>Proposed by Defendant | Plain and ordinary meaning; or, if the Court deems a construction necessary: "the encoder is configured to transmit" | Indefinite OR "circuitry of the encoder causes transmission to a decoder both locally and over a network" | Not indefinite. Plain-and-ordinary meaning |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Preliminary Construction |
|---|---|---|---|
| #8: "Temporally Prior"<br><br>U.S. Patent No. 7,116,714, Cls. 3<br><br>Proposed by Defendant | Plain and ordinary meaning; or, if the Court deems a construction necessary: "preceding in time" | Indefinite. | Not indefinite. Plain-and-ordinary meaning |
| #9: "Said Other Picture"<br><br>U.S. Patent No. 7,116,714, Cls. 29, 32<br><br>Proposed by Defendant | Plain and ordinary meaning; or, if the Court deems a construction necessary: "the other picture" | Indefinite OR "said another picture" | Not indefinite. Plain-and-ordinary meaning wherein the plain-and-ordinary meaning is "said another picture" |