IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC,<br>*Plaintiff* | § § § § § § § § § § | W-20-CV-00980-ADA<br>W-20-CV-00981-ADA |
| -v- | | |
| CANON, INC., CANON U.S.A., INC.,<br>*Defendants* | | |

### ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

    Plaintiff:        $10,012.74
    Defendants:    $10,012.74

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 14th day of February, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE