IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>    *Plaintiff*,<br><br>v.<br><br>CANON INC. AND CANON U.S.A., INC.<br>    *Defendants.* | CIVIL ACTION 6:20-cv-00980-ADA<br>CIVIL ACTION 6:20-cv-00981-ADA |
| CANON INC.,<br>    *Third-Party Plaintiff*,<br><br>v.<br><br>NXP USA, INC.,<br>    *Third-Party Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA |

**JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINE**

TO THE HONORABLE COURT:

    Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendants Canon Inc. and Canon U.S.A., Inc. (collectively, "Canon") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend a case deadline. Specifically, the Parties have agreed to alter the date to serve final infringement

contentions and final invalidity contentions. The Parties have jointly agreed to the following date:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline to serve final infringement contentions and final invalidity contentions | February 18, 2022 | February 25, 2022 |

The above case extensions do not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.


Dated: February 17, 2022                                   Respectfully Submitted

*/s/ Jonathan K. Waldrop*  
Jonathan K. Waldrop (CA Bar No. 297903)  
(Admitted in this District)  
jwaldrop@kasowitz.com  
Darcy L. Jones (CA Bar No. 309474)  
(Admitted in this District )  
djones@kasowitz.com  
Marcus A. Barber (CA Bar No. 307361)  
(Admitted in this District)  
mbarber@kasowitz.com  
John W. Downing (CA Bar No. 252850)  
(Admitted in this District)  
jdowning@kasowitz.com  
Heather S. Kim (CA Bar No. 277686)  
(Admitted in this District)  
hkim@kasowitz.com  
**KASOWITZ BENSON TORRES LLP**  
333 Twin Dolphin Drive, Suite 200  
Redwood Shores, California 94065  
Telephone: (650) 453-5170  
Facsimile: (650) 453-5171  

Mark D. Siegmund (TX Bar No. 24117055)  
mark@swclaw.com  
**STECKLER WAYNE COCHRAN CHERRY, PLLC**  
8416 Old McGregor Road  
Waco, TX 76712  
Telephone:  (254) 651-3690  
Facsimile:  (254) 651-3689  

**ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**

*/s/ Richard F. Martinelli*  
Richard F. Martinelli (*pro hac vice*)  
rmartinelli@orrick.com  
Joseph A. Calvaruso (*pro hac vice*)  
jcalvaruso@orrick.com  
**ORRICK, HERRINGTON & SUTCLIFFE LLP**  
51 West 52nd Street  
New York, NY 10019-6142  
Tel: (212) 506-5000  
Fax: (212) 506-5151  

John M. Jackson (Texas Bar No. 24002340)  
jjackson@jw.com  
**JACKSON WALKER, LLP**  
2323 Ross Avenue, Suite 600  
Dallas, TX 75201  
Tel: (214) 953-6000  
Fax: (214) 953-5822  

**ATTORNEYS FOR DEFENDANTS CANON INC. and CANON U.S.A., INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served or delivered electronically to all counsel of record on the 17th day of February, 2022.

/s/ John M. Jackson