IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>　　　*Plaintiff*,<br><br>v.<br><br>CANON INC. AND CANON U.S.A., INC.<br>　　　*Defendants.* | CIVIL ACTION 6:20-cv-00980-ADA<br>CIVIL ACTION 6:20-cv-00981-ADA |
| CANON INC.,<br>　　　*Third-Party Plaintiff*,<br><br>v.<br><br>NXP USA, INC.,<br>　　　*Third-Party Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA |

**JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINE**

TO THE HONORABLE COURT:

　　Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendants Canon Inc. and Canon U.S.A., Inc. (collectively, "Canon") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend the deadline to submit a redacted version of the Sealed Memorandum Opinion and Order on

1

Defendants' Motion to Transfer. Specifically, the Parties have agreed to alter the date to file a redacted version of the Sealed Memorandum Opinion as follows:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline to submit redacted version of the Court's Sealed Memorandum Opinion and Order entered in the 980 Case (Dkt. No. 129) | February 18, 2022 | February 25, 2022 |
| Deadline to submit redacted version of the Court's Sealed Memorandum Opinion and Order entered in the 981 Case (Dkt. No. 117) | February 22, 2022 | February 25, 2022 |

The above extension does not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

2

Dated: February 18, 2022               Respectfully Submitted

*/s/ Mark D. Siegmund*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District )
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY, PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone:  (254) 651-3690
Facsimile:   (254) 651-3689

**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND DEVELOPMENT**

*/s/ Richard F. Martinelli*
Richard F. Martinelli (*pro hac vice*)
rmartinelli@orrick.com
Joseph A. Calvaruso (*pro hac vice*)
jcalvaruso@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000
Fax: (212) 506-5151

John M. Jackson (Texas Bar No. 24002340)
jjackson@jw.com
**JACKSON WALKER, LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-6000
Fax: (214) 953-5822

**ATTORNEYS FOR DEFENDANTS
CANON INC. and CANON U.S.A., INC.**
3

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served or delivered electronically to all counsel of record on the 18th day of February, 2022.

*/s/ John M. Jackson*
John M. Jackson
