IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>   *Plaintiff*,<br><br>v.<br><br>CANON INC. AND CANON U.S.A., INC.<br>   *Defendants.* | CIVIL ACTION 6:20-cv-00980-ADA<br>CIVIL ACTION 6:20-cv-00981-ADA |
| CANON INC.,<br>   *Third-Party Plaintiff,*<br><br>v.<br><br>NXP USA, INC.,<br>   *Third-Party Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA |

**JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINE**

TO THE HONORABLE COURT:

  Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendants Canon Inc. and Canon U.S.A., Inc. (collectively, "Canon") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend a case deadline. Specifically, the Parties have agreed to alter the date to serve final infringement contentions and final invalidity contentions. The Parties have jointly agreed to the following date:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline to serve final infringement contentions and final invalidity contentions | February 25, 2022 | March 14, 2022 |

The above case extensions do not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: February 25, 2022                                          Respectfully Submitted

| | |
|---|---|
| */s/ Jonathan K. Waldrop* | */s/ Richard F. Martinelli* |
| Jonathan K. Waldrop (CA Bar No. 297903) | Richard F. Martinelli (*pro hac vice*) |
| (Admitted in this District) | rmartinelli@orrick.com |
| jwaldrop@kasowitz.com | Joseph A. Calvaruso (*pro hac vice*) |
| Darcy L. Jones (CA Bar No. 309474) | jcalvaruso@orrick.com |
| (Admitted in this District ) | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| djones@kasowitz.com | 51 West 52nd Street |
| Marcus A. Barber (CA Bar No. 307361) | New York, NY 10019-6142 |
| (Admitted in this District) | Tel: (212) 506-5000 |
| mbarber@kasowitz.com | Fax: (212) 506-5151 |
| John W. Downing (CA Bar No. 252850) | |
| (Admitted in this District) | John M. Jackson (Texas Bar No. 24002340) |
| jdowning@kasowitz.com | jjackson@jw.com |
| Heather S. Kim (CA Bar No. 277686) | **JACKSON WALKER, LLP** |
| (Admitted in this District) | 2323 Ross Avenue, Suite 600 |
| hkim@kasowitz.com | Dallas, TX 75201 |
| **KASOWITZ BENSON TORRES LLP** | Tel: (214) 953-6000 |
| 333 Twin Dolphin Drive, Suite 200 | Fax: (214) 953-5822 |
| Redwood Shores, California 94065 | |
| Telephone: (650) 453-5170 | **ATTORNEYS FOR DEFENDANTS** |
| Facsimile: (650) 453-5171 | **CANON INC. and CANON U.S.A., INC.** |

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY, PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone:  (254) 651-3690
Facsimile:   (254) 651-3689

**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND DEVELOPMENT**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served or delivered electronically to all counsel of record on the 25th day of February, 2022.

*/s/ John M. Jackson*
John M. Jackson
