**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,** | **CIVIL ACTION 6:20-cv-00980-ADA** |
| *Plaintiff,* | **CIVIL ACTION 6:20-cv-00981-ADA** |
| **v.** | |
| **CANON INC. AND CANON U.S.A., INC.** | |
| *Defendants.* | |
| **CANON INC.,** | |
| *Third-Party Plaintiff,* | **CIVIL ACTION 6:20-cv-00980-ADA** |
| **v.** | |
| **NXP USA, INC.,** | |
| *Third-Party Defendant.* | |

**JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINE**

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendants Canon Inc. and Canon U.S.A., Inc. (collectively, "Canon") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend case deadlines. The Parties have jointly agreed to the following dates:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline for First Meet and Confer to Discuss Narrowing the Number of Claims and prior art references | March 15, 2022 | April 12, 2022 |
| Close of Fact Discovery | April 12, 2022 | May 13, 2022 |
| Opening Expert Reports | May 24, 2022 | June 7, 2022 |
| Rebuttal Expert Reports | July 5, 2022 | July 19, 2022 |
| Close of Expert Discovery | July 26, 2022 | August 2, 2022 |
| Deadline for Second of Two Meet and Confers to discuss narrowing the number of claims asserted and prior art references | August 2, 2022 | August 5, 2022 |
| The Parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | August 9, 2022 | August 10, 2022 |
| Dispositive Motion deadline and *Daubert* Motion deadline | August 16, 2022 | August 26, 2022 |
| Oppositions to dispositive motions and *Daubert* motions | August 30, 2022 | September 9, 2022 |
| Replies in support of dispositive motions and *Daubert* motions | September 6, 2022 | September 20, 2022 |

The above case extensions do not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: March 4, 2022

Respectfully Submitted

/s/ Jonathan Waldrop
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District )
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
**STECKLER WAYNE COCHRAN
CHERRY, PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone:  (254) 651-3690
Facsimile:   (254) 651-3689

**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND
DEVELOPMENT**

/s/ Richard F. Martinelli
Richard F. Martinelli (*pro hac vice*)
rmartinelli@orrick.com
Joseph A. Calvaruso (*pro hac vice*)
jcalvaruso@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000
Fax: (212) 506-5151

John M. Jackson (Texas Bar No. 24002340)
jjackson@jw.com
**JACKSON WALKER, LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-6000
Fax: (214) 953-5822

**ATTORNEYS FOR DEFENDANTS
CANON INC. and CANON U.S.A., INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served or delivered electronically to all counsel of record on the March 4, 2022.

*/s/ John M. Jackson*
John M. Jackson