# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,** <br> *Plaintiff,* <br><br> **v.** <br><br> **CANON INC. AND CANON U.S.A., INC.** <br> *Defendants.* | **CIVIL ACTION 6:20-cv-00980-ADA** <br> **CIVIL ACTION 6:20-cv-00981-ADA** |
| **CANON INC.,** <br> *Third-Party Plaintiff,* <br><br> **v.** <br><br> **NXP USA, INC.,** <br> *Third-Party Defendant.* | **CIVIL ACTION 6:20-cv-00980-ADA** |

**ORDER GRANTING CANON INC. AND CANON U.S.A., INC.'S MOTION FOR LETTER FOR REQUEST FOR FOREIGN DISCOVERY**

This Court, after considering Defendant Canon Inc. and Canon U.S.A., Inc.'s Motion for Letter for Request for Foreign Discovery ("Motion") and any response and reply thereto, is of the opinion that the Motion should be **GRANTED**.

The Clerk of this Court shall authenticate the Court's signature under the seal of this Court, and return the original signed and sealed executed Letter, attached as Exhibit A to the Motion, and two certified copies of the signed and sealed executed Letters, to Defendants' counsel, John Jackson, for delivery to the proper authority.

3

SIGNED this _____ day of _____, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE