EXHIBITS
1 through 7
FILED UNDER SEAL