EXHIBIT
9

 (/)

 (https://www.bluetooth.org)

Login (/Account/Login)

## Declaration Details

## Listing Details

| | |
|---|---|
| **Declaration ID** | D049010 |
| **Referenced Qualified Designs** | 108316 (Host Subsystem) |
| | 142383 (Controller Subsystem) |
| **Company** | Canon Inc. |
| **Listing Date** | 2020-02-05 |
| **Specification Name** | 5.0 |

## Product List

| Product Name | Product Website | Product Category | ▼Publish Date | Archive Date | Model Number | Subset ID | Description |
|---|---|---|---|---|---|---|---|
| Canon EOS R5C | https://canon.jp/ | Audio and Visual | 2022-01-20 | | EOS R5C | 145265 | This product is Canon Digital Cinema Camera Body. |
| Canon EOS R3 | http://canon.jp/ | Audio and Visual | 2021-10-15 | | EOS R3 | 145265 | This product is Canon Digital Camara Body. |
| Canon EOS R5 | http://canon.jp/ | Audio and Visual | 2021-03-26 | | EOS R5 | 145265 | This product is Canon Digital Camara Body. |

3 product(s) found

## Referenced Qualified Design:

| | |
|---|---|
| **QDID** | 108316 (/ListingDetails/55328) |
| **Company** | Canon Inc. |
| **Qualification Assessment Date** | 2018-02-26 |
| **TCRL Version** | TCRL 2017-1 |
| **Product Type** | Host Subsystem |
| **Combined Designs** | |

**Core Specification**                                         5.0

View ICS Details ⬈ (/ICSDetails/108316)

## Supported Layers ▾

**Profile / Protocol**

Alert Notification Profile

Alert Notification Service

Attribute Protocol

Battery Service

Current Time Service

Device Information Service

Find Me Profile

Generic Access Profile

Generic Attribute Profile

HID over GATT Profile

HID Service

HTTP Proxy Service

Immediate Alert Service

Internet Protocol Support Profile

Link Loss Service

Location and Navigation Profile

Location and Navigation Service

Logical Link Control and Adaption Protocol

Next DST Change Service

Object Transfer Profile

Object Transfer Service

Proximity Profile

Reference Time Service

RFCOMM

Scan Parameters Profile

Scan Parameters Service

Security Manager Protocol

Serial Port Profile

Service Discovery Protocol

Time Profile

Transport Discovery Service

TX Power Service

## Referenced Qualified Design:

| | |
|---|---|
| **QDID** | 142383 (/ListingDetails/98931) |
| **Company** | Murata Manufacturing Co., Ltd |
| **Qualification Assessment Date** | 2019-11-26 |
| **TCRL Version** | TCRL 2019-1 |
| **Product Type** | Controller Subsystem |
| **Combined Designs** | 136445 |
| **Core Specification** | 5.1 |

View ICS Details ⤤ (/ICSDetails/142383)

### Supported Layers ▾

**Profile / Protocol**

4.0 Host Controller Interface

Baseband Conformance

Host Controller Interface

Link Manager

Low Energy Link Layer

Low Energy RF PHY

Radio

## Subsetted Qualified Designs

| Subset ID | Project Name | Subset of | Date Created | ICS | Alerts |
|---|---|---|---|---|---|
| 145265 | K421_Product subset | 108316 | | View ICS (/ICSDetails/145265) | |

© 2022 Bluetooth SIG, Inc. All rights reserved.

Help & Support (https://support.bluetooth.com/hc/en-us/requests/new/) ⧉