# EXHIBIT 10

DEVELOP WITH BLUETOOTH

# Member Directory

**Search:** alcatel-lucent

| Company Name | Member Level |
|---|---|
| Alcatel-Lucent | Adopter |