EXHIBIT
11

DEVELOP WITH BLUETOOTH

# Member Directory

**Search:** nokia

| Company Name | Member Level |
|---|---|
| Nokia Corporation | Promoter |
| Nokia Mobile Phone | Adopter |
| Nokia Siemens Networks | Adopter |
| Nokian Renkaat Oyj | Adopter |