EXHIBIT
12

The Wayback Machine - http://web.archive.org/web/20160902094345/https://www.bluetooth.com/abou…

Log In or Create an Account

Menu 



# board of directors

## Guiding the Bluetooth SIG and Bluetooth Wireless Technology

The Board of Directors is the oversight and steering group for the Bluetooth SIG. The board is composed of one representative from each Promoter member company, plus Associate Member Directors (AMD) who serve a two-year term. For more detailed group information, visit the Board of Directors landing page.

The board meets face-to-face once per quarter and via phone twice per month. If you would like to see the details of all the board minutes, please visit our board minutes archive.

## Feedback

The Bluetooth SIG welcomes all ideas and topics members wish to address. Please feel free to send your comments and ideas to Executive Director Mark Powell.

### Toby Nixon

**Chairman of the Board of Directors**
Senior Standards Program Manager, Windows and Devices Group
Microsoft Corporation

### Magnus Olsson

**Vice-chairman of the Board of Directors**

 Standards Management, Group Function Technology
 Ericsson AB

John Barr - Lenovo

# John Barr, Ph.D.

**Secretary of the Board of Directors**

 Lenovo

Brian Tucker - Apple

# Brian Tucker

 Director, Wireless Engineering
 Apple

Fred Martin - ARM

# Fred Martin

 Vice President of Radio Technology, Wireless Connectivity Business Unit
 ARM



# Olivier Carmona

 Director of Business Development
 AwoX, S.A.

robert ughes

# Robert D. Hughes

 Director of Bluetooth Standards
 Intel Corporation

Shkumbin Hamiti - Nokia

# Shkumbin Hamiti

 Director
 Nokia Technologies

Cary Bran - Plantronics

# Cary Bran

- Vice President, Innovation and New Ventures
- Plantronics

Niclas Granqvist, Polar

# Niclas Granqvist

- Director R&D, Switzerland
- Polar

Katsumi Adachi - Toshiba

# Katsumi Adachi, Ph.D.

- Chief Specialist, Center for Semiconductor Research & Development Storage & Electronic Devices Solutions Company
- Toshiba Corporation

---

© 2016 Bluetooth SIG, Inc. All rights reserved

 | developer.bluetooth.cn | Terms of Use | Privacy Policy | Code of Conduct