EXHIBIT
13

3/22/22, 10:03 AM    Case 6:20-cv-00980-ADA    Document 141-9    Filed 03/28/22    Page 2 of 5
Board of Directors | Bluetooth Technology Website

The Wayback Machine - http://web.archive.org/web/20170130091505/https://www.bl…

# about us

## Board of Directors

Guiding the Bluetooth SIG and Bluetooth Wireless Technology

The Board of Directors is the oversight and steering group for the Bluetooth SIG. The board is composed of one representative from each Promoter member company, plus Associate Member Directors (AMD) who serve a two-year term. For more detailed group information, visit the Board of Directors landing page.

The board meets face-to-face once per quarter and via phone twice per month. If you would like to see the details of all the board minutes, please visit our board minutes archive.

## Feedback

The Bluetooth SIG welcomes all ideas and topics members wish to address. Please feel free to send your comments and ideas on strategy, vision and policy here.



### Toby Nixon

**Chairman of the Board of Directors**

 Senior Standards Program Manager, Windows and Devices Group

 Microsoft Corporation



### Magnus Olsson

**Vice-chairman of the Board of Directors**

 Standards Management, Group Function Technology

 Ericsson AB



### John Barr, Ph.D.

**Secretary of the Board of Directors**

Lenovo



### Brian Tucker

Director, Wireless Engineering

Apple



### Fred Martin

Vice President of Radio Technology, Wireless Connectivity Business Unit

ARM



## Olivier Carmona

- Director of Business Development
- AwoX, S.A.



## Robert D. Hughes

- Director of Bluetooth Standards
- Intel Corporation



## Shkumbin Hamiti

- Director
- Nokia Technologies



## Cary Bran

 Vice President, Innovation and New Ventures

 Plantronics



## Niclas Granqvist

 Director R&D, Switzerland

 Polar



## Katsumi Adachi, Ph.D.

 Chief Specialist, Center for Semiconductor Research & Development, Storage & Electronic Devices Solutions Company

 Toshiba Corporation