EXHIBIT
14



# ABOUT US
# Board of Directors

## Guiding the Bluetooth SIG
## and Bluetooth Wireless Technology

The Board of Directors is the oversight and steering group for the Bluetooth SIG. The board is composed of one representative from each Promoter member company, plus Associate Member Directors (AMD) who serve a two-year term. For more detailed group information, visit the Board of Directors landing page.

The board meets face-to-face once per quarter and via phone twice per month. If you would like to see the details of all the board minutes, please visit our board minutes archive.



### Toby Nixon
**Chairman of the Board of Directors**

 Senior Standards Program Manager, Windows and Devices Group
 Microsoft Corporation



### Robert D. Hughes
**Vice-chairman of the Board of Directors**

 Director of Bluetooth Standards
 Intel Corporation



### Brian Tucker

 Director, Wireless Engineering
 Apple



### Magnus Olsson

 Standards Management, Group Function Technology
 Ericsson AB

 Get Help



### Michael Russell

 Advisory Engineer
 Motorola Mobility, LLC (a Lenovo Company)



### Shkumbin Hamiti

 Director
 Nokia Technologies

### Haipeng Jin

 VP of Engineering
 Telink Semiconductor (Shanghai) Co., Ltd



### Katsumi Adachi, Ph.D.

 Chief Specialist, Corporate Technology Planning Division
 Toshiba Corporation

## Feedback

The Bluetooth SIG welcomes all ideas and topics members wish to address. Please feel free to send your comments and ideas on strategy, vision and policy [here](#).


 Get Help