EXHIBIT
15

## Contact

www.linkedin.com/in/hamiti (LinkedIn)
www.nokia.com (Company)
www.ovi.com (Company)

## Top Skills

Wireless
Mobile Communications
Cellular Communications

# Shkumbin Hamiti

Director, Enterprise Solutions at Nokia
Helsinki

## Summary

I am an enthusiastic communication and networking technology leader with a successful track record of spearheading, leading, developing and influencing some of most significant developments within the mobile industry. Over 25 year of experience in multitude of activities:

* Business Development and Strategic Partnerships, most recently in cloud based solutions for 4G and 5G private wireless solutions.
* Running business programs with P&L responsibility
* Standardization and industry collaboration forums #
* Developing new product and technology concepts, including both HW and SW
* Establishing and running innovation programs

---

## Experience

**Nokia**
24 years

Director, Enteprise Solutions
January 2021 - Present (1 year 3 months)
Espoo, Southern Finland, Finland

Director, Head of Ecosystem and Partnerships, Digital Automation
July 2017 - December 2020 (3 years 6 months)
Espoo

Head of Standardization and Industry Collaboration
December 2014 - June 2017 (2 years 7 months)
Espoo, Finland

Director, Compatibility and Industry Collaboration
January 2012 - November 2014 (2 years 11 months)
Espoo, Finland

I work in enabling a standards ecosystem that is helping Nokia build its products and services.

Director, Connectivity
July 2009 - January 2012 (2 years 7 months)

I was responsible for leading a team of 25 senior experts located in three continent whose main mission was to lead the definition of Nokia Devices technology positions and related standardization in the area of access technologies, including wide area and local connectivity as well as smart Internet connectivity.

Senior Manager
April 1998 - May 2010 (12 years 2 months)

Head of Wireless System Research

Bluetooth SIG Board of Directors
Director
August 2011 - Present (10 years 8 months)

Board representative, appointed by Nokia as a Promoter Member of Bluetooth SIG.

Wi-Fi Alliance
Director, Board of Directors
2011 - 2012 (1 year)

Helsinki University of Technology, Communications Laboratory
Reserch scientist
1996 - 1998 (2 years)

During two years I participated in several research projects:
• Mobile ATM
• Eurescom (on behalf of Finnet group) P506, P605 (www.eurescom.de)
• RAVE

Main tasks:
• Developing models for "Mobile ATM" network (based on FRAMES W-TDMA and  later W-CDMA radio interface) and running simulations using OPNET tool
• Measurements and analysis of traffic over ATM and IP network generated by videoconferencing applications, such as PictureTel and Netmeeting
• Performance evaluation of  ATM networks
• Analysis of multiservice cellular networks

---

# Education

University of Zagreb/Sveuciliste u Zagrebu

Dipl. Ing, Telecommunications · (1988 - 1995)