IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br>　　　　*Plaintiff,*<br><br>v.<br><br>**CANON INC. AND CANON U.S.A., INC.**<br>　　　　*Defendants.* | CIVIL ACTION 6:20-cv-00980-ADA<br><br>JURY TRIAL DEMANDED |
| **CANON INC.,**<br>　　　　*Third-Party Plaintiff,*<br><br>v.<br><br>**NXP USA, INC.,**<br>　　　　*Third-Party Defendant.* | |

## ORDER GRANTING CANON INC. AND CANON U.S.A., INC.'S MOTION FOR SUMMARY JUDGMENT THAT CANON IS LICENSED TO THE ASSERTED PATENT UNDER THE BLUETOOTH PATENT AND COPYRIGHT LICENSE AGREEMENT

　　This Court, after considering Defendant Canon Inc. and Canon U.S.A., Inc.'s Motion for Summary Judgment that Canon is Licensed to the Asserted Patent Under the Bluetooth Patent and Copyright License Agreement ("Motion") and any response and reply thereto, is of the opinion that the Motion should be **GRANTED**.

　　It is further **ORDERED** that WSOU's claims of infringement of U.S. Patent No. 7,054,346 by Canon are hereby **DISMISSED** in their entirety.

SIGNED this _____ day of _____, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE