# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>    *Plaintiff*,<br><br>v.<br><br>CANON, INC.,<br>    *Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA<br>CIVIL ACTION 6:20-cv-00981-ADA |
| CANON INC.,<br>    *Third-Party Plaintiff*,<br><br>v.<br><br>NXP USA, INC.,<br>    *Third-Party Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA |

## UNOPPOSED MOTION FOR
## WITHDRAWAL OF COUNSEL FROM CASE

**TO THE HONORABLE COURT:**

Plaintiff WSOU Investments, LLC ("Brazos") hereby moves to withdraw attorney Jayita Guhaniyoga as counsel of record for Plaintiff.

Lawyers with Kasowitz Benson Torres LLP and Mark Siegmund with Steckler Wayne Cherry & Love PLLC will remain as counsel for Plaintiff.

This withdrawal will not cause a continuance or delay and will not prejudice Brazos or any other party to this action.

Defendants and Third-Party Defendant are not opposed to this motion.

Dated: April 6, 2022     RESPECTFULLY SUBMITTED,

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5096

Hershy Stern (NY Bar No. 4631024)
(Admitted *pro hac vice*)
hstern@kasowitz.com
Charles A. Naggar (NY Bar No. 5356449)
(Admitted *pro hac vice*)
cnaggar@kasowitz.com
Howard L. Bressler (NY Bar No. 248379)
(Admitted *pro hac vice*)
hbressler@kasowitz.com
Noah Dorman (NY Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

**Attorneys for Plaintiff**
**WSOU INVESTMENTS, LLC d/b/a**
**BRAZOS LICENSING AND DEVELOPMENT**

## CERTIFICATE OF CONFERENCE

This is to certify that on April 4, 2022, counsel for Plaintiffs conferred with counsel for Defendants regarding the contents of this motion, and counsel for Defendants are unopposed to the relief sought.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via email to all counsel of record, on April 6, 2022.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop