# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br>        *Plaintiff*,<br><br>v.<br><br>**CANON, INC.,**<br>        *Defendant.* | **CIVIL ACTION 6:20-cv-00980-ADA**<br>**CIVIL ACTION 6:20-cv-00981-ADA** |
| **CANON INC.,**<br>        *Third-Party Plaintiff,*<br><br>v.<br><br>**NXP USA, INC.,**<br>        *Third-Party Defendant.* | **CIVIL ACTION 6:20-cv-00980-ADA** |

## ORDER

The Court, having considered Plaintiff WSOU Investment, LLC d/b/a Brazos Licensing and Development's Unopposed Motion for Withdrawal of Attorney Jayita Guhaniyogi as counsel of record for Plaintiff (the "Motion"),

IT IS HEREBY ORDERED this _____ day of _____, 2022, that the Motion is **GRANTED**.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE