# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, <br><br> *Plaintiff,* <br><br> v. <br><br> CANON, INC., and CANON U.S.A., INC. <br><br> *Defendants.* <br><br> CANON, INC., <br><br> *Third-Party Plaintiff,* <br><br> v. <br><br> NXP USA, INC., <br><br> *Third-Party Defendant.* | Civil Action 6:20-cv-00980-ADA <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF GREG LOVE

Plaintiff, WSOU Investments LLC d/b/a Brazos Licensing and Development files this Notice of Appearance and hereby notifies the Court that Greg Love of Steckler Wayne Cherry & Love, PLLC, 107 East Main Street, Henderson, Texas 75652, greg@swclaw.com, is appearing on behalf of WSOU Investments LLC d/b/a Brazos Licensing and Development. The undersigned respectfully requests to be added as an attorney to be noticed so that he may receive copies of all filings in this case.

Respectfully submitted,

/s/ *Greg Love*
Greg Love
Texas Bar No. 24013060
STECKLER WAYNE CHERRY

& LOVE, PLLC
107 East Main Street
Henderson, Texas 75652
903.212.4444
903.392.2267  (Fax)
greg@swclaw.com

*Counsel for Plaintiff*
*WSOU Investments LLC*

CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on May 25, 2022.

/s/ *Greg Love*
Greg Love