# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br>　　　　*Plaintiff,*<br><br>v.<br><br>**CANON INC. AND CANON U.S.A., INC.**<br>　　　　*Defendants.* | **CIVIL ACTION 6:20-cv-00980-ADA**<br><br>**JURY TRIAL DEMANDED** |
| **CANON INC.,**<br>　　　　*Third-Party Plaintiff,*<br><br>v.<br><br>**NXP USA, INC.,**<br>　　　　*Third-Party Defendant.* | |

## ORDER DENYING NXP USA, INC.'S MOTION TO DISMISS THIRD-PARTY PLAINTIFF CANON'S COMPLAINT FOR FAILURE TO STATE A CLAIM

　　Before the Court is Third-Party Defendant NXP USA, Inc.'s Motion to Dismiss Third-Party Plaintiff Canon's Complaint for Failure to State a Claim ("Motion"). Dkt. No. 35. The Court considered the briefing filed by the parties and heard the arguments of counsel during a hearing conducted on August 16, 2021. During the August 16, 2021 hearing, the Court advised the parties that the Motion was **DENIED**. This Order is entered to memorialize this Court's ruling during the August 16, 2021 hearing.

SIGNED this 6th day of June, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE