IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT., <br><br> Plaintiff, <br><br> v. <br><br> CANON INC. AND CANON U.S.A., INC., <br><br> Defendants. <br><br> CANON INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> NXP USA, INC., <br><br> Third-Party Defendant. | Civil Action No. 6:20-cv-00980-ADA |

## CANON INC.'S AND NXP USA, INC.'S
## JOINT MOTION TO SEVER AND STAY THIRD-PARTY CLAIMS

Third-Party Plaintiff Canon Inc. ("Canon") and Third-Party Defendant NXP USA, Inc. ("NXP") (collectively, "Movants") hereby jointly move to sever and stay Canon's separate and distinct third-party claims brought against NXP, pursuant to Federal Rules of Civil Procedure 14(a)(4), 21, and 42(b). Specifically, Canon and NXP request that Canon's claims against NXP be severed and stayed until 30 days after WSOU Investments, LLC's ("WSOU") distinct claims against Canon have been dismissed or are ripe for any post-trial appeal, whichever is earlier.

This motion is brought in good faith, including to avoid unnecessarily burdening the Court, and to streamline the issues in trial so as to avoid confusing the jury. Movants respectfully submit that severance avoids potential delay of WSOU's claims, averts undue complication of judicial proceedings, avoids prejudice and confusion, and otherwise comports with considerations of sound judicial management. Further, a stay permits a clarifying of the scope of relief sought by Canon's claims against NXP, at least in part.

For the reasons stated herein, Third-Party Plaintiff Canon and Third-Party Defendant NXP respectfully request that the Court sever Third-Party Plaintiff Canon's claims in its third-party complaint against NXP and stay such claims until 30 days after WSOU's distinct claims against Canon have been dismissed or are ripe for any post-trial appeal, whichever is earlier.

June 13, 2022

By:  /s/ Richard F. Martinelli

Richard F. Martinelli (*pro hac vice*)
rmartinelli@orrick.com
Joseph A. Calvaruso (*pro hac vice*)
jcalvaruso@orrick.com
Tyler S. Miller (*pro hac vice*)
tmiller@orrick.com
Gerald E. Porter (*pro hac vice*)
gporter@orrick.com
Weimin Ning (*pro hac vice*)
wning@orrick.com
**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000
Fax: (212) 506-5151

Michael C. Chow (*pro hac vice*)
mchow@orrick.com
**Orrick, Herrington & Sutcliffe LLP**

Respectfully submitted,

By:  /s/ Richard S. Zembek

Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel:   (713) 651-5151
Fax:   (713) 651-5246

Adam Schramek (SBN 24033045)
adam.schramek@nortonrosefulbright.com
Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
Nathan Damweber (SBN 24087371)
nathan.damweber@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701

- 3 -

2050 Main Street, Suite 1100  
Irvine, CA 92614  
Tel: (949) 567-6700  
Fax: (949) 567-6710  

John M. Jackson (Texas Bar No. 24002340)  
jjackson@jw.com  
**Jackson Walker, LLP**  
2323 Ross Avenue, Suite 600  
Dallas, TX 75201  
Tel: (214) 953-6000  
Fax: (214) 953-5822  

Tel:   (512) 474-5201  
Fax:   (512) 536-4598  

**COUNSEL FOR THIRD-PARTY DEFENDANT NXP USA, INC.**

**ATTORNEYS FOR THIRD-PARTY PLAINTIFF CANON INC.**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 13, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

By: /s/ *Richard S. Zembek*  
Richard S. Zembek