IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>    *Plaintiff*,<br><br>v.<br><br>CANON INC. AND CANON U.S.A., INC.<br>    *Defendants*. | CIVIL ACTION 6:20-cv-00980-ADA-DTG<br>CIVIL ACTION 6:20-cv-00981-ADA-DTG |
| CANON INC.,<br>    *Third-Party Plaintiff*,<br><br>v.<br><br>NXP USA, INC.,<br>    *Third-Party Defendant*. | CIVIL ACTION 6:20-cv-00980-ADA-DTG |

**JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINES**

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendants Canon Inc. and Canon U.S.A., Inc. (collectively, "Canon") (collectively, the "Parties"), pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines (March 7, 2022), submit this Joint Notice to memorialize their agreement to extend case deadlines. The Parties have jointly agreed to extend the following deadlines:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Opening Expert Reports | August 12, 2022 | August 19, 2022 |
| Rebuttal Expert Reports | September 9, 2022 | September 16, 2022 |
| Close of Expert Discovery | September 23, 2022 | September 30, 2022 |
| Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side | September 30, 2022 | October 3, 2022 |
| The Parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | October 7, 2022 | October 10, 2022 |

The above extensions do not change the date of any hearing, trial, or other Court date, or extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: August 11, 2022

Respectfully Submitted,

By: */s/ Jonathan K. Waldrop*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (Admitted in this District)
    tnguyen@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5171

    Paul G. Williams (GA Bar No. 764925)
    (Admitted in this District)
    pwilliams@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    1230 Peachtree Street N.E., Suite 2445
    Atlanta, Georgia 30309
    Telephone: (404) 260-6080
    Facsimile: (404) 260-6081

    Charles A. Naggar (NY Bar No. 5356449)
    (Admitted *pro hac vice*)
    cnaggar@kasowitz.com
    Hershy Stern (NY Bar No. 4631024)
    (Admitted *pro hac vice*)
    hstern@kasowitz.com
    Howard L. Bressler (NY Bar No. 2487379)
    (Admitted *pro hac vice*)
    hbressler@kasowitz.com
    Lea Dartevelle Erhel (NY Bar No. 5172101)
    (Admitted *pro hac vice*)
    ldartevelle@kasowitz.com

By: */s/ Richard F. Martinelli*
    Richard F. Martinelli (*pro hac vice*)
    rmartinelli@orrick.com
    Joseph A. Calvaruso (*pro hac vice*)
    jcalvaruso@orrick.com
    Tyler S. Miller (*pro hac vice*)
    tmiller@orrick.com
    Gerald E. Porter (*pro hac vice*)
    gporter@orrick.com
    Weimin Ning (*pro hac vice*)
    wning@orrick.com
    **ORRICK, HERRINGTON & SUTCLIFFE LLP**
    51 West 52nd Street
    New York, NY 10019-6142
    Tel: (212) 506-5000
    Fax: (212) 506-5151

    Michael C. Chow (*pro hac vice*)
    mchow@orrick.com
    Joseph Chern (*pro hac vice*)
    jchern@orrick.com
    **ORRICK, HERRINGTON & SUTCLIFFE LLP**
    2050 Main Street, Suite 1100
    Irvine, CA 92614
    Tel: (949) 567-6700
    Fax: (949) 567-6710

    John M. Jackson (Texas Bar No. 24002340)
    jjackson@jw.com
    **JACKSON WALKER, LLP**
    2323 Ross Avenue, Suite 600
    Dallas, TX 75201
    Tel: (214) 953-6000
    Fax: (214) 953-5822

    *Attorneys for Defendants Canon Inc. and Canon U.S.A., Inc.*

Noah P. Dorman (DC Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX. Bar No. 240124149)
craig@swclaw.com
**STECKLER WAYNE CHERRY &**
**LOVE PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

Gregory Phillip Love (TX Bar No. 24013060)
greg@swclaw.com
**STECKLER WAYNE CHERRY &**
**LOVE PLLC**
107 East Main Street
Henderson, TX 75652
Telephone: (903) 212-4444
Facsimile: (903) 392-2267

**ATTORNEYS FOR PLAINTIFF**
**WSOU INVESTMENTS, LLC**
**d/b/a BRAZOS LICENSING AND**
**DEVELOPMENT**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, on this 11th day of August, 2022.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop