# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>            *Plaintiff*,<br><br>v.<br><br>CANON INC. AND CANON U.S.A., INC.<br>            *Defendants*. | CIVIL ACTION 6:20-cv-00980-ADA-DTG |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendants Canon Inc. and Canon U.S.A., Inc. ("Canon") (collectively, "Parties") by and through their undersigned counsel, file this Joint Notice of Settlement and Motion to Stay All Deadlines.

The Parties hereby notify the Court that a settlement in principle has been reached to resolve all matters in controversy asserted by Brazos's Complaint (Dkt. 70).[1] Accordingly, the Parties request a stay of all deadlines in the Amended Scheduling Order and amendments thereto (Dkts. 182, 186) to allow for negotiations to be finalized and the Parties to submit a motion to dismiss all claims and counterclaims at issue.

The Parties expect to file dismissal papers within thirty (30) days.

---

[1] The settlement in principle also resolves the additional proposed claims that were the subject of Brazos's pending motion to amend seeking, *inter alia*, leave to file a third amended complaint. Dkt. 176.

In light of this settlement and impending dismissal, the Parties respectfully request the Court stay all impending deadlines until September 19, 2022.

| | |
|---|---|
| Dated: August 19, 2022 | Respectfully Submitted |
| */s/ Jonathan K. Waldrop*<br>Jonathan K. Waldrop (CA Bar No. 297903)<br>(Admitted in this District)<br>jwaldrop@kasowitz.com<br>Darcy L. Jones (CA Bar No. 309474)<br>(Admitted in this District)<br>djones@kasowitz.com<br>Marcus A. Barber (CA Bar No. 307361)<br>(Admitted in this District)<br>mbarber@kasowitz.com<br>John W. Downing (CA Bar No. 252850)<br>(Admitted in this District)<br>jdowning@kasowitz.com<br>Heather S. Kim (CA Bar No. 277686)<br>(Admitted in this District)<br>hkim@kasowitz.com<br>ThucMinh Nguyen (CA Bar No. 304382)<br>(Admitted in this District)<br>tnguyen@kasowitz.com<br>**KASOWITZ BENSON TORRES LLP**<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065<br>Telephone: (650) 453-5170<br>Facsimile: (650) 453-5096<br><br>Paul G. Williams (GA Bar No. 764925)<br>(Admitted in this District)<br>pwilliams@kasowitz.com<br>**KASOWITZ BENSON TORRES LLP**<br>1230 Peachtree Street N.E., Suite 2445<br>Atlanta, Georgia 30309<br>Telephone: (404) 260-6080<br>Facsimile: (404) 260-6081<br><br>Mark D. Siegmund (TX Bar No. 24117055)<br>mark@swclaw.com<br>Craig D. Cherry (TX Bar No. 24012419)<br>craig@swclaw.com<br>**STECKLER WAYNE CHERRY & LOVE, PLLC**<br>8416 Old McGregor Road<br>Waco, TX 76712<br>Telephone: (254) 651-3690<br>Facsimile: (254) 651-3689 | */s/ Richard F. Martinelli*<br>Richard F. Martinelli (pro hac vice)<br>rmartinelli@orrick.com<br>Joseph A. Calvaruso (pro hac vice)<br>jcalvaruso@orrick.com<br>Tyler S. Miller (pro hac vice)<br>tmiller@orrick.com<br>Gerald E. Porter (pro hac vice)<br>gporter@orrick.com<br>Weimin Ning (pro hac vice)<br>wning@orrick.com<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Tel: (212) 506-5000<br>Fax: (212) 506-5151<br><br>Michael C. Chow (pro hac vice)<br>mchow@orrick.com<br>Orrick, Herrington & Sutcliffe LLP<br>2050 Main Street, Suite 1100<br>Irvine, CA 92614<br>Tel: (949) 567-6700<br>Fax: (949) 567-6710<br><br>John M. Jackson (Texas Bar No. 24002340)<br>jjackson@jw.com<br>Jackson Walker, LLP<br>2323 Ross Avenue, Suite 600<br>Dallas, TX 75201<br>Tel: (214) 953-6000<br>Fax: (214) 953-5822<br><br>**ATTORNEYS FOR DEFENDANTS CANON INC. and CANON U.S.A., INC.** |

Gregory Phillip Love (TX Bar No. 24013060)
greg@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
107 East Main Street
Henderson, TX 75652
Telephone: (903) 212-4444
Facsimile: (903) 392-2267

**Attorneys for Plaintiff**
**WSOU INVESTMENTS, LLC d/b/a**
**BRAZOS LICENSING AND**
**DEVELOPMENT**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 19th day of August, 2022, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop
