# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>    *Plaintiff*,<br><br>v.<br><br>CANON INC. AND CANON U.S.A., INC.<br>    *Defendants.* | CIVIL ACTION 6:20-cv-00980-ADA-DTG |
| CANON INC.,<br>    *Third-Party Plaintiff*,<br><br>v.<br><br>NXP USA, INC.,<br>    *Third-Party Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA-DTG |

## JOINT MOTION TO STAY ALL DEADLINES

On August 19, 2022, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendants Canon Inc. and Canon U.S.A., Inc. ("Canon") (collectively, "Parties") filed a Joint Notice of Settlement and Motion to Stay All Deadlines. ECF No. 187. And on August 22, 2022, the Court granted the Parties' motion and stayed until September 19, 2022. ECF No. 188.

1

A settlement in principle has been reached to resolve all matters in controversy asserted by Brazos's Complaint (Dkt. 70).[1] Accordingly, the Parties request a further stay of all deadlines to allow for negotiations to be finalized and the Parties to submit a motion to dismiss all claims at issue.

The Parties expect to file dismissal papers within thirty (30) days.

In light of this settlement and impending dismissal, the Parties respectfully request the Court stay all impending deadlines until October 19, 2022.

---

[1] The settlement in principle also resolves the additional proposed claims that were the subject of Brazos's pending motion to amend seeking, *inter alia*, leave to file a third amended complaint. ECF No. 176.

Dated: September 19, 2022 — Respectfully Submitted

| | |
|---|---|
| */s/ Jonathan K. Waldrop* | */s/ Richard F. Martinelli* |
| Jonathan K. Waldrop (CA Bar No. 297903) | Richard F. Martinelli (pro hac vice) |
| (Admitted in this District) | rmartinelli@orrick.com |
| jwaldrop@kasowitz.com | Joseph A. Calvaruso (pro hac vice) |
| Darcy L. Jones (CA Bar No. 309474) | jcalvaruso@orrick.com |
| (Admitted in this District) | Tyler S. Miller (pro hac vice) |
| djones@kasowitz.com | tmiller@orrick.com |
| Marcus A. Barber (CA Bar No. 307361) | Gerald E. Porter (pro hac vice) |
| (Admitted in this District) | gporter@orrick.com |
| mbarber@kasowitz.com | Weimin Ning (pro hac vice) |
| John W. Downing (CA Bar No. 252850) | wning@orrick.com |
| (Admitted in this District) | Orrick, Herrington & Sutcliffe LLP |
| jdowning@kasowitz.com | 51 West 52nd Street |
| Heather S. Kim (CA Bar No. 277686) | New York, NY 10019-6142 |
| (Admitted in this District) | Tel: (212) 506-5000 |
| hkim@kasowitz.com | Fax: (212) 506-5151 |
| **KASOWITZ BENSON TORRES LLP** | |
| 333 Twin Dolphin Drive, Suite 200 | Michael C. Chow (pro hac vice) |
| Redwood Shores, California 94065 | mchow@orrick.com |
| Telephone: (650) 453-5170 | Orrick, Herrington & Sutcliffe LLP |
| Facsimile: (650) 453-5171 | 2050 Main Street, Suite 1100 |
| | Irvine, CA 92614 |
| Hershy Stern (NY Bar No. 4631024) | Tel: (949) 567-6700 |
| (Admitted *pro hac vice*) | Fax: (949) 567-6710 |
| hstern@kasowitz.com | |
| Howard L. Bressler (NY Bar No. 248379) | John M. Jackson (Texas Bar No. 24002340) |
| (Admitted *pro hac vice*) | jjackson@jw.com |
| hbressler@kasowitz.com | Jackson Walker, LLP |
| Noah P. Dorman (DC Bar No. 1779821) | 2323 Ross Avenue, Suite 600 |
| (Admitted *pro hac vice*) | Dallas, TX 75201 |
| ndorman@kasowitz.com | Tel: (214) 953-6000 |
| Charles A. Naggar (NY Bar No. 5356449) | Fax: (214) 953-5822 |
| (Admitted *pro hac vice*) | |
| cnaggar@kasowitz.com | **ATTORNEYS FOR DEFENDANTS** |
| Lea Dartevelle Erhel (NY Bar No. 5172101) | **CANON INC. and CANON U.S.A., INC.** |
| (Admitted *pro hac vice*) | |
| ldartevelle@kasowitz.com | |
| **KASOWITZ BENSON TORRES LLP** | |
| 1633 Broadway | |
| New York, NY 10019 | |
| Telephone: (212) 506-1700 | |
| Facsimile: (212) 506-1800 | |

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX. Bar No. 240124149)
craig@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND DEVELOPMENT**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, on this 19th day of September, 2022, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
