# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>    *Plaintiff,*<br><br>v.<br><br>CANON INC. AND CANON U.S.A., INC.<br>    *Defendants.* | CIVIL ACTION 6:20-cv-00980-ADA-DTG |
| CANON INC.,<br>    *Third-Party Plaintiff,*<br><br>v.<br><br>NXP USA, INC.,<br>    *Third-Party Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA-DTG |

## ORDER

Before the Court is Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendants Canon Inc. and Canon U.S.A., Inc.'s Joint Motion to Stay All Deadlines.

Having fully considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**. It is therefore **ORDERED** that all unreached case deadlines for the litigation referenced above are hereby stayed until October 19, 2022 to allow the parties to finalize and execute a formal settlement agreement, and to submit appropriate dismissal papers.

    **SO ORDERED**.

6

DATED this \_\_\_\_ day of _____, 2022.

                                                                                           _____

                                                                                            Alan D. Albright
                                                                                            United States District Judge