IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT**, <br><br> Plaintiff, <br><br> v. <br><br> **CANON INC. AND CANON U.S.A., INC.**, <br><br> Defendants. | Case No. 6:20-cv-00980-ADA <br><br> Case No. 6:20-cv-00981-ADA |
| **CANON INC.**, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> **NXP USA, INC.** <br><br> Third-Party Defendant. | Case No. 6:20-cv-00980-ADA |

**ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE**

This Court, after considering Canon and Canon U.S.A., Inc.'s ("Canon's") Motion for Withdrawal of Appearance of Weimin Ning, hereby enters the following:

IT IS ORDERED that Canon's Motion is hereby GRANTED.

SIGNED this _____ day of _____, 2022.

_____
THE HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE