**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**CANON INC. AND CANON U.S.A., INC.,**<br>*Defendants.* | **CIVIL ACTION 6:20-cv-00980-ADA-DTG** |
| **CANON INC.,**<br><br>*Third-Party Plaintiff,*<br><br>**v.**<br><br>**NXP USA, INC.,**<br><br>*Third-Party Defendant.* | **CIVIL ACTION 6:20-cv-00980-ADA-DTG** |

**JOINT MOTION TO STAY ALL DEADLINES**

On August 19, 2022, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendants Canon Inc. and Canon U.S.A., Inc.'s ("Canon") (collectively, "Parties") filed a Joint Notice of Settlement and Motion to Stay All Deadlines. ECF No. 187. And on August 22, 2022, the Court granted the Parties' motion and stayed all deadlines until September 19, 2022. ECF No. 188. On September 19, 2022, and October 19, 2022, the Parties filed further Joint Motions to Stay All Deadlines, which were granted by the Court.

ECF No. 191, September 27, 2022, Text Order ("Granting [191] Motion to Stay"); ECF No. 194, October 20, 2022, Text Order ("Granting [194] Motion to Stay").

A settlement in principle has been reached to resolve all matters in controversy asserted by Brazos's Complaint (ECF No. 70).[1] Accordingly, the Parties request a further stay of all deadlines by two (2) business days to allow for negotiations to be finalized and the Parties to submit a motion to dismiss all claims at issue.

The Parties expect to file dismissal papers within two (2) business days.

In light of this settlement and impending dismissal, the Parties respectfully request the Court stay all impending deadlines until November 22, 2022.

[1] The settlement in principle also resolves the additional proposed claims that were the subject of Brazos's pending motion to amend seeking, *inter alia*, leave to file a third amended complaint. ECF No. 176.

Dated: November 18, 2022

/s/ Jonathan K. Waldrop
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
Jonathan H. Hicks (CA Bar No. 274634)
(Admitted *pro hac vice*)
jhicks@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Paul G. Williams (GA Bar No. 764925)
(Admitted in this District)
pwilliams@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Charles A. Naggar (NY Bar No. 5356449)
(Admitted *pro hac vice*)
cnaggar@kasowitz.com
Hershy Stern (NY Bar No. 4631024)
(Admitted *pro hac vice*)
hstern@kasowitz.com

Respectfully Submitted

/s/ Richard F. Martinelli
Richard F. Martinelli (pro hac vice)
rmartinelli@orrick.com
Joseph A. Calvaruso (pro hac vice)
jcalvaruso@orrick.com
Tyler S. Miller (pro hac vice)
tmiller@orrick.com
Gerald E. Porter (pro hac vice)
gporter@orrick.com
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000
Fax: (212) 506-5151

Michael C. Chow (pro hac vice)
mchow@orrick.com
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
Tel: (949) 567-6700
Fax: (949) 567-6710

John M. Jackson (Texas Bar No. 24002340)
jjackson@jw.com
Jackson Walker, LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-6000
Fax: (214) 953-5822

**ATTORNEYS FOR DEFENDANTS CANON INC. and CANON U.S.A., INC.**

Howard L. Bressler (NY Bar No. 2487379)
(Admitted *pro hac vice*)
hbressler@kasowitz.com
Lea Dartevelle Erhel (NY Bar No. 5172101)
(Admitted *pro hac vice*)
ldartevelle@kasowitz.com
Noah P. Dorman (DC Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX. Bar No. 240124149)
craig@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

Gregory Phillip Love (TX Bar No. 24013060)
greg@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
107 East Main Street
Henderson, TX 75652
Telephone: (903) 212-4444
Facsimile: (903) 392-2267

**ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, on this 18th day of November, 2022, via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop