IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>  *Plaintiff*,<br><br>v.<br><br>CANON INC. AND CANON U.S.A., INC.,<br><br>  *Defendants.* | CIVIL ACTION 6:20-cv-00980-ADA-DTG |
| CANON INC.,<br><br>  *Third-Party Plaintiff*,<br><br>v.<br><br>NXP USA, INC.,<br><br>  *Third-Party Defendant.* | CIVIL ACTION 6:20-cv-00980-ADA-DTG |

**ORDER**

Before the Court is Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendants Canon Inc. and Canon U.S.A., Inc.'s Joint Motion to Stay All Deadlines.

Having fully considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**. It is therefore **ORDERED** that all unreached case deadlines for the litigation referenced above are hereby stayed until November 22, 2022, to allow the parties to finalize and execute a formal settlement agreement, and to submit appropriate dismissal papers.

  **SO ORDERED**.

SIGNED this _____day of _____ 2022.

                                               _____
                                               ALAN D ALBRIGHT
                                               UNITED STATES DISTRICT JUDGE